## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

LIVE FACE ON WEB, LLC,
a Pennsylvania company,

        Plaintiff,

vs.

EXTREME GYM INC.,
a Delaware corporation, and
DAVID WAINWRIGHT, an
individual,

        Defendants.

Case No.: _____

JURY TRIAL REQUESTED

## COMPLAINT

Plaintiff Live Face on Web, LLC, through its undersigned counsel, for its Complaint against the Defendants listed above and alleges as follows:

### I.    THE PARTIES

1.    Plaintiff, Live Face on Web, LLC ("LFOW"), is a Pennsylvania limited liability company with its principal place of business at 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

2.    Upon information and belief, Defendant Extreme Gym Inc., is a Delaware company with a principal place of business at 1516 Chester Pike, Folcroft, PA 19032.

3.    Upon information and belief, Defendant David Wainwright is a resident of Pennsylvania and the owner of Extreme Gym, Inc.

### II.    JURISDICTION AND VENUE

4.    This action arising under the U.S. Copyright Act (17 U.S.C. §501 et seq.), and thus this Court has federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.    As fully set forth herein, Defendants have used and distributed LFOW's software and/or infringing derivative works thereof, which are the subject of U.S. Copyright Registrations.

6.    This Court has personal jurisdiction over the Defendants because the Defendants have conducted business in, and has had continuous and systematic contacts with the Commonwealth of Pennsylvania and in this District. Further, upon information and belief, Defendant Wainwright is a resident of the Commonwealth of Pennsylvania and therefore subject to personal jurisdiction.

7. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) in that a substantial part of the events or omissions giving rise to the claims herein occurred in this District, and Defendants are located in this District. Venue is also proper over Defendant Wainwright, who lives in the Commonwealth of Pennsylvania and in this District.

## III.  PLAINTIFF'S BUSINESS AND COPYRIGHTED TECHNOLOGY

8. LFOW is a developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("LFOW Software").

9. The LFOW Software allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor. The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created. Typically the web spokesperson explains a company's products and/or services and directs a visitor's attention to a particular product or aspect of the website. The LFOW Software is representative of LFOW's advertising idea; LFOW (and its customers) advertise services and solicit business through the use of a website spokesperson, which is typically tailored to specific goods and services found on the associated website.

10. The LFOW Software enables a company to customize and dynamically modify settings and functionality of the web spokesperson. By way of example, a customer utilizing the LFOW Software can: (a) manipulate the positioning of the web spokesperson on its website and select between static, relative or dynamic positioning features; (b) adjust the delay between the time an online visitor enters the website and the start time of the web spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor; and (d) select "click on me" functionality that directs a user to a predetermined page or section of

3

the website which promotes goods or services and/or reinforces the image and brand of the customer.

11.   The LFOW Software seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

12.   Generally speaking, the LFOW Software can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website. An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Software. An LFOW customer has the option of storing the copy of the LFOW Software on the same webserver(s) as the customer's website, or storing the copy of the LFOW Software can be stored on a different webserver(s) than the website. Many of LFOW's customers choose to have the copy of the LFOW Software stored on LFOW's webservers.

13.   Regardless of the particular webserver(s) where the LFOW Software is stored, the functionality and result is the same. When a web browser is directed to a website linked to the LFOW Software, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Software. The LFOW Software is automatically saved by the web browser into cache, and/or a hard drive(s), and loaded into computer memory and/or RAM (random access memory). As a result of the distribution of the LFOW Software, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

14.   Because the LFOW Software is written in JavaScript, it is possible to view the actual source code of the LFOW Software through a web browser. Anyone who accesses a website that has implemented the LFOW Software has access to the software. Additionally, any website visitor can download the LFOW Software and view it on virtually any text viewer or editor software (such as Word®, Notepad, etc.).

15.   The LFOW Software is licensed to customers for a license fee by LFOW, which also receives fees for other services.

16.   The LFOW Software is also subject to the terms and conditions of LFOW's End User License Agreement ("EULA"). Since at least October 2007, LFOW has included the web address where the EULA can be found, thus anyone who accessed any version of the LFOW Software since that time had notice of the EULA.

17.   LFOW has registered the LFOW Software. Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Software version 7.0.0, prior to the publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights. A true and accurate copy of the certificate of registration is attached hereto as Exhibit A, and a true and accurate copy of the deposit work for TXu001610441 is attached hereto as Exhibit A1.

## IV.    DEFENDANT'S COPYRIGHT INFRINGEMENT

18.  Defendants     own,     and/or     operate    and/or    control    the    websites www.theextremegym.com and www.extremegymfranchise.com("Defendants'websites"). A copy of the HTML source code for the Defendants' websites is found at Exhibit B1 and B2, respectively.

19. Defendants' websites advertise and promote the products and/or services of Defendants.

20. Upon information and belief, Defendants haveused a web spokesperson video to promote Defendants' products and/or services.

21. Upon information and belief, in order to display the web spokesperson video on Defendants websites, Defendants used and distributed, without permission, and therefore infringed upon, the infringing version of the LFOW Software.

22. Upon information and belief, Defendants have the right and ability to modify their own websites or to have their websitesmodified on Defendants'behalf.

23. Upon information and belief, to implement the infringing version of the LFOW Software, each of the Defendants' websiteswere modified by or on behalf of Defendantsto include the following website source code and/or text, shown in Exhibit B: http://awsvidclips.com/main_vsp.js?swf=http://awsvidclips.com/main_vsp.swf&amp;flv=http://a wsvidclips.com/1006705.flv&amp;start=normal&amp;close=close&amp;play_when=1&amp;ali gn_right=true&amp;show_loading=yes&amp;width=480&amp;height=360&amp;vlm=80&amp; x_off=312. This modification links the Defendants' websites to the file "main_vsp.js," an infringing version of the LFOW Software, which was stored for Defendants on the webserver(s) for www.awsvidclips.com. A copy of "main_vsp.js" is found at Exhibit C.

24. As a result of the modification to the Defendants' websites referenced above, when a web browser retrieves a page from the Defendants' websites, a copy of the infringing version of the LFOW Software is distributed by Defendants to the website visitor and stored on the visitor's computer in cache, memory and/or its hard drive. Accordingly, each visit to the Defendants' websites is a new act of copyright infringement.

25.   The infringing version of the LFOW Software, shown at Exhibit C is substantially similar to the LFOW Software, and includes one or more instances of "LFOW," which is a reference to LFOW. The infringing version of the LFOW Software also includes the unique prefixes "lf_," which were arbitrarily chosen by LFOW to mark its code and indicate LFOW's unique and original code. There is no functional value to the use of the letters "LFOW" or "lf_" in the LFOW Software. Instead, these were both chosen as references to LFOW and its code.

26.   The web spokesperson video that launches on Defendants' websites is a result of Defendants' distribution of the infringing version of the LFOW Software, which advertises and promotes the products and/or services of Defendants, encouraging the website viewer to purchase and/or use Defendants' products and/or services, thereby providing a monetary benefit to Defendants. Thus, Defendants' copyright infringement of the LFOW Software is in their advertising, and the infringement is for the purpose of advertising its products and/or services.

27.   Defendants intend for a copy of the infringing version of the LFOW Software to be distributed to website visitors in their advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor. The volitional distribution of the infringing version of the LFOW Software by Defendants to their website visitors is seamless and transparent for the website visitors, who are able to view the video spokesperson advertising Defendants' products and/or services by virtue of receiving the copy of the infringing version of the LFOW Software.

28.   Defendants profit directly from and has a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their products and/or services by capturing, holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendants.

29. The infringing version of the LFOW Software is a sales and advertising tool for Defendants to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Software by Defendants did in fact generate revenues and profits for Defendants, as more fully described below.

30. Defendants unlawfully and continuously used the infringing version of the LFOW Software on unauthorized Web Page(s), for which Defendants did not pay applicable license fees and video production fees to LFOW.

31. The unlawful use, reproduction and/or distribution of the infringing version of the LFOW Software on the Defendants' websites constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

32. As the owner of registered copyright material in the LFOW Software, LFOW has an interest in protecting its rights against such intellectual property infringement.

33. As a result of foregoing conduct of Defendants, LFOW has suffered significant harm and loss.

34. Upon information and belief, Defendants actively induced end users to visit their websites, and thereafter distributed the infringing version of the LFOW Software to end users (e.g. website visitors) numerous times. The actual number can only be ascertained through discovery.

35. Defendants have caused, enabled, facilitated, and/or materially contributed to the infringement by, inter alia, distributing copies of the accused software to each visitor via the Defendants' websites and refused to exercise their ability to stop the infringement made possible by the modification and continuous operation of their websites.

36. As the owner of the registered copyright in the LFOW Software, LFOW has an interest in protecting its rights against such copyright infringement.

37. Under the authority of 17 U.S.C. § 504, LFOW is entitled to elect whether to recover statutory damages against Defendants for each act of copyright infringement.

38. Where Defendants initiated or continued the infringing conduct while aware of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute volitional conduct and willful infringement.

<u>**COUNT ONE**</u>

**Copyright Infringement**

39. LFOW incorporates by reference the averments contained in the preceding paragraphs above, as if set forth fully herein.

40. Count One is an action under 17 U.S.C. § 501 for direct, indirect and/or vicarious infringement of registered copyright(s) as against the Defendants named in this Complaint.

41. LFOW is the owner of valid copyright registration TXu001610441.

42. LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws governing copyright to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

43. The infringing version of the LFOW Software used and distributed by Defendants is at least substantially similar to the LFOW Software protected by TXu001610441.

44. Defendants, through their agent(s), vendor(s), officer(s), and/or employee(s), modified Defendants' websites to cause the copying, use and distribution of the infringing version of the LFOW Software.

45. The past and ongoing copying, use and distribution of the infringing version of the LFOW Software by Defendants results in actual damage to LFOW, including but not limited to the loss of licensing revenue lost as a result of Defendants' infringement.

46. Defendants intentionally induced and/or encouraged direct infringement of the LFOW Software by distributing the infringing version of the LFOW Software via their websites and/or seeking out the LFOW Software in order to use it on its websites.

47. Defendants profited from and has a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their product(s) and/or service(s) on their own websites by capturing, holding, and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendants.

48. Because Defendants own, operate and/or control their websites, Defendants also have the right and ability to supervise and control the infringement and infringer by virtue of their ownership and control of their own websites, but failed to do so.

49. Where Defendants initiated or continued the infringing conduct with knowledge of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute willful infringement.

50. Unless Defendants are restrained and enjoined from their unauthorized use and distribution of the LFOW Software, these injuries will continue to occur.

51. Irreparable harm and injury to LFOW are imminent as a result of Defendants' conduct and LFOW is without an adequate remedy at law.

52. Pursuant to 17 U.S.C. § 502(a), LFOW is entitled to an injunction restraining Defendants, their employees and agents, and all other persons acting in concert with Defendants, from engaging in any further improper acts.

53. Pursuant to 17 U.S.C. §§ 503(a) and 503(b), LFOW is entitled to an order impounding the infringing articles and the means by which such infringing articles were produced and/or reproduced.

54. Pursuant to 17 U.S.C. § 504, LFOW is also entitled to recover actual damages and any profits of Defendants, or, alternatively, to recover statutory damages of up to $150,000 for each work infringed.

55. Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees and costs.

WHEREFORE, LFOW asks this Court to enter preliminary and final orders and judgments as necessary to provide LFOW the following requested relief:

a)   Finding Defendants liable for copyright infringement by virtue of Defendants' past and ongoing unauthorized use of LFOW's Software;

b)   Finding Defendants' copyright infringement to be voluntary and an intentional violation of Defendants' known duties, and therefore willful;

c)   Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

d)   A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendants from further infringement, including but not limited to the cessation of operation of Defendants' websites(s);

e)   An award of damages against Defendants under §504;

f)   An award under 17 U.S.C. § 505 allowing recover of the full costs of this

action, including LFOW's reasonable attorneys' fees and costs; and

g)   Such and other relief as the Court deems appropriate.

## <u>JURY DEMAND</u>

LFOW demands a jury trial on all issues so triable.

Respectfully submitted May 18, 2015.

LEONARD ZOFTIS, Esq.
Pennsylvania Bar No. 78620
lezo14@aol.com
lzlaws@aol.com

Law Offices of Leonard B. Zoftis
12030 Bustleton Ave.
Philadelphia, PA  19116
Telephone: 215-969-3004
Facsimile:  215-969-3990
Attorney for Plaintiff, Live Face On Web, LLC

# EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-610-441**

Effective date of
registration:

December 20, 2007

---

## Title

Title of Work: LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

## Completion/ Publication

Year of Completion: 2007

## Author

■          Author: Live Face on Web, LLC

Author Created: New text: changes in existing text.

Work made for hire: Yes

Citizen of: United States

Anonymous: No                          Pseudonymous: No

## Copyright claimant

Copyright Claimant: Live Face on Web, LLC

1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

## Limitation of copyright claim

Material excluded from this claim: Prior versions of this work.

Previously registered: No

New material included in claim: New text: changes to existing text.

## Certification

Name: Tristram R. Fall, III, authorized agent of Live Face on Web,
LLC

Date: December 13, 2007

**Registration #:**   TXU001610441

**Service Request #:**   1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

EXHIBIT "A1"



# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
////////////////////// User defined parameters and instructions /////////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example. LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

```
// In the above example, LiveFaceOnWeb Presentation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presentation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';


//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
////////////////////  Do not change the parameters below  //////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;


arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

-4-

```
        } else {
            arrNavInfo[0] = 'na';
            arrNavInfo[1] = 'an unknown browser';
        }
        if (navigator.plugins != null && navigator.plugins.length > 0)
        {
            if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
                var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
                var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
                var descArray = [];
                var tempArrayMajor = [];
                var versionMajor = [];
                var tempArrayMinor = [];
                var versionMinor;
                descArray = lfDescription.split(' ');
                tempArrayMajor = descArray[2].split('.');
                versionMajor = tempArrayMajor[0];
                if (descArray[3] != '') {
                    tempArrayMinor = descArray[3].split('r');
                } else {
                    tempArrayMinor = descArray[4].split('r');
                }
                versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
                lfVersion = parseFloat(versionMajor + '.' + versionMinor);
            }
        } else {
            for (var i = 8; i < 20; i++)
            {
                try {
                    var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
i);
                    if (objFlash) {
                        lfVersion = i;
                    }
                } catch(e) {}
            }
        }
    }
    function runLFOW() {
        try {
            if (lf_PresPlay == 1) {
                lf_createCookie(lf_ID, 'on', -1);
                showLFOW_Video();
            } else if (lf_PresPlay == 2) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on');
                    showLFOW_Video();
                }
            } else if (lf_PresPlay == 3) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                    showLFOW_Video();
                }
            }
        } catch(e) {
```

```
                    showLFOW_Video();
            }
    }
    if (lfVersion >= 8) {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
            try {
                    if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                    else if (window.attachEvent) window.attachEvent('onload', runLFOW);
            } catch(e) {
                    showLFOW_Video();
            }
        } else {
            showLFOW_Video();
        }
    }
    function showLFOW_Video()
    {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
            try {
                    var lfDiv = document.createElement('div');
                    if (lfDiv === undefined) {
                        lf_Position = 'err';
                    } else if (lfDiv == null) {
                        lf_Position = 'err';
                    } else {
                        lfDiv.id = divID;
                        lfDiv.style.position = 'absolute';
                        lfDiv.style.zIndex = 9999;
                        if (lf_Position == 1) {
                            lfDiv.style.left = lf_OffSet_Left_Position;
                            lfDiv.style.top = lf_OffSet_Top_Position;
                        } else {
                            lfDiv.style.left = 0;
                            lfDiv.style.top = 0;
                        }
                        lfDiv.style.height = lf_SWF_File_Height;
                        lfDiv.style.width = lf_SWF_File_Width;
                        lfDiv.style.visibility = 'visible';
                    }
            } catch(e) {
                    lf_Position = 'err';
            }
        }
        compileLFOW()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
                lfDiv.innerHTML = lfString;
                document.body.appendChild(lfDiv);
        } else if (lf_Position !== 2) {
                document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
                document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
          lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
          lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        }
        if ((lf_Position !== 1) && lf_Position !== 2) {
            switch (arrNavInfo[0]) {
                case 'ie':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                    window.setInterval('ScrollHnd()', 30);
                break;
                case 'gek':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
                case 'opr':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'kde':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'wtv':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
            }
            ScrollHnd();
        }
}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
```

```
                        divScroll = divScroll.style;
                }
        if (window.innerHeight)
        {
                screenHt = wnd.innerHeight;
                screenWd = wnd.innerWidth;
        }
        else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
        {
                screenWd = objDoc.documentElement.clientWidth;
                screenHt = objDoc.documentElement.clientHeight;

        }
        else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
        {
                screenWd = objDoc.body.clientWidth;
                screenHt = objDoc.body.clientHeight;
        }
        if (window.innerHeight)
        {
                screenY = wnd.pageYOffset;
                screenX = wnd.pageXOffset;
        }
        else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
        {
                screenY = objDoc.body.scrollTop;
                screenX = objDoc.body.scrollLeft;
        }
        else     if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
        {
                screenY = objDoc.documentElement.scrollTop;
                screenX = objDoc.documentElement.scrollLeft;
        }
        divLeft = divLeft + lf_divHorPos;
        divTop = divTop + lf_divVerPos;
        divLeft = divLeft + screenX;
        divTop = divTop + screenY;
        if (lf_Position_Dynamic == 6) {
                divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
        } else if (lf_Position_Dynamic == 7) {
                divLeft = divLeft + (screenWd - lf_SWF_File_Width);
                divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
        } else if (lf_Position_Dynamic == 8) {
                divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
                divTop = divTop + (screenHt - lf_SWF_File_Height);
        } else if (lf_Position_Dynamic == 9) {
                divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
        } else {
                if (lf_Position_Dynamic == 5)
                {
                        divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
                        divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

-8-

```
            }
            if (( lf_Position_Dynamic % 2 ) == 0)
            {
                divLeft = divLeft + (screenWd - lf_SWF_File_Width);
            }
            if (( lf_Position_Dynamic < 3 ) == false)
            {
                divTop = divTop + (screenHt - lf_SWF_File_Height);
            }
        }
        divScroll.left = divLeft + 'px';
        divScroll.top = divTop + 'px';
    }
    function compileLFOW()
    {
        lfParamString = '?lfID=' + lf_ID
        lfParamString += '&cOMW=' + lf_cOMW
        if (lf_cOMURL == '') {
            lfParamString += '&cOMURL=http://www.livefaceonweb.com'
        } else {
            lfParamString += '&cOMURL=' + escape(lf_cOMURL)
        }
        lfParamString += '&cOMWP=' + lf_cOMWP
        lfParamString += '&tDLB=' + lf_tDLB
        lfParamString += '&tDLA=' + lf_tDLA
        lfParamString += '&fIE=' + lf_fIE
        lfParamString += '&fIET=' + lf_fIET
        lfParamString += '&fIEP=' + lf_fIEP
        lfParamString += '&fOE=' + lf_fOE
        lfParamString += '&fOET=' + lf_fOET
        lfParamString += '&pBBE=' + lf_pBBE
        lfParamString += '&pBBBOF=' + lf_pBBBOF
        lfParamString += '&pBAE=' + lf_pBAE
        lfParamString += '&pBAOF=' + lf_pBAOF
        lfParamString += '&rOTPE=' + lf_rOTPE
        if (lf_rOTPURL == '') {
            lfParamString += '&rOTPURL=none'
        } else {
            lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
        }
        lfParamString += '&sFRAME=' + lf_sFRAME
        if (lf_AffiliateID == '') {
            lfParamString += '&lfAffiliateID=none'
        } else {
            lfParamString += '&lfAffiliateID=' + lf_AffiliateID
        }
        if (document.location.href == '') {
            lfParamString += '&sURL_Site=none'
        } else {
            lfParamString += '&sURL_Site=' + escape(document.location.href);
        }
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

```
        lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
    if (strDays) {
        var date = new Date();
        date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
        var expires = '; expires=' + date.toGMTString();
    } else var expires = '';
    document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
    var strNameplus = strName + '=';
    var arrCk = document.cookie.split(';');
    for (var i = 0; i < arrCk.length; i++) {
        var c = arrCk[i];
        while (c.charAt(0) == ' ') c = c.substring(1, c.length);
        if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
    }
    return 'no';
}
```

COPYRIGHT

0 025 139 355 5

# EXHIBIT "B1"

view-source:web.archive.org/web/20110202142714/http://theextremegym.com/

```
1   <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
    "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
2   <html>
3   <head>
4
5
6   <script type="text/javascript" src="/static/js/analytics.js"></script>
7   <script type="text/javascript">archive_analytics.values.server_name="wwwb-
    app11.us.archive.org";archive_analytics.values.server_ms=322;</script>
8   <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
9
10  <title>Fitness Franchise | Gym Franchise</title>
11  <meta content="en-us" http-equiv="Content-Language" />
12  <meta content="text/html; charset=UTF-8" http-equiv="Content-Type" /><link
    id="drop_down_css" rel="stylesheet" type="text/css"
    href="/web/20110202142714cs_/http://webstarts.com/library/menus/menu-
    v2.7/menu_template_styles/menu_2/css/menu_2_style_5.css" />
13  <SCRIPT id=drop_down_script
    src="/web/20110202142714js_/http://webstarts.com/library/menus/menu-
    v2.7/menu_template_styles/menu_2/js/menu_2_js_1.js"></SCRIPT>
14  <meta name="keywords" content="fitness franchise, gym franchise, 24 hour gym, fitness
    center franchising, fitness franchise opportunities, fitness franchises, gym franchises" />
15  <meta name="description" content="How to start your own gym or if you are looking into a
    fitness franchise or gym franchise, Franchising an Extreme Gym is a better choice. It is
    more affordable but high on quality." />
16  <meta name="Generator" content="webstarts.com 2.7; MSIE 7 running on Windows X with
    Trident/4.0|.NET CLR 3.0.4506.2152,.NET CLR 3.5.30729,.NET CLR 2.0.50727|SV at Sat Jan 29
    15:14:08 EST 2011"  />
17
18  <style type="text/css">
19  <!--
20  BODY {
21  MARGIN: 0px; BACKGROUND: url(uploads/bg.jpg) repeat-x left top
22  }
23  BODY {
24  MARGIN: 0px; BACKGROUND: url(uploads/bg.jpg) repeat-x left top
25  }
26  a.anchorStyle32 {
27  COLOR: #000000; TEXT-DECORATION: underline
28  }
29  a.anchorStyle32:hover {
30  COLOR: #cc0000; TEXT-DECORATION: underline
31  }
32  -->
33  </style>
34  <script id="ws_common" type="text/javascript"
    src="/web/20110202142714js_/http://static.webstarts.com/library/users/ws-common.js">
    </script>
35  </head>
36  <body leftMargin="0" topMargin="0">
37
38
39  <!-- BEGIN WAYBACK TOOLBAR INSERT -->
40  <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
41  <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
42  <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
43  <script type="text/javascript">//<![CDATA[
44  var __wm = (function(){
45  var wbPrefix = "/web/";
46  var wbCurrentUrl = "http://theextremegym.com/";
47
```

```
48  var firstYear = 1996;
49  var imgWidth = 500,imgHeight = 27;
50  var yearImgWidth = 25,monthImgWidth = 2;
51  var displayDay = "2";
52  var displayMonth = "Feb";
53  var displayYear = "2011";
54  var prettyMonths =
    ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
55  var $D=document,$=function(n){return document.getElementById(n)};
56  var trackerVal,curYear = -1,curMonth = -1;
57  var yearTracker,monthTracker;
58  function showTrackers(val) {
59    if (val===trackerVal) return;
60    var $ipp=$("wm-ipp");
61    var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
62    if (val) {
63      $ipp.className="hi";
64    } else {
65      $ipp.className="";
66      $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
67    }
68    yearTracker.style.display=val?"inline":"none";
69    monthTracker.style.display=val?"inline":"none";
70    trackerVal = val;
71  }
72  function getElementX2(obj) {
73    var $e=jQuery(obj);
74    return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
75      getElementX(obj):Math.round($e.offset().left);
76  }
77  function trackMouseMove(event,element) {
78    var eventX = getEventX(event);
79    var elementX = getElementX2(element);
80    var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
81    var monthOff = xOff % yearImgWidth;
82
83    var year = Math.floor(xOff / yearImgWidth);
84    var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
85    // 1 extra border pixel at the left edge of the year:
86    var month = (year * 12) + monthOfYear;
87    var day = monthOff % 2==1?15:1;
88    var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
89      zeroPad(day,2) + "000000";
90
91    $("displayYearEl").innerHTML=year+firstYear;
92    $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
93    // looks too jarring when it changes..
94    //$("displayDayEl").innerHTML=zeroPad(day,2);
95    var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
96    $("wm-graph-anchor").href=url;
97
98    if(curYear != year) {
99      var yrOff = year * yearImgWidth;
100     yearTracker.style.left = yrOff + "px";
101     curYear = year;
102   }
103   if(curMonth != month) {
104     var mtOff = year + (month * monthImgWidth) + 1;
105     monthTracker.style.left = mtOff + "px";
106     curMonth = month;
107
```

```
108 }
109 function hideToolbar() {
110   $("wm-ipp").style.display="none";
111 }
112 function bootstrap() {
113   var $spk=$("wm-ipp-sparkline");
114   yearTracker=$D.createElement('div');
115   yearTracker.className='yt';
116   with(yearTracker.style){
117     display='none';width=yearImgWidth+"px";height=imgHeight+"px";
118   }
119   monthTracker=$D.createElement('div');
120   monthTracker.className='mt';
121   with(monthTracker.style){
122     display='none';width=monthImgWidth+"px";height=imgHeight+"px";
123   }
124   $spk.appendChild(yearTracker);
125   $spk.appendChild(monthTracker);
126
127   var $ipp=$("wm-ipp");
128   $ipp&&disclaimElement($ipp);
129 }
130 return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
131 })();//]]>
132 </script>
133 <style type="text/css">
134 body {
135   margin-top:0 !important;
136   padding-top:0 !important;
137   min-width:800px !important;
138 }
139 </style>
140 <div id="wm-ipp" lang="en" style="display:none;">
141
142 <div style="position:fixed;left:0;top:0;width:100%!important">
143 <div id="wm-ipp-inside">
144     <table style="width:100%;"><tbody><tr>
145     <td id="wm-logo">
146       <a href="/web/" title="Wayback Machine home page"><img
    src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
    height="39" border="0" /></a>
147     </td>
148     <td class="c">
149       <table style="margin:0 auto;"><tbody><tr>
150       <td class="u" colspan="2">
151       <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
    id="wmtb"><input type="text" name="url" id="wmtbURL" value="http://theextremegym.com/"
    style="width:400px;" onfocus="this.focus();this.select();" /><input type="hidden"
    name="type" value="replay" /><input type="hidden" name="date" value="20110202142714" />
    <input type="submit" value="Go" /><span id="wm_tb_options" style="display:block;"></span>
    </form>
152       </td>
153       <td class="n" rowspan="2">
154         <table><tbody>
155         <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
156         <tr class="m">
157           <td class="b" nowrap="nowrap">
158
159             <a href="/web/20101219012326/http://www.theextremegym.com/" title="19
```

```
160
        Dec 2010">DEC</a>
161                     </td>
162                     <td class="c" id="displayMonthEl" title="You are here: 14:27:14 Feb 2,
     2011">FEB</td>
163                     <td class="f" nowrap="nowrap">
164
165                         <a href="/web/20110713024937/http://www.theextremegym.com/" title="13
     Jul 2011"><strong>JUL</strong></a>
166
167                     </td>
168                 </tr>
169             <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
170             <tr class="d">
171                     <td class="b" nowrap="nowrap">
172
173                         <a href="/web/20101219012326/http://www.theextremegym.com/"
     title="1:23:26 Dec 19, 2010"><img src="/static/images/toolbar/wm_tb_prv_on.png"
     alt="Previous capture" width="14" height="16" border="0" /></a>
174
175                     </td>
176                     <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
     title="You are here: 14:27:14 Feb 2, 2011">2</td>
177                     <td class="f" nowrap="nowrap">
178
179                         <a href="/web/20110713024937/http://www.theextremegym.com/"
     title="2:49:37 Jul 13, 2011"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next
     capture" width="14" height="16" border="0" /></a>
180
181                     </td>
182                 </tr>
183             <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
184             <tr class="y">
185                     <td class="b" nowrap="nowrap">
186
187                         2010
188
189                     </td>
190                     <td class="c" id="displayYearEl" title="You are here: 14:27:14 Feb 2,
     2011">2011</td>
191                     <td class="f" nowrap="nowrap">
192
193                         <a href="/web/20120203031703/http://www.theextremegym.com/" title="3 Feb
     2012"><strong>2012</strong></a>
194
195                     </td>
195                 </tr>
197             </tbody></table>
198         </td>
199         </tr>
200         <tr>
201         <td class="s">
202             <a class="t" href="/web/20110202142714*/http://theextremegym.com/" title="See a
     list of every capture for this URL">54 captures</a>
203             <div class="r" title="Timespan for captures of this URL">19 Dec 10 - 22 Dec
     14</div>
204         </td>
205         <td class="k">
206         <a href="" id="wm-graph-anchor">
207             <div id="wm-ipp-sparkline" title="Explore captures for this URL">
```

```
208         <img id="sparklineImgId" alt="sparklines"
209              onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
210              onmousemove="__wm.mv(event,this)"
211              width="500"
212              height="27"
213              border="0"
214              src="/web/jsp/graph.jsp?
     graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
     000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
     00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
     :-1:000000000000_2009:-1:000000000000_2010:-1:000000000001_2011:1:010000110211_2012:-1:7ab4
     11000000_2013:-1:000000200132_2014:-1:110000000002_2015:-1:000000000000" />
215         </div>
216         </a>
217         </td>
218         </tr></tbody></table>
219      </td>
220      <td class="r">
221         <a href="#close" onclick="__wm.h();return false;" style="background-
     image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
     toolbar">Close</a>
222         <a href="http://faq.web.archive.org/" style="background-
     image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
     the Wayback Machine">Help</a>
223      </td>
224      </tr></tbody></table>
225   </div>
226   </div>
227   </div>
228   <script type="text/javascript">__wm.bt();</script>
229   <!-- END WAYBACK TOOLBAR INSERT -->
230
231   <center>
232   <div style="position:relative;width:780px;height:100%;" align="left">
233   <img style="z-index:1;position:absolute;width:768px;height:526px;top:0px;left:7px;"
     id="image_321" border="0" src="uploads/body.jpg" objtype="0" /><img style="z-
     index:3;position:absolute;width:720px;height:171px;top:129px;left:31px;" id="image_322"
     border="0" src="uploads/banner.jpg" objtype="0" />

234   <div style="z-index:5;position:absolute;font-style:italic;width:292px;font-
     family:Verdana;height:23px;color:#666666;font-size:14pt;top:50px;font-
     weight:bold;left:444px;" id="txtBox_327" align="right" objtype="2"><span style="font-
     size:14pt;font-weight:bold;"><span style="font-family:Verdana;"><span
     style="color:#000000;">">"</span>Low Cost...High Quality"</span></span></div>
235   <div style="z-index:5;position:absolute;width:577px;font-
     family:Verdana;height:27px;color:#666666;font-size:14pt;top:315px;left:37px;"
     id="txtBox_328" align="left" objtype="2"><span style="font-size:14pt;"><span style="font-
     family:Verdana;"><span style="color:#c43030;"><span style="font-size:12pt;"><span
     style="font-family:Verdana;"><span style="font-weight:bold;">Welcome To The</span> <span
     style="font-weight:bold;">Extreme Gym Franchise Opportunity</span> </span></span></span>
     </span></span></div>
236   <div style="z-index:5;position:absolute;width:467px;font-
     family:Verdana;height:156px;color:#666666;font-size:8pt;top:397px;left:297px;"
     id="txtBox_329" align="left" objtype="2"><span style="font-size:8pt;"><span style="font-
     family:Verdana;"><span style="color:#000000;"><span style="font-size:12pt;"><span
     style="font-family:Verdana;"><span style="color:#000000;"><span style="font-size:10pt;">
     <span style="font-family:Verdana;"><span style="color:#000000;"><span style="font-
     family:Verdana;"><span style="color:#000000;"><span style="font-size:8pt;"><span
     style="font-family:Verdana;"><span style="color:#000000;"><span style="font-
     family:Verdana;"><span style="color:#000000;"><span style="font-family:Verdana;"><span
     style="color:#000000;"><span style="font-family:Verdana;"><span style="color:#000000;">
```

```
<span style="font-size:10pt;"><span style="font-family:Verdana;"><span
style="color:#000000;"><span style="font-family:Verdana;"><span style="color:#000000;">
<span style="font-family:Verdana;"><span style="color:#000000;"><span style="font-
family:Verdana;"><span style="color:#000000;"><span style="font-family:Verdana;"><span
style="color:#000000;"><span style="font-family:Verdana;"><span style="color:#000000;">
<span style="font-family:Verdana;"><span style="color:#000000;"><span style="font-
family:Verdana;"><span style="color:#000000;"><span style="font-size:8pt;"><span
style="font-family:Verdana;"><span style="color:#000000;"><span style="font-
family:Verdana;"><span style="color:#000000;"><span style="font-family:Verdana;"><span
style="color:#000000;"><span style="font-family:Verdana;"><span style="color:#000000;">
<span style="font-family:Verdana;"><span style="color:#000000;"><span style="font-
family:Verdana;"><span style="color:#000000;"><span style="font-family:Verdana;"><span
style="color:#000000;"><span style="font-family:Verdana;"><span style="color:#000000;">
<span style="font-family:Verdana;"><span style="color:#000000;"><span style="font-
family:Verdana;"><span style="color:#000000;"><span style="font-family:Verdana;"><span
style="color:#000000;"><span style="font-family:Verdana;"><span style="color:#000000;">
<span style="font-family:Verdana;"><span style="color:#000000;"><span style="font-
family:Verdana;"><span style="color:#000000;"><span style="font-family:Verdana;"><span
style="color:#000000;"><span style="font-family:Verdana;"><span
style="color:#000000;">While other <span style="font-weight:bold;">fitness franchise</span>
start up costs are in the range of $50,000 to 1 million dollars (keep in mind their $50,000
does not include the total cost for equipment, your monthly lease payment is figured into
the $50,000), our total start up cost is just under $60,000 which includes cost of all
equipment.</span></span></span></span></span><br /><br />Please note that the top
women only 30 minute circuit franchises boast a total start up of around $50,000 but this
is for 8 pieces of hydraulic equipment. The Extreme Gym Franchise provides a full
scale fitness club complete with free weights, cardio equipment and circuit
machines for a total investment under $60,000 including franchise fee, freight,
installation and set-up.</span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span><br /></span>
</span></span><span style="color:#000000;"><span style="font-weight:bold;"><br /><a
class="anchorStyle32" href="/web/20110202142714/http://www.extremegym.biz/">Visit one of
our locations here</a></span></span></span></div>
```

237
```
<div style="z-index:5;position:absolute;width:677px;font-
family:Verdana;height:60px;color:#666666;font-size:8pt;top:345px;left:37px;"
id="txtBox_331" align="left" objtype="2"><span style="font-size:8pt;"><span style="font-
family:Verdana;"><span style="color:#000000;"><span style="font-size:10pt;"><span
style="font-family:Verdana;"><span style="color:#000000;"><span style="font-size:8pt;">
<span style="font-family:Verdana;"><span style="color:#000000;"><span style="font-
family:Verdana;"><span style="color:#000000;">Let's cut to the chase and let you in on why
we are the better fit for anyone wanting to own their own <span style="font-
weight:bold;">24 hour gym</span>. When compared to any other <span style="font-
weight:bold;">fitness franchise</span>, we are the more affordable choice while offering
more value for your money. Our opportunity is for those wanting their own gym without
paying $100,000 or more.</span></span></span></span></span></span></span></span><br />
</span></span></span></div>
```
238
```
<div style="z-index:7;position:absolute;border-left:#c43030 1px
dotted;width:12px;height:138px;top:599px;left:409px;" id="boxTool_332" objtype="5"></div>
```
239
```
<div style="z-index:7;position:absolute;width:700px;height:21px;border-top:#c43030 1px
dotted;top:569px;left:41px;" id="boxTool_333" objtype="5"> </div><embed style="z-
index:9;position:absolute;width:354px;height:260px;top:692px;left:418px;"
id="myslideshow_161481" height="295" type="application/x-shockwave-flash"
pluginspage="http://www.macromedia.com/go/getflashplayer" width="400"
src="/web/20110202142714oe_/http://static.webstarts.com/library/tools/slideShowDesign_3.swf
?rand=20100511150630"
flashvars="xmlFile=http://exgym.WebStarts.com/slideShowDesign_1_161481.xml?rand=595460654"
objtype="8" salign="LT" quality="high" scale="showAll" wmode="transparent" loop="false"
```

```
        play="true" bgcolor="#ffffff" /><img style="z-
        index:11;position:absolute;width:249px;height:166px;top:388px;left:36px;" id="image_336"
        border="0" src="uploads/manworkout2.jpg" objtype="0" />
240     <div style="z-
        index:13;position:absolute;width:356px;height:366px;top:573px;left:26px;padding:10px;"
        id="txtBox_337" objtype="2"><span style="font-size:12pt;"><span style="color:#333333;">
        <span style="font-family:Arial;"><span style="font-size:10pt;"><span
        style="color:#333333;"><span style="font-family:Arial;"><span style="font-size:8pt;"><span
        style="color:#333333;"><span style="font-family:Arial;"><span style="color:#333333;"><span
        style="font-family:Arial;"><span style="font-size:10pt;"><span style="color:#333333;"><span
        style="font-family:Arial;"><span style="color:#333333;"><span style="font-family:Arial;">
        <span style="color:#333333;"><span style="font-family:Arial;"><span style="color:#333333;">
        <span style="font-family:Arial;"><span style="font-size:8pt;"><span style="color:#333333;">
        <span style="font-family:Arial;"><span style="color:#333333;"><span style="font-
        family:Arial;"><span style="color:#333333;"><span style="font-family:Arial;"><span
        style="color:#333333;"><span style="font-family:Arial;"><span style="color:#333333;"><span
        style="font-family:Arial;"><span style="color:#333333;"><span style="font-family:Arial;">
        <span style="color:#333333;"><span style="font-family:Arial;"><span style="color:#333333;">
        <span style="font-family:Arial;">You also receive</span></span></span></span></span></span>
        </span></span>: <br /><br />Membership Card Check-in System.<br /><br />EFT System to
        Automatically Draft your Membership Dues <br /><br />Complete Turnkey Marketing System (not
        offered with other gym opportunities)<br /><br />Lead Generation Software (not offered with
        other <span style="font-weight:bold;">gym franchises</span>)<br /><br />Postcards, Business
        Cards, Yard signs, Banners, TV Ads, etc.<br /><br />Ongoing Training and Support including
        training manual and video tutorials<br /><br />A Low One Time $10,000 Franchise Fee. No
        renewal fees.<br /><br />Only a $199 Monthly Royalty Fee<br /><br />Lifetime Warranty on
        Circuit Machines and Free Weight equipment<br /><br />5 Year Warranty on all Cardio
        Machines<br /><br />24 Hour Keyless Entry w/Surveillance System<br /><br /><span
        style="font-size:10pt;"><a class="anchorStyle32" href="comparison.html" target="_blank">
        <span style="font-weight:bold;">Click Here to Compare us to other</span> <span style="font-
        weight:bold;">Fitness Franchises</span></a></span></span></span></span></span></span></span>
        </span></span></span></span></span></span></span></span></span></span></span></span></span>
        </span></span></span></span></span></span></span></span></span></div><img
        style="z-index:14;position:absolute;width:102px;height:76px;top:24px;left:33px;"
        id="image_338" border="0" src="uploads/steve.jpg" objtype="0" />

241     <div style="z-
        index:15;position:absolute;width:165px;height:68px;top:20px;left:140px;padding:10px;"
        id="txtBox_339" objtype="2"><span style="font-size:12pt;"><span style="color:#cc0000;">
        <span style="font-family:Arial;"><span style="font-size:10pt;"><span
        style="color:#cc0000;"><span style="font-family:Arial;">I lost 225 lbs in 11 months. <br
        />Thanks Extreme Gym.<br /><br />Steve J., Phila, PA</span></span></span></span></span>
        </span></span></div>
242     <div style="z-
        index:16;position:absolute;width:308px;height:68px;top:576px;left:431px;padding:10px;"
        id="txtBox_340" objtype="2"><span style="font-size:12pt;"><span style="color:#333333;">
        <span style="font-family:Arial;"><span style="font-size:8pt;"><span style="color:#333333;">
        <span style="font-family:Arial;"><span style="font-size:10pt;"><span
        style="color:#333333;"><span style="font-family:Arial;"><span style="color:#333333;"><span
        style="font-family:Arial;"><span style="color:#cc0000;">Below are just a few selections of
        the equipment you will need to start your Extreme Gym 24 hour <span style="font-
        weight:bold;">fitness franchise</span>.</span></span></span></span></span></span></span>
        </span></span></span></span></span></span></div>
243     <div style="z-
        index:17;position:absolute;width:140px;height:14px;top:1109px;left:301px;padding:10px;"
        id="txtBox_341" objtype="2"><span style="font-size:12pt;"><span style="color:#333333;">
        <span style="font-family:Arial;"><span style="font-size:10pt;"><span style="color:#333333;">
        <span style="font-family:Arial;">Extreme Gym, Inc. (c) 2010</span></span></span></span></span>
        </span></span></div>
244     <div style="z-index:94;position:absolute;width:720px;height:30px;top:105px;left:31px;"
        id="mymenu_5461551" objtype="6">
```

```
245  <div class="suckertreemenu">
246  <ul id="treemenu1">
247  <li><a href="index.html">Home</a> </li>
248  <li><a href="why_license.html">Why License</a><span class="overload"> </span>
249  <ul>
250  <li><a href="comparison.html">Comparison</a></li></ul></li>
251  <li><a href="faq.html">FAQ</a><span class="overload"> </span>
252  <ul>
253  <li><a href="why_fitness_industry.html">Why Fitness Industry</a> </li>
254  <li><a href="press_releases.html">Press Releases</a></li></ul></li>
255  <li><a href="about_us.html">About us</a><span class="overload"> </span>
256  <ul>
257  <li><a href="why_extreme_gym.html">Why Extreme Gym</a></li></ul></li>
258  <li><a href="contact_us.html">Contact us</a></li></ul></div></div>
259  <div style="z-index:42;position:absolute;width:480px;height:360px;top:3px;left:294px;"
     id="pasteDiv_343" objtype="10"><xmp></xmp>
260  <SCRIPT id=my_vsp src="/web/20110202142714js_/http://awsvidclips.com/main_vsp.js?
     swf=http://awsvidclips.com/main_vsp.swf&amp;flv=http://awsvidclips.com/1006705.flv&amp;star
     t=normal&amp;close=close&amp;play_when=1&amp;align_right=true&amp;show_loading=yes&amp;widt
     h=360&amp;height=360&amp;vlm=80&amp;x_off=312"></SCRIPT></div>
261  <div style="z-index:72;position:absolute;width:308px;height:87px;top:156px;font-
     weight:bold;left:371px;padding:10px;" id="txtBox_344" align="center" objtype="2"><span
     style="font-size:12pt;font-weight:bold;"><span style="font-family:Arial;"><span
     style="font-size:14pt;"><span style="font-family:Arial;"><span style="font-size:18pt;">
     <span style="font-family:Arial;"><span style="color:#ffffff;"><span style="font-
     family:Arial;"><span style="font-weight:bold;">Lowest Franchise Fee and Royalty Fee in
     the Industry.</span></span></span></span></span></span></span></span></span></div>
262  <div style="z-
     index:76;position:absolute;width:686px;height:83px;top:959px;left:53px;padding:10px;"
     id="txtBox_345" objtype="2"><span style="font-size:12pt;"><span style="color:#333333;">
     <span style="font-family:Arial;"><span style="font-size:8pt;"><span style="color:#333333;">
     <span style="font-family:Arial;">This information is not intended as an offer to sell, or
     the solicitation of an offer to buy, a franchise. It is for informational purposes only.
     Currently, the following states regulate the offer and sale of franchises: California,
     Hawaii, Illinois, Indiana, Maryland, Michigan, Minnesota, New York, North Dakota, Oregon,
     Rhode Island, South Dakota, Virginia, Washington and Wisconsin. <br />If you are a resident
     of one of these states, we will not offer you a franchise unless and until we have complied
     with applicable pre-sale registration and disclosure requirements in your jurisdiction.
     </span></span></span></span></span></span></div>
263  <div style="z-index:77;position:absolute;width:189px;height:19px;top:70px;font-
     weight:bold;left:497px;padding:10px;" id="txtBox_346" objtype="2"><span style="font-
     size:12pt;font-weight:bold;"><span style="color:#000000;"><span style="font-family:Arial;">
     <span style="font-weight:bold;">24 Hours 7 Days a Week</span></span></span></span></div>
264  <div style="z-
     index:78;position:absolute;width:14px;height:14px;top:243px;left:178px;padding:10px;"
     id="txtBox_347" objtype="2"><span style="font-size:12pt;"><span style="font-family:Arial;">
     <span style="font-size:8pt;"><span style="font-family:Arial;color:#ff0000;">TM</span>
     </span></span></span></div><a href="/web/20110202142714/http://www.theextremegym.com/"><img
     style="z-index:10;position:absolute;border-right-width:0px;width:207px;border-top-
     width:0px;border-bottom-width:0px;height:154px;border-left-width:0px;top:137px;left:39px;"
     id="image_335" border="0" src="uploads/ShowLetter.jpg" objtype="0" /></a>
265  <div style="z-
     index:91;position:absolute;width:31px;height:17px;top:1067px;left:259px;padding:10px;"
     id="txtBox_348" objtype="2"><span style="font-size:12pt;"><span style="color:#333333;">
     <span style="font-family:Arial;"><span style="font-size:10pt;"><span
     style="color:#333333;"><span style="font-family:Arial;"><a
     onmouseout="this.style.color='';"
     href="/web/20110202142714/http://www.extremegymfranchise.com/">Blog</a></span></span></span>
     </span></span></span></div>
266  <div style="z-
     index:92;position:absolute;width:94px;height:16px;top:1068px;left:306px;padding:10px;"
```

```
        id="txtBox_349" objtype="2"><span style="font-size:12pt;"><span style="color:#333333;">
        <span style="font-family:Arial;"><span style="font-size:8pt;"><span style="color:#333333;">
        <span style="font-family:Arial;"><span style="font-size:10pt;"><span
        style="color:#333333;"><span style="font-family:Arial;"><span style="color:#333333;"><span
        style="font-family:Arial;"><a onmouseout="this.style.color='';"
        href="press_releases.html">Press Releases</a></span></span></span></span></span></span>
        </span></span></span></span></span></div>
267 <div style="z-
        index:93;position:absolute;width:67px;height:16px;top:1068px;left:414px;padding:10px;"
        id="txtBox_350" objtype="2"><span style="font-size:12pt;"><span style="color:#333333;">
        <span style="font-family:Arial;"><span style="font-size:10pt;"><span
        style="color:#333333;"><span style="font-family:Arial;"><a
        onmouseout="this.style.color='';" href="contact_us.html">Contact Us</a></span></span>
        </span></span></span></span></div>
268 </div>
269 </center>
270 </body>
271 </html>
272
273
274
275
276
277 <!--
278     FILE ARCHIVED ON 14:27:14 Feb 2, 2011 AND RETRIEVED FROM THE
279     INTERNET ARCHIVE ON 21:29:24 Jan 30, 2015.
280     JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
281
282     ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
283     SECTION 108(a)(3)).
284 -->
285
```

EXHIBIT "B2"

```
1  <!DOCTYPE html>
2  <html b:version='2' class='v2' dir='ltr' xmlns='http://www.w3.org/1999/xhtml'
   xmlns:b='http://www.google.com/2005/gml/b' xmlns:data='http://www.google.com/2005/gml/data'
   xmlns:expr='http://www.google.com/2005/gml/expr'>
3  <head>
4
5
6  <script type="text/javascript" src="/static/js/analytics.js"></script>
7  <script type="text/javascript">archive_analytics.values.server_name="wwwb-
   app18.us.archive.org";archive_analytics.values.server_ms=324;</script>
8  <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
9
10
11 <meta content='IE=EmulateIE7' http-equiv='X-UA-Compatible'/>
12 <meta content='width=1100' name='viewport'/>
13 <meta content='text/html; charset=UTF-8' http-equiv='Content-Type'/>
14 <script type="text/javascript">(function() { var a=window;function c(b){this.t=
   {};this.tick=function(b,i,d){d=void 0!=d?d:(new Date).getTime();this.t[b]=
   [d,i]};this.tick("start",null,b)}var f=new c;a.jstiming={Timer:c,load:f};try{var
   g=null;a.chrome&&a.chrome.csi&&
   (g=Math.floor(a.chrome.csi().pageT));null==g&&a.gtbExternal&&
   (g=a.gtbExternal.pageT());null==g&&a.external&&(g=a.external.pageT);g&&
   (a.jstiming.pt=g)}catch(h){};a.tickAboveFold=function(b){var e=0;if(b.offsetParent){do
   e+=b.offsetTop;while(b=b.offsetParent)}b=e;750>=b&&a.jstiming.load.tick("aft")};var
   j=!1;function k(){j||(j=!0,a.jstiming.load.tick("firstScrollTime"))}a.addEventListener?
   a.addEventListener("scroll",k,!1):a.attachEvent("onscroll",k);
15  })();</script>
16 <meta content='true' name='MSSmartTagsPreventParsing'/>
17 <meta content='blogger' name='generator'/>
18 <link href='http://www.extremegymfranchise.com/favicon.ico' rel='icon' type='image/x-
   icon'/>
19 <link href='http://www.extremegymfranchise.com/' rel='canonical'/>
20 <link rel="alternate" type="application/atom+xml" title="Extreme Gym Franchise - Atom"
   href="http://www.extremegymfranchise.com/feeds/posts/default" />
21 <link rel="alternate" type="application/rss+xml" title="Extreme Gym Franchise - RSS"
   href="http://www.extremegymfranchise.com/feeds/posts/default?alt=rss" />
22 <link rel="service.post" type="application/atom+xml" title="Extreme Gym Franchise - Atom"
   href="http://www.blogger.com/feeds/7129821791299908645/posts/default" />
23 <link rel="EditURI" type="application/rsd+xml" title="RSD"
   href="http://www.blogger.com/rsd.g?blogID=7129821791299908645" />
24 <link rel="me" href="http://www.blogger.com/profile/10457125053014075413" />
25 <link rel="openid.server" href="http://www.blogger.com/openid-server.g" />
26 <!--[if IE]><script type="text/javascript"
   src="/web/20111207054551/http://www.blogger.com/static/v1/jsbin/2106368301-ieretrofit.js">
   </script>
27 <![endif]-->
28 <!--[if IE]> <script> (function() { var html5 =
   ("abbr,article,aside,audio,canvas,datalist,details," +
   "figure,footer,header,hgroup,mark,menu,meter,nav,output," +
   "progress,section,time,video").split(','); for (var i = 0; i < html5.length; i++) {
   document.createElement(html5[i]); } try { document.execCommand('BackgroundImageCache',
   false, true); } catch(e) {} })(); </script> <![endif]-->
29 <title>Extreme Gym Franchise</title>
30 <link type='text/css' rel='stylesheet'
   href='/web/20111207054551cs_/http://www.blogger.com/static/v1/widgets/1756804974-
   widget_css_2_bundle.css' />
31 <link type='text/css' rel='stylesheet'
   href='/web/20111207054551cs_/http://www.google.com/uds/css/gsearch.css' />
32 <link type="text/css" rel="stylesheet"
   href='/web/20111207054551cs_/http://www.blogger.com/dyn-css/authorization.css?
   targetBlogID=7129821791299908645&amp;zx=f42ba6f1-0a6a-4b94-9413-2ceba0c0deb8"/>
```

```
33 <style type="text/css">
34 #navbar-iframe { display:block }
35 </style>
36 <style id='page-skin-1' type='text/css'><!--
37 /*
38 -----------------------------------------------
39 Blogger Template Style
40 Name:     Simple
41 Designer: Josh Peterson
42 URL:      www.noaesthetic.com
43 ----------------------------------------- */
44 #navbar-iframe {display: none !important;}
45 /* Variable definitions
46 ====================
47 <Variable name="keycolor" description="Main Color" type="color" default="#66bbdd"/>
48 <Group description="Page Text" selector="body">
49 <Variable name="body.font" description="Font" type="font"
50 default="normal normal 12px Arial, Tahoma, Helvetica, FreeSans, sans-serif"/>
51 <Variable name="body.text.color" description="Text Color" type="color" default="#222222"/>
52 </Group>
53 <Group description="Backgrounds" selector=".body-fauxcolumns-outer">
54 <Variable name="body.background.color" description="Outer Background" type="color"
   default="#66bbdd"/>
55 <Variable name="content.background.color" description="Main Background" type="color"
   default="#ffffff"/>
56 <Variable name="header.background.color" description="Header Background" type="color"
   default="transparent"/>
57 </Group>
58 <Group description="Links" selector=".main-outer">
59 <Variable name="link.color" description="Link Color" type="color" default="#2288bb"/>
60 <Variable name="link.visited.color" description="Visited Color" type="color"
   default="#888888"/>
61 <Variable name="link.hover.color" description="Hover Color" type="color"
   default="#33aaff"/>
62 </Group>
63 <Group description="Blog Title" selector=".header h1">
64 <Variable name="header.font" description="Font" type="font"
65 default="normal normal 60px Arial, Tahoma, Helvetica, FreeSans, sans-serif"/>
66 <Variable name="header.text.color" description="Title Color" type="color" default="#3399bb"
   />
67 </Group>
68 <Group description="Blog Description" selector=".header .description">
69 <Variable name="description.text.color" description="Description Color" type="color"
70 default="#777777" />
71 </Group>
72 <Group description="Tabs Text" selector=".tabs-inner .widget li a">
73 <Variable name="tabs.font" description="Font" type="font"
74 default="normal normal 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif"/>
75 <Variable name="tabs.text.color" description="Text Color" type="color" default="#999999"/>
76 <Variable name="tabs.selected.text.color" description="Selected Color" type="color"
   default="#000000"/>
77 </Group>
78 <Group description="Tabs Background" selector=".tabs-outer .PageList">
79 <Variable name="tabs.background.color" description="Background Color" type="color"
   default="#f5f5f5"/>
80 <Variable name="tabs.selected.background.color" description="Selected Color" type="color"
   default="#eeeeee"/>
81 </Group>
82 <Group description="Post Title" selector="h3.post-title, .comments h4">
83 <Variable name="post.title.font" description="Font" type="font"
84 default="normal normal 22px Arial, Tahoma, Helvetica, FreeSans, sans-serif"/>
```

```
 85  </Group>
 86  <Group description="Date Header" selector=".date-header">
 87  <Variable name="date.header.color" description="Text Color" type="color"
 88  default="#222222"/>
 89  <Variable name="date.header.background.color" description="Background Color" type="color"
 90  default="transparent"/>
 91  </Group>
 92  <Group description="Post Footer" selector=".post-footer">
 93  <Variable name="post.footer.text.color" description="Text Color" type="color"
     default="#666666"/>
 94  <Variable name="post.footer.background.color" description="Background Color" type="color"
 95  default="#f9f9f9"/>
 96  <Variable name="post.footer.border.color" description="Shadow Color" type="color"
     default="#eeeeee"/>
 97  </Group>
 98  <Group description="Gadgets" selector="h2">
 99  <Variable name="widget.title.font" description="Title Font" type="font"
100  default="normal bold 11px Arial, Tahoma, Helvetica, FreeSans, sans-serif"/>
101  <Variable name="widget.title.text.color" description="Title Color" type="color"
     default="#000000"/>
102  <Variable name="widget.alternate.text.color" description="Alternate Color" type="color"
     default="#999999"/>
103  </Group>
104  <Group description="Images" selector=".main-inner">
105  <Variable name="image.background.color" description="Background Color" type="color"
     default="#ffffff"/>
106  <Variable name="image.border.color" description="Border Color" type="color"
     default="#eeeeee"/>
107  <Variable name="image.text.color" description="Caption Text Color" type="color"
     default="#222222"/>
108  </Group>
109  <Group description="Accents" selector=".content-inner">
110  <Variable name="body.rule.color" description="Separator Line Color" type="color"
     default="#eeeeee"/>
111  <Variable name="tabs.border.color" description="Tabs Border Color" type="color"
     default="#eeeeee"/>
112  </Group>
113  <Variable name="body.background" description="Body Background" type="background"
114  color="#ee3300" default="$(color) none repeat scroll top left"/>
115  <Variable name="body.background.override" description="Body Background Override"
     type="string" default=""/>
116  <Variable name="body.background.gradient.cap" description="Body Gradient Cap" type="url"
117  default="url(/web/20111207054551/http://www.blogblog.com/1kt/simple/gradients_light.png)"/>
118  <Variable name="body.background.gradient.tile" description="Body Gradient Tile" type="url"
119  default="url(/web/20111207054551/http://www.blogblog.com/1kt/simple/body_gradient_tile_ligh
     t.png)"/>
120  <Variable name="content.background.color.selector" description="Content Background Color
     Selector" type="string" default=".content-inner"/>
121  <Variable name="content.padding" description="Content Padding" type="length"
     default="10px"/>
122  <Variable name="content.padding.horizontal" description="Content Horizontal Padding"
     type="length" default="10px"/>
123  <Variable name="content.shadow.spread" description="Content Shadow Spread" type="length"
     default="40px"/>
124  <Variable name="content.shadow.spread.webkit" description="Content Shadow Spread (WebKit)"
     type="length" default="5px"/>
125  <Variable name="content.shadow.spread.ie" description="Content Shadow Spread (IE)"
     type="length" default="10px"/>
126  <Variable name="main.border.width" description="Main Border Width" type="length"
     default="0"/>
127
```

```
      <Variable name="header.background.gradient" description="Header Gradient" type="url"
      default="none"/>
128   <Variable name="header.shadow.offset.left" description="Header Shadow Offset Left"
      type="length" default="-1px"/>
129   <Variable name="header.shadow.offset.top" description="Header Shadow Offset Top"
      type="length" default="-1px"/>
130   <Variable name="header.shadow.spread" description="Header Shadow Spread" type="length"
      default="1px"/>
131   <Variable name="header.padding" description="Header Padding" type="length" default="30px"/>
132   <Variable name="header.border.size" description="Header Border Size" type="length"
      default="1px"/>
133   <Variable name="header.bottom.border.size" description="Header Bottom Border Size"
      type="length" default="0"/>
134   <Variable name="header.border.horizontalsize" description="Header Horizontal Border Size"
      type="length" default="0"/>
135   <Variable name="description.text.size" description="Description Text Size" type="string"
      default="140%"/>
136   <Variable name="tabs.margin.top" description="Tabs Margin Top" type="length" default="0" />
137   <Variable name="tabs.margin.side" description="Tabs Side Margin" type="length"
      default="30px" />
138   <Variable name="tabs.background.gradient" description="Tabs Background Gradient" type="url"
139   default="url(/web/20111207054551/http://www.blogblog.com/1kt/simple/gradients_light.png)"/>
140   <Variable name="tabs.border.width" description="Tabs Border Width" type="length"
      default="1px"/>
141   <Variable name="tabs.bevel.border.width" description="Tabs Bevel Border Width"
      type="length" default="1px"/>
142   <Variable name="date.header.padding" description="Date Header Padding" type="string"
      default="inherit"/>
143   <Variable name="date.header.letterspacing" description="Date Header Letter Spacing"
      type="string" default="inherit"/>
144   <Variable name="date.header.margin" description="Date Header Margin" type="string"
      default="inherit"/>
145   <Variable name="post.margin.bottom" description="Post Bottom Margin" type="length"
      default="25px"/>
146   <Variable name="image.border.small.size" description="Image Border Small Size"
      type="length" default="2px"/>
147   <Variable name="image.border.large.size" description="Image Border Large Size"
      type="length" default="5px"/>
148   <Variable name="page.width.selector" description="Page Width Selector" type="string"
      default=".region-inner"/>
149   <Variable name="page.width" description="Page Width" type="string" default="auto"/>
150   <Variable name="main.section.margin" description="Main Section Margin" type="length"
      default="15px"/>
151   <Variable name="main.padding" description="Main Padding" type="length" default="15px"/>
152   <Variable name="main.padding.top" description="Main Padding Top" type="length"
      default="30px"/>
153   <Variable name="main.padding.bottom" description="Main Padding Bottom" type="length"
      default="30px"/>
154   <Variable name="paging.background"
155   color="#ffffff"
156   description="Background of blog paging area" type="background"
157   default="transparent none no-repeat scroll top center"/>
158   <Variable name="footer.bevel" description="Bevel border length of footer" type="length"
      default="0"/>
159   <Variable name="startSide" description="Side where text starts in blog language"
      type="automatic" default="left"/>
160   <Variable name="endSide" description="Side where text ends in blog language"
      type="automatic" default="right"/>
161   */
162   /* Content
```

```
163 ------------------------------------------------ */
164 body {
165 font: normal normal 12px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
166 color: #222222;
167 background: #ee3300 none repeat scroll top left;
168 padding: 0 40px 40px 40px;
169 }
170 html body .region-inner {
171 min-width: 0;
172 max-width: 100%;
173 width: auto;
174 }
175 a:link {
176 text-decoration:none;
177 color: #cc1118;
178 }
179 a:visited {
180 text-decoration:none;
181 color: #888888;
182 }
183 a:hover {
184 text-decoration:underline;
185 color: #ff1a00;
186 }
187 .body-fauxcolumn-outer .fauxcolumn-inner {
188 background: transparent
    url(/web/20111207054551/http://www.blogblog.com/1kt/simple/body_gradient_tile_light.png)
    repeat scroll top left;
189 _background-image: none;
190 }
191 .body-fauxcolumn-outer .cap-top {
192 position: absolute;
193 z-index: 1;
194 height: 400px;
195 width: 100%;
196 background: #ee3300 none repeat scroll top left;
197 }
198 .body-fauxcolumn-outer .cap-top .cap-left {
199 width: 100%;
200 background: transparent
    url(/web/20111207054551/http://www.blogblog.com/1kt/simple/gradients_light.png) repeat-x
    scroll top left;
201 _background-image: none;
202 }
203 .content-outer {
204 -moz-box-shadow: 0 0 40px rgba(0, 0, 0, .15);
205 -webkit-box-shadow: 0 0 5px rgba(0, 0, 0, .15);
206 -goog-ms-box-shadow: 0 0 10px #333333;
207 box-shadow: 0 0 40px rgba(0, 0, 0, .15);
208 margin-bottom: 1px;
209 }
210 .content-inner {
211 padding: 10px 10px;
212 }
213 .content-inner {
214 background-color: #ffffff;
215 }
216 /* Header
217 ------------------------------------------------ */
218 .header-outer {
```

```
219  background: #cc1118
     url(/web/20111207054551/http://www.blogblog.com/1kt/simple/gradients_light.png) repeat-x
     scroll 0 -914px;
220  _background-image: none;
221  }
222  .Header h1 {
223  font: normal normal 60px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
224  color: #ffffff;
225  text-shadow: 1px 2px 3px rgba(0, 0, 0, .2);
226  }
227  .Header h1 a {
228  color: #ffffff;
229  }
230  .Header .description {
231  font-size: 140%;
     color: #ffffff;
232
233  }
234  .header-inner .Header .titlewrapper {
235  padding: 22px 30px;
236  }
237  .header-inner .Header .descriptionwrapper {
238  padding: 0 30px;
239  }
240  /* Tabs
241  ----------------------------------------------- */
242  .tabs-inner .section:first-child {
243  border-top: 0 solid #eeeeee;
244  }
245  .tabs-inner .section:first-child ul {
246  margin-top: -0;
247  border-top: 0 solid #eeeeee;
248  border-left: 0 solid #eeeeee;
249  border-right: 0 solid #eeeeee;
250  }
251  .tabs-inner .widget ul {
252  background: #ff1a00
     url(/web/20111207054551/http://www.blogblog.com/1kt/simple/gradients_light.png) repeat-x
     scroll 0 -800px;
253  _background-image: none;
254  border-bottom: 1px solid #eeeeee;
255  margin-top: 0;
256  margin-left: -30px;
257  margin-right: -30px;
258  }
259  .tabs-inner .widget li a {
260  display: inline-block;
261  padding: .6em 1em;
262  font: normal normal 14px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
263  color: #000000;
264  border-left: 1px solid #ffffff;
265  border-right: 1px solid #eeeeee;
266  }
267  .tabs-inner .widget li:first-child a {
268  border-left: none;
269  }
270  .tabs-inner .widget li.selected a, .tabs-inner .widget li a:hover {
271  color: #000000;
272  background-color: #cc1119;
273  text-decoration: none;
274  }
```

```
275  /* Columns
276  ------------------------------------------ */
277  .main-outer {
278  border-top: 0 solid #eeeeee;
279  }
280  .fauxcolumn-left-outer .fauxcolumn-inner {
281  border-right: 1px solid #eeeeee;
282  }
283  .fauxcolumn-right-outer .fauxcolumn-inner {
284  border-left: 1px solid #eeeeee;
285  }
286  /* Headings
287  ------------------------------------------ */
288  h2 {
289  margin: 0 0 1em 0;
     font: normal bold 11px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
290
291  color: #000000;
292  text-transform: uppercase;
293  }
294  /* Widgets
295  ------------------------------------------ */
296  .widget .zippy {
297  color: #999999;
298  text-shadow: 2px 2px 1px rgba(0, 0, 0, .1);
299  }
300  .widget .popular-posts ul {
301  list-style: none;
302  }
303  /* Posts
304  ------------------------------------------ */
305  .date-header span {
306  background-color: transparent;
307  color: #222222;
308  padding: inherit;
309  letter-spacing: inherit;
310  margin: inherit;
311  }
312  .main-inner {
313  padding-top: 30px;
314  padding-bottom: 30px;
315  }
316  .main-inner .column-center-inner {
317  padding: 0 15px;
318  }
319  .main-inner .column-center-inner .section {
320  margin: 0 15px;
321  }
322  .post {
323  margin: 0 0 25px 0;
324  }
325  h3.post-title, .comments h4 {
326  font: normal normal 22px Arial, Tahoma, Helvetica, FreeSans, sans-serif;
327  margin: .75em 0 0;
328  }
329  .post-body {
330  font-size: 110%;
331  line-height: 1.4;
332  position: relative;
333  }
334  .post-body img, .post-body .tr-caption-container, .Profile img, .Image img,
```

view-source:web.archive.org/web/20111207054551/http://www.extremegymfranchise.com/

```
336 .BlogList .item-thumbnail img {
337 padding: 2px;
     background: #ffffff;
338 border: 1px solid #eeeeee;
339 -moz-box-shadow: 1px 1px 5px rgba(0, 0, 0, .1);
340 -webkit-box-shadow: 1px 1px 5px rgba(0, 0, 0, .1);
341 box-shadow: 1px 1px 5px rgba(0, 0, 0, .1);
342 }
343 .post-body img, .post-body .tr-caption-container {
344 padding: 5px;
345 }
346 .post-body .tr-caption-container {
347 color: #222222;
348 }
349 .post-body .tr-caption-container img {
350 padding: 0;
351 background: transparent;
352 border: none;
353 -moz-box-shadow: 0 0 0 rgba(0, 0, 0, .1);
354 -webkit-box-shadow: 0 0 0 rgba(0, 0, 0, .1);
355 box-shadow: 0 0 0 rgba(0, 0, 0, .1);
356 }
357 .post-header {
358 margin: 0 0 1.5em;
359 line-height: 1.6;
360 font-size: 90%;
361 }
362 .post-footer {
363 margin: 20px -2px 0;
364 padding: 5px 10px;
365 color: #666666;
366 background-color: #f9f9f9;
367 border-bottom: 1px solid #eeeeee;
368 line-height: 1.6;
369 font-size: 90%;
370 }
371 #comments .comment-author {
372 padding-top: 1.5em;
373 border-top: 1px solid #eeeeee;
374 background-position: 0 1.5em;
375 }
376 #comments .comment-author:first-child {
377 padding-top: 0;
378 border-top: none;
379 }
380 .avatar-image-container {
381 margin: .2em 0 0;
382 }
383 #comments .avatar-image-container img {
384 border: 1px solid #eeeeee;
385 }
386 /* Accents
387 -------------------------------------------- */
388 .section-columns td.columns-cell {
389 border-left: 1px solid #eeeeee;
390 }
391 .blog-pager {
392 background: transparent none no-repeat scroll top center;
393 }
394 .blog-pager-older-link, .home-link,
395 .blog-pager-newer-link {
```

```
396  background-color: #ffffff;
397  padding: 5px;
398  }
399  .footer-outer {
400  border-top: 0 dashed #bbbbbb;
401  }
402  /* Mobile
403  -------------------------------------------- */
404  body.mobile  {
405  padding: 0;
406  }
407  .mobile .content-inner {
408  padding: 0;
409  }
410  .mobile .content-outer {
411  -webkit-box-shadow: 0 0 3px rgba(0, 0, 0, .15);
412  box-shadow: 0 0 3px rgba(0, 0, 0, .15);
413  padding: 0 40px;
414  }
415  body.mobile .AdSense {
416  margin-left: -40px;
417  }
418  .mobile .tabs-inner .widget ul {
419  margin-left: 0;
420  margin-right: 0;
421  }
422  .mobile .post {
423  margin: 0;
424  }
425  .mobile .main-inner .column-center-inner .section {
426  margin: 0;
427  }
428  .mobile .main-inner {
429  padding-top: 20px;
430  padding-bottom: 20px;
431  }
432  .mobile .main-inner .column-center-inner {
433  padding: 0;
434  }
435  .mobile .date-header span {
436  padding: 0.4em 10px;
437  margin: 0 -10px;
438  }
439  .mobile h3.post-title {
440  margin: 0;
441  }
442  .mobile .blog-pager {
443  background: transparent;
444  }
445  .mobile .footer-outer {
446  border-top: none;
447  }
448  .mobile .main-inner, .mobile .footer-inner {
449  background-color: #ffffff;
450  }
451  .mobile-link-button {
452  background-color: #cc1118;
453  }
454  .mobile-link-button a:link, .mobile-link-button a:visited {
455  color: #ffffff;
456
```

```
457   }
458   --></style>
459   <style id='template-skin-1' type='text/css'><!--
460   body {
461   min-width: 930px;
462   }
463   .content-outer, .content-fauxcolumn-outer, .region-inner {
464   min-width: 930px;
465   max-width: 930px;
466   _width: 930px;
467   }
468   .main-inner .columns {
469   padding-left: 0;
470   padding-right: 360px;
471   }
472   .main-inner .fauxcolumn-center-outer {
473   left: 0;
474   right: 360px;
475   /* IE6 does not respect left and right together */
476   _width: expression(this.parentNode.offsetWidth -
477   parseInt("0") -
478   parseInt("360px") + 'px');
479   }
480   .main-inner .fauxcolumn-left-outer {
481   width: 0;
482   }
483   .main-inner .fauxcolumn-right-outer {
484   width: 360px;
485   }
486   .main-inner .column-left-outer {
487   width: 0;
488   right: 100%;
489   margin-left: -0;
490   }
491   .main-inner .column-right-outer {
492   width: 360px;
493   margin-right: -360px;
494   }
495   #layout {
496   min-width: 0;
497   }
498   #layout .content-outer {
499   min-width: 0;
500   width: 800px;
501   }
502   #layout .region-inner {
503   min-width: 0;
504   width: auto;
505   }
506   --></style>
507   <script type='text/javascript'>
508
509     var _gaq = _gaq || [];
510     _gaq.push(['_setAccount', 'UA-17728052-4']);
511     _gaq.push(['_trackPageview']);
512
513     (function() {
514       var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async =
      true;
515
```

```
        ga.src = ('https:' == document.location.protocol ? '/web/20111207054551/https://ssl' :
      '/web/20111207054551/http://www') + '.google-analytics.com/ga.js';
516     var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga, s);
517   })();
518
519 </script>
520 <script type="text/javascript">
521 if (window.jstiming) window.jstiming.load.tick('headEnd');
522 </script></head>
523 <body class='loading'>
524
525
526 <!-- BEGIN WAYBACK TOOLBAR INSERT -->
527 <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
528 <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
529 <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
530 <script type="text/javascript">//<![CDATA[
531 var __wm = (function(){
532 var wbPrefix = "/web/";
533 var wbCurrentUrl = "http://www.extremegymfranchise.com/";
534
535 var firstYear = 1996;
536 var imgWidth = 500,imgHeight = 27;
537 var yearImgWidth = 25,monthImgWidth = 2;
538 var displayDay = "7";
539 var displayMonth = "Dec";
540 var displayYear = "2011";
541 var prettyMonths =
    ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
542 var $D=document,$=function(n){return document.getElementById(n)};
543 var trackerVal,curYear = -1,curMonth = -1;
544 var yearTracker,monthTracker;
545 function showTrackers(val) {
546   if (val===trackerVal) return;
547   var $ipp=$("wm-ipp");
548   var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
549   if (val) {
550     $ipp.className="hi";
551   } else {
552     $ipp.className="";
553     $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
554   }
555   yearTracker.style.display=val?"inline":"none";
556   monthTracker.style.display=val?"inline":"none";
557   trackerVal = val;
558 }
559 function getElementX2(obj) {
560   var $e=jQuery(obj);
561   return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
562     getElementX(obj):Math.round($e.offset().left);
563 }
564 function trackMouseMove(event,element) {
565   var eventX = getEventX(event);
566   var elementX = getElementX2(element);
567   var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
568   var monthOff = xOff % yearImgWidth;
569
570   var year = Math.floor(xOff / yearImgWidth);
571   var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
572   // 1 extra border pixel at the left edge of the year:
573   var month = (year * 12) + monthOfYear;
```

view-source:web.archive.org/web/20111207054551/http://www.extremegymfranchise.com/

```
574    var day = monthOff % 2==1?15:1;
575    var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
576       zeroPad(day,2) + "000000";
577
578    $("displayYearEl").innerHTML=year+firstYear;
579    $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
580    // looks too jarring when it changes..
581    //$("displayDayEl").innerHTML=zeroPad(day,2);
582    var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
583    $("wm-graph-anchor").href=url;
584
585    if(curYear != year) {
586      var yrOff = year * yearImgWidth;
587      yearTracker.style.left = yrOff + "px";
588      curYear = year;
589    }
590    if(curMonth != month) {
591      var mtOff = year + (month * monthImgWidth) + 1;
592      monthTracker.style.left = mtOff + "px";
593      curMonth = month;
594    }
595  }
595  function hideToolbar() {
597    $("wm-ipp").style.display="none";
598  }
599  function bootstrap() {
600    var $spk=$("wm-ipp-sparkline");
601    yearTracker=$D.createElement('div');
602    yearTracker.className='yt';
603    with(yearTracker.style){
604      display='none';width=yearImgWidth+"px";height=imgHeight+"px";
605    }
606    monthTracker=$D.createElement('div');
607    monthTracker.className='mt';
608    with(monthTracker.style){
609      display='none';width=monthImgWidth+"px";height=imgHeight+"px";
610    }
611    $spk.appendChild(yearTracker);
612    $spk.appendChild(monthTracker);
613
614    var $ipp=$("wm-ipp");
615    $ipp&&disclaimElement($ipp);
616  }
617  return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
618  })();//]]>
619  </script>
620  <style type="text/css">
621  body {
622    margin-top:0 !important;
623    padding-top:0 !important;
624    min-width:800px !important;
625  }
626  </style>
627  <div id="wm-ipp" lang="en" style="display:none;">
628
629  <div style="position:fixed;left:0;top:0;width:100%!important">
630  <div id="wm-ipp-inside">
631     <table style="width:100%;"><tbody><tr>
632     <td id="wm-logo">
633         <a href="/web/" title="Wayback Machine home page"><img
```

```
634          src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
             height="39" border="0" /></a>
635        </td>
636        <td class="c">
637          <table style="margin:0 auto;"><tbody><tr>
             <td class="u" colspan="2">
638          <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
             id="wmtb"><input type="text" name="url" id="wmtbURL"
             value="http://www.extremegymfranchise.com/" style="width:400px;"
             onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" />
             <input type="hidden" name="date" value="20111207054551" /><input type="submit" value="Go"
             /><span id="wm_tb_options" style="display:block;"></span></form>
639          </td>
640        <td class="n" rowspan="2">
641          <table><tbody>
642          <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
643          <tr class="m">
644            <td class="b" nowrap="nowrap">
645
646                    <a href="/web/20111106084059/http://www.extremegymfranchise.com/"
             title="6 Nov 2011">NOV</a>
647
648                    </td>
649            <td class="c" id="displayMonthEl" title="You are here: 5:45:51 Dec 7,
             2011">DEC</td>
650            <td class="f" nowrap="nowrap">
651
652                    <a href="/web/20130531151258/http://extremegymfranchise.com/" title="31
             May 2013"><strong>MAY</strong></a>
653
654                    </td>
655          </tr>
656          <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
657          <tr class="d">
658            <td class="b" nowrap="nowrap">
659
660                    <a href="/web/20111203035113/http://www.extremegymfranchise.com/"
             title="3:51:13 Dec 3, 2011"><img src="/static/images/toolbar/wm_tb_prv_on.png"
             alt="Previous capture" width="14" height="16" border="0" /></a>
661
662                    </td>
663            <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
             title="You are here: 5:45:51 Dec 7, 2011">7</td>
664            <td class="f" nowrap="nowrap">
665
666                    <a href="/web/20120107005343/http://www.extremegymfranchise.com/"
             title="0:53:43 Jan 7, 2012"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next
             capture" width="14" height="16" border="0" /></a>
667
668                    </td>
669          </tr>
670          <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
671          <tr class="y">
672            <td class="b" nowrap="nowrap">
673
674                    <a href="/web/20101125113229/http://extremegymfranchise.com/" title="25
             Nov 2010"><strong>2010</strong></a>
675
676                    </td>
```

```
677            <td class="c" id="displayYearE1" title="You are here: 5:45:51 Dec 7,
       2011">2011</td>
678                    <td class="f" nowrap="nowrap">
679
680                    <a href="/web/20130531151258/http://extremegymfranchise.com/" title="31
       May 2013"><strong>2013</strong></a>
681
682                    </td>
683                </tr>
684                </tbody></table>
685            </td>
686            </tr>
687            <tr>
688            <td class="s">
689                <a class="t" href="/web/20111207054551*/http://www.extremegymfranchise.com/"
       title="See a list of every capture for this URL">17 captures</a>
690                    <div class="r" title="Timespan for captures of this URL">25 Nov 10 - 4 Feb
       15</div>
691            </td>
692            <td class="k">
693            <a href="" id="wm-graph-anchor">
694            <div id="wm-ipp-sparkline" title="Explore captures for this URL">
695                <img id="sparklineImgId" alt="sparklines"
696                    onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
697                    onmousemove="__wm.mv(event,this)"
698                    width="500"
699                    height="27"
700                    border="0"
701                    src="/web/jsp/graph.jsp?
       graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
       000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
       00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
       :-1:000000000000_2009:-1:000000000000_2010:-1:000000000010_2011:11:000000011112_2012:-1:100
       000000000_2013:-1:000010001011_2014:-1:000020000002_2015:-1:010000000000" />
702            </div>
703            </a>
704            </td>
705            </tr></tbody></table>
706        </td>
707        <td class="r">
708            <a href="#close" onclick="__wm.h();return false;" style="background-
       image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
       toolbar">Close</a>
709            <a href="http://faq.web.archive.org/" style="background-
       image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
       the Wayback Machine">Help</a>
710        </td>
711        </tr></tbody></table>
712    </div>
713    </div>
714    </div>
715    <script type="text/javascript">__wm.bt();</script>
716    <!-- END WAYBACK TOOLBAR INSERT -->
717
718    <div class='navbar section' id='navbar'><div class='widget Navbar' id='Navbar1'><script
       type="text/javascript">
719        function setAttributeOnload(object, attribute, val) {
720            if(window.addEventListener) {
721                window.addEventListener("load",
722                    function(){ object[attribute] = val; }, false);
723            } else {
```

```
724       window.attachEvent( 'onload', function(){ object[attribute] = val; });
725     }
726   }
727   </script>
728   <iframe src="/web/20111207054551if_/http://www.blogger.com/navbar.g?
        targetBlogID=7129821791299908645&amp;blogName=Extreme+Gym+Franchise&amp;publishMode=PUBLISH
        _MODE_HOSTED&amp;navbarType=LIGHT&amp;layoutType=LAYOUTS&amp;searchRoot=http://www.extremeg
        ymfranchise.com/search&amp;blogLocale=en&amp;homepageUrl=http://www.extremegymfranchise.com
        /&amp;vt=-7065503322807506409" marginwidth="0" marginheight="0" scrolling="no"
        frameborder="0" height="30px" width="100%" id="navbar-iframe" allowtransparency="true"
        title="Blogger Navigation and Search"></iframe>
729   <div></div></div></div>
730   <div class='body-fauxcolumns'>
731   <div class='fauxcolumn-outer body-fauxcolumn-outer'>
732   <div class='cap-top'>
733   <div class='cap-left'></div>
734   <div class='cap-right'></div>
735   </div>
736   <div class='fauxborder-left'>
737   <div class='fauxborder-right'></div>
738   <div class='fauxcolumn-inner'>
739   </div>
740   </div>
741   <div class='cap-bottom'>
742   <div class='cap-left'></div>
743   <div class='cap-right'></div>
744   </div>
745   </div>
746   </div>
747   <div class='content'>
748   <div class='content-fauxcolumns'>
749   <div class='fauxcolumn-outer content-fauxcolumn-outer'>
750   <div class='cap-top'>
751   <div class='cap-left'></div>
752   <div class='cap-right'></div>
753   </div>
754   <div class='fauxborder-left'>
755   <div class='fauxborder-right'></div>
756   <div class='fauxcolumn-inner'>
757   </div>
758   </div>
759   <div class='cap-bottom'>
760   <div class='cap-left'></div>
761   <div class='cap-right'></div>
762   </div>
763   </div>
764   </div>
765   <div class='content-outer'>
766   <div class='content-cap-top cap-top'>
767   <div class='cap-left'></div>
768   <div class='cap-right'></div>
769   </div>
770   <div class='fauxborder-left content-fauxborder-left'>
771   <div class='fauxborder-right content-fauxborder-right'></div>
772   <div class='content-inner'>
773   <header>
774   <div class='header-outer'>
775   <div class='header-cap-top cap-top'>
776   <div class='cap-left'></div>
777   <div class='cap-right'></div>
778   </div>
```

```
779  <div class='fauxborder-left header-fauxborder-left'>
780  <div class='fauxborder-right header-fauxborder-right'></div>
781  <div class='region-inner header-inner'>
782  <div class='header section' id='header'><div class='widget Header' id='Header1'>
783  <div id='header-inner'>
784  <a href='/web/20111207054551/http://www.extremegymfranchise.com/' style="display: block">
785  <img alt='Extreme Gym Franchise' height='206px; ' id='Header1_headerimg'
     src='/web/20111207054551im_/http://2.bp.blogspot.com/-
     g9JVGuO3dus/TlUZnZKdf_I/AAAAAAAAAHE/g_gJ4_hVKFA/s1600/extremesuccess%2Bheader%2B2.jpg'
     style="display: block" width='914px; '/>
786  </a>
787  <div class='descriptionwrapper'>
788  <p class='description'><span>Extreme Gym is the affordable fitness franchise opportunity
     choice. Have a complete health club for less than a $60,000 total investment. The Extreme
     Gym franchise also has the lowest franchise and royalty fee.</span></p>
789  </div>
790  </div>
791  </div></div>
792  </div>
793  </div>
794  <div class='header-cap-bottom cap-bottom'>
795  <div class='cap-left'></div>
796  <div class='cap-right'></div>
797  </div>
798  </div>
799  </header>
800  <div class='tabs-outer'>
801  <div class='tabs-cap-top cap-top'>
802  <div class='cap-left'></div>
803  <div class='cap-right'></div>
804  </div>
805  <div class='fauxborder-left tabs-fauxborder-left'>
806  <div class='fauxborder-right tabs-fauxborder-right'></div>
807  <div class='region-inner tabs-inner'>
808  <div class='tabs section' id='crosscol'><div class='widget PageList' id='PageList1'>
809  <h2>Pages</h2>
810  <div class='widget-content'>
811  <ul>
812  <li class='selected'><a
     href='/web/20111207054551/http://www.extremegymfranchise.com/'>Home</a></li>
813  <li><a href='/web/20111207054551/http://www.extremegymfranchise.com/p/about-us.html'>About
     us</a></li>
814  <li><a href='/web/20111207054551/http://www.extremegymfranchise.com/p/why-extreme-gym-
     franchise.html'>Why the Extreme Gym Franchise?</a></li>
815  </ul>
816  <div class='clear'></div>
817  <span class='widget-item-control'>
818  <span class='item-control blog-admin'>
819  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
     blogID=7129821791299908645&amp;widgetType=PageList&amp;widgetId=PageList1&amp;action=editWi
     dget&amp;sectionId=crosscol' onclick="return
     _WidgetManager._PopupConfig(document.getElementById(&quot;PageList1&quot;));"
     target='configPageList1' title='Edit'>
820  <img alt='' height='18'
     src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
     width='18'/>
821  </a>
822  </span>
823  </span>
824  <div class='clear'></div>
825
```

```
826   </div>
827   </div></div>
828   <div class='tabs section' id='crosscol-overflow'></div>
829   </div>
830   </div>
831   <div class='tabs-cap-bottom cap-bottom'>
832   <div class='cap-left'></div>
833   <div class='cap-right'></div>
834   </div>
835   </div>
836   <div class='main-outer'>
837   <div class='main-cap-top cap-top'>
838   <div class='cap-left'></div>
839   <div class='cap-right'></div>
840   </div>
841   <div class='fauxborder-left main-fauxborder-left'>
842   <div class='fauxborder-right main-fauxborder-right'></div>
843   <div class='region-inner main-inner'>
844   <div class='columns fauxcolumns'>
845   <div class='fauxcolumn-outer fauxcolumn-center-outer'>
846   <div class='cap-top'>
847   <div class='cap-left'></div>
848   <div class='cap-right'></div>
849   </div>
850   <div class='fauxborder-left'>
851   <div class='fauxborder-right'></div>
852   <div class='fauxcolumn-inner'>
853   </div>
854   </div>
855   <div class='cap-bottom'>
856   <div class='cap-left'></div>
857   <div class='cap-right'></div>
858   </div>
859   </div>
860   <div class='fauxcolumn-outer fauxcolumn-left-outer'>
861   <div class='cap-top'>
862   <div class='cap-left'></div>
863   <div class='cap-right'></div>
864   </div>
865   <div class='fauxborder-left'>
866   <div class='fauxborder-right'></div>
867   <div class='fauxcolumn-inner'>
868   </div>
869   </div>
870   <div class='cap-bottom'>
871   <div class='cap-left'></div>
872   <div class='cap-right'></div>
873   </div>
874   </div>
875   <div class='fauxcolumn-outer fauxcolumn-right-outer'>
876   <div class='cap-top'>
877   <div class='cap-left'></div>
878   <div class='cap-right'></div>
879   </div>
880   <div class='fauxborder-left'>
881   <div class='fauxborder-right'></div>
882   <div class='fauxcolumn-inner'>
883   </div>
884   </div>
885   <div class='cap-bottom'>
```

```
      <div class='cap-left'></div>
886   <div class='cap-right'></div>
887   </div>
888   </div>
889   <!-- corrects IE6 width calculation -->
890   <div class='columns-inner'>
891   <div class='column-center-outer'>
892   <div class='column-center-inner'>
893   <div class='main section' id='main'><div class='widget Blog' id='Blog1'>
894   <div class='blog-posts hfeed'>
895   <!-- google_ad_section_start(name=default) -->
896
897           <div class="date-outer">
898
899   <h2 class='date-header'><span>Tuesday, October 4, 2011</span></h2>
900
901           <div class="date-posts">
902
903   <div class='post-outer'>
904   <div class='post hentry'>
905   <a name='3605281036678773454'></a>
906   <h3 class='post-title entry-title'>
907   <a href='/web/20111207054551/http://www.extremegymfranchise.com/2011/10/our-newest-extreme-
      gym-franchise.html'>Our newest Extreme Gym franchise location</a>
908   </h3>
909   <div class='post-header'>
910   <div class='post-header-line-1'></div>
911   </div>
912   <div class='post-body entry-content'>
913   Our newest fitness center franchise opened on Oct 1st in <b>Columbus Texas</b>. See the
      photos of the health club below. If you are interested in our fitness center franchise
      opportunity visit <a
      href="/web/20111207054551/http://www.theextremegym.com/">www.TheExtremeGym.com</a> for more
      information.<br />
914   <br />
915   <div class="separator" style="clear: both; text-align: center;"></div><div
      class="separator" style="clear: both; text-align: center;"><a
      href="/web/20111207054551/http://4.bp.blogspot.com/-
      I59WOTAGj2E/Tosx394Yr1I/AAAAAAAAAH8/LHbRiTwJfww/s1600/a-columbus-ExtremeGym1.jpg"
      imageanchor="1" style="margin-left: 1em; margin-right: 1em;"><img border="0" height="197"
      src="/web/20111207054551im_/http://4.bp.blogspot.com/-
      I59WOTAGj2E/Tosx394Yr1I/AAAAAAAAAH8/LHbRiTwJfww/s400/a-columbus-ExtremeGym1.jpg"
      width="400" /></a></div><div style="text-align: center;"><br />
916   </div><div class="separator" style="clear: both; text-align: center;"></div><div
      class="separator" style="clear: both; text-align: center;"></div><br />
917   <div class="separator" style="clear: both; text-align: center;"></div><div
      class="separator" style="clear: both; text-align: center;"></div><div class="separator"
      style="clear: both; text-align: center;"></div><div class="separator" style="clear: both;
      text-align: center;"></div><div class="separator" style="clear: both; text-align: center;">
      </div><div class="separator" style="clear: both; text-align: center;"></div><div
      class="separator" style="clear: both; text-align: left;">Total Equipment cost $54,000
      includes cardio, free weights, benches, circuit machines, mats, etc.</div>
918   <div style="clear: both;"></div>
919   </div>
920   <div class='post-footer'>
921   <div class='post-footer-line post-footer-line-1'><span class='post-author vcard'>
922   Posted by
923   <span class='fn'>Extreme Gym</span>
924   </span>
925   <span class='post-timestamp'>
```

```
926  at
927  <a class='timestamp-link'
     href='/web/20111207054551/http://www.extremegymfranchise.com/2011/10/our-newest-extreme-
     gym-franchise.html' rel='bookmark' title='permanent link'><abbr class='published'
     title='2011-10-04T11:31:00-04:00'>11:31 AM</abbr></a>
928  </span>
929  <span class='post-comment-link'>
930  <a class='comment-link'
     href='/web/20111207054551/http://www.extremegymfranchise.com/2011/10/our-newest-extreme-
     gym-franchise.html#comment-form' onclick=''>0
931  comments</a>
932  </span>
933  <span class='post-icons'>
934  <span class='item-control blog-admin pid-1146143678'>
935  <a href='/web/20111207054551/http://www.blogger.com/post-edit.g?
     blogID=7129821791299908645&amp;postID=3605281036678773454&amp;from=pencil' title='Edit
     Post'>
936  <img alt='' class='icon-action' height='18'
     src='/web/20111207054551im_/http://img2.blogblog.com/img/icon18_edit_allbkg.gif'
     width='18'/>
937  </a>
938  </span>
939  </span>
940  <div class='post-share-buttons'>
941  <a class='goog-inline-block share-button sb-email'
     href='/web/20111207054551/http://www.blogger.com/share-post.g?
     blogID=7129821791299908645&amp;postID=3605281036678773454&amp;target=email' target='_blank'
     title='Email This'><span class='share-button-link-text'>Email This</span></a><a
     class='goog-inline-block share-button sb-blog'
     href='/web/20111207054551/http://www.blogger.com/share-post.g?
     blogID=7129821791299908645&amp;postID=3605281036678773454&amp;target=blog'
     onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=270,width=475&quot;);
     return false;" target='_blank' title='BlogThis!'><span class='share-button-link-
     text'>BlogThis!</span></a><a class='goog-inline-block share-button sb-twitter'
     href='/web/20111207054551/http://www.blogger.com/share-post.g?
     blogID=7129821791299908645&amp;postID=3605281036678773454&amp;target=twitter'
     target='_blank' title='Share to Twitter'><span class='share-button-link-text'>Share to
     Twitter</span></a><a class='goog-inline-block share-button sb-facebook'
     href='/web/20111207054551/http://www.blogger.com/share-post.g?
     blogID=7129821791299908645&amp;postID=3605281036678773454&amp;target=facebook'
     onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=430,width=640&quot;);
     return false;" target='_blank' title='Share to Facebook'><span class='share-button-link-
     text'>Share to Facebook</span></a><div class='goog-inline-block dummy-container'><g:plusone
     source='blogger' href='http://www.extremegymfranchise.com/2011/10/our-newest-extreme-gym-
     franchise.html' size='medium' width='300' annotation='inline'/></div>
942  </div>
943  </div>
944  <div class='post-footer-line post-footer-line-2'><span class='post-labels'>
945  </span>
946  </div>
947  <div class='post-footer-line post-footer-line-3'></div>
948  </div>
949  </div>
950  </div>
951
952          </div></div>
953
954
955          <div class="date-outer">
955
```

```
957  <h2 class='date-header'><span>Thursday, September 15, 2011</span></h2>
958
959        <div class="date-posts">
960
961  <div class='post-outer'>
962  <div class='post hentry'>
963  <a name='8844816051020759611'></a>
964  <h3 class='post-title entry-title'>
965  <a href='/web/20111207054551/http://www.extremegymfranchise.com/2011/09/franchising-
     opportunities.html'>Franchising Opportunities</a>
966  </h3>
967  <div class='post-header'>
968  <div class='post-header-line-1'></div>
969  </div>
970  <div class='post-body entry-content'>
971  Due to the state of the economy, many people are looking into starting their own business
     or looking into franchise opportunities for financial security. Starting a business on your
     own can be challenging as well as risky if you don't know what you are doing or have little
     experience in the venture you are seeking. People find the ultimate solution is franchising
     opportunities. You pretty much piggyback on the experience and knowledge of seasoned
     business owners. There are many franchises to choose from ranging from retail stores to
     fitness center franchises. Always do your homework when selecting a franchise because with
     most you are signing a franchise agreement for at least 5 years sometimes more. You also
     want a franchise that has the least financial risk. it doesn't make sense in this economy
     to put yourself in debt of $250,000 or more.<br />
     <br />
972
973  You will want to minimize as much risks as possible. If your dream is to own your own
     fitness center than Extreme Gym can make that a reality for a total investment of 
     $60,000 to $67,000. Franchise opportunities are a great way to break into becoming an
     entrepreneur. Make sure your selection of franchises is something you enjoy because you
     will be putting in long hours to help ensure your success. Extreme Gym offers 24/7 fitness
     center franchises which can minimize your time at your business. A good resource to learn
     more about franchises is the <a
     href='/web/20111207054551/http://www.franchisebusinesssource.com/'>Franchise Business
     Source</a>. There you will learn the pros and cons of franchise opportunities and which
     ones are the best.
974  <div style="clear: both;"></div>
975  </div>
976  <div class='post-footer'>
977  <div class='post-footer-line post-footer-line-1'><span class='post-author vcard'>
978  Posted by
979  <span class='fn'>Extreme Gym</span>
980  </span>
981  <span class='post-timestamp'>
982  at
983  <a class='timestamp-link'
     href='/web/20111207054551/http://www.extremegymfranchise.com/2011/09/franchising-
     opportunities.html' rel='bookmark' title='permanent link'><abbr class='published'
     title='2011-09-15T14:39:00-04:00'>2:39 PM</abbr></a>
984  </span>
985  <span class='post-comment-link'>
986  <a class='comment-link'
     href='/web/20111207054551/http://www.extremegymfranchise.com/2011/09/franchising-
     opportunities.html#comment-form' onclick=''>0
987  comments</a>
988  </span>
989  <span class='post-icons'>
990  <span class='item-control blog-admin pid-1146143678'>
991  <a href='/web/20111207054551/http://www.blogger.com/post-edit.g?
     blogID=7129821791299908645&amp;postID=8844816051020759611&amp;from=pencil' title='Edit
```

```
992  <img alt='' class='icon-action' height='18'
     src='/web/20111207054551im_/http://img2.blogblog.com/img/icon18_edit_allbkg.gif'
     width='18'/>
993  </a>
994  </span>
995  </span>
996  <div class='post-share-buttons'>
997  <a class='goog-inline-block share-button sb-email'
     href='/web/20111207054551/http://www.blogger.com/share-post.g?
     blogID=7129821791299908645&amp;postID=8844816051020759611&amp;target=email' target='_blank'
     title='Email This'><span class='share-button-link-text'>Email This</span></a><a
     class='goog-inline-block share-button sb-blog'
     href='/web/20111207054551/http://www.blogger.com/share-post.g?
     blogID=7129821791299908645&amp;postID=8844816051020759611&amp;target=blog'
     onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=270,width=475&quot;);
     return false;" target='_blank' title='BlogThis!'><span class='share-button-link-
     text'>BlogThis!</span></a><a class='goog-inline-block share-button sb-twitter'
     href='/web/20111207054551/http://www.blogger.com/share-post.g?
     blogID=7129821791299908645&amp;postID=8844816051020759611&amp;target=twitter'
     target='_blank' title='Share to Twitter'><span class='share-button-link-text'>Share to
     Twitter</span></a><a class='goog-inline-block share-button sb-facebook'
     href='/web/20111207054551/http://www.blogger.com/share-post.g?
     blogID=7129821791299908645&amp;postID=8844816051020759611&amp;target=facebook'
     onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=430,width=640&quot;);
     return false;" target='_blank' title='Share to Facebook'><span class='share-button-link-
     text'>Share to Facebook</span></a><div class='goog-inline-block dummy-container'><g:plusone
     source='blogger' href='http://www.extremegymfranchise.com/2011/09/franchising-
     opportunities.html' size='medium' width='300' annotation='inline'/></div>
998  </div>
999  </div>
1000 <div class='post-footer-line post-footer-line-2'><span class='post-labels'>
1001 </span>
1002 </div>
1003 <div class='post-footer-line post-footer-line-3'></div>
1004 </div>
1005 </div>
1006 </div>
1007
1008          </div></div>
1009
1010
1011          <div class="date-outer">
1012
1013 <h2 class='date-header'><span>Wednesday, July 13, 2011</span></h2>
1014
1015          <div class="date-posts">
1016
1017 <div class='post-outer'>
1018 <div class='post hentry'>
1019 <a name='5735087843366241441'></a>
1020 <h3 class='post-title entry-title'>
1021 <a href='/web/20111207054551/http://www.extremegymfranchise.com/2011/07/affordable-
     franchises.html'>Affordable Franchises</a>
1022 </h3>
1023 <div class='post-header'>
1024 <div class='post-header-line-1'></div>
1025 </div>
1026 <div class='post-body entry-content'>
1027 <div class="MsoNormal">Many times the question is raised, what are the most <a
```

```
       href="/web/20111207054551/http://www.theextremegym.com/">affordable franchises</a>? Well,
       that depends on what type of business you want to start. If you are looking to clean
       offices then there are a few low cost cleaning franchises.  Or maybe you will want to
       break into the <a href="/web/20111207054551/http://www.theextremegym.com/">fitness
       franchise</a> industry; Fitness franchises can be very rewarding so long as it is one that
       is affordable while also offering you the ongoing support you would need to run a franchise
       successfully.</div><div class="MsoNormal"><br />
1028   </div><div class="MsoNormal"><a
       href="/web/20111207054551/http://www.theextremegym.com/">Affordable fitness franchises</a>
       should have a franchise fee that is around $10,000 and low or no royalty fees. The total
       investment for equipment and other cost should be well under $100,000. Typical small <a
       href="/web/20111207054551/http://www.theextremegym.com/">24 hour fitness franchises</a>
       should be priced around $60,000 to $68,000. This would include franchise fee, equipment,
       freight and installation, gym management software, 24/7 access control system, surveillance
       system, etc.</div><div class="MsoNormal"><br />
1029   </div><div class="MsoNormal">A low cost franchise would offer free training. The type of
       free training you should receive from a fitness franchise are contract entry, customer
       service, safety issues, cleaning of facility and equipment, accounting, payroll, and gym
       management to name a few. Fitness franchises typically are not hard to run due to the fact
       that the gym management software handles most duties like the 24 hour access control
       system, electronic transfer of member funds from account to franchise owner business
       accounts, member card check in, and POS.</div><div class="MsoNormal"><br />
1030   </div><div class="MsoNormal">If you&#8217;re looking for a
       href="/web/20111207054551/http://www.theextremegym.com/">affordable franchises</a> and
       would like to break into the fitness industry, a <a
       href="/web/20111207054551/http://www.theextremegym.com/">fitness franchise</a> might be the
       right choice for you.</div><div class="MsoNormal"><br />
1031   </div><div class="MsoNormal">An example of an <a
       href="/web/20111207054551/http://www.theextremegym.com/">affordable franchise</a> would be
       <a
       href="/web/20111207054551/http://www.theextremegym.com/">http://www.theextremegym.com</a>
       </div><div class="MsoNormal"><br />
1032   </div><div class="separator" style="clear: both; text-align: center;"><a
       href="/web/20111207054551/http://www.theextremegym.com/"><img border="0"
       src="/web/20111207054551im_/http://3.bp.blogspot.com/--
       R77iVCu9XQ/Th3B_RksxKI/AAAAAAAAAD0/HVkIbMsGE9w/s1600/click.gif" /></a></div><div
       class="MsoNormal" style="text-align: center;"><br />
1033   </div><div class="MsoNormal"><br />
1034   </div><span style="font-family: &quot;Times New Roman&quot;; font-size: 12pt;"><br />
1035   </span>
1036   <div style="clear: both;"></div>
1037   </div>
1038   <div class='post-footer'>
1039   <div class='post-footer-line post-footer-line-1'><span class='post-author vcard'>
1040   Posted by
1041   <span class='fn'>Extreme Gym</span>
1042   </span>
1043   <span class='post-timestamp'>
1044   at
1045   <a class='timestamp-link'
       href='/web/20111207054551/http://www.extremegymfranchise.com/2011/07/affordable-
       franchises.html' rel='bookmark' title='permanent link'><abbr class='published' title='2011-
       07-13T12:06:00-04:00'>12:06 PM</abbr></a>
1046   </span>
1047   <span class='post-comment-link'>
1048   <a class='comment-link'
       href='/web/20111207054551/http://www.extremegymfranchise.com/2011/07/affordable-
       franchises.html#comment-form' onclick=''>0
1049   comments</a>
1050   </span>
1051   <span class='post-icons'>
```

```
1052  <span class='item-control blog-admin pid-1146143678'>
1053  <a href='/web/20111207054551/http://www.blogger.com/post-edit.g?
      blogID=7129821791299908645&amp;postID=5735087843366241441&amp;from=pencil' title='Edit
      Post'>
1054  <img alt='' class='icon-action' height='18'
      src='/web/20111207054551im_/http://img2.blogblog.com/img/icon18_edit_allbkg.gif'
      width='18'/>
1055  </a>
1056  </span>
1057  </span>
1058  <div class='post-share-buttons'>
1059  <a class='goog-inline-block share-button sb-email'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=5735087843366241441&amp;target=email' target='_blank'
      title='Email This'><span class='share-button-link-text'>Email This</span></a><a
      class='goog-inline-block share-button sb-blog'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=5735087843366241441&amp;target=blog'
      onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=270,width=475&quot;);
      return false;" target='_blank' title='BlogThis!'><span class='share-button-link-
      text'>BlogThis!</span></a><a class='goog-inline-block share-button sb-twitter'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=5735087843366241441&amp;target=twitter'
      target='_blank' title='Share to Twitter'><span class='share-button-link-text'>Share to
      Twitter</span></a><a class='goog-inline-block share-button sb-facebook'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=5735087843366241441&amp;target=facebook'
      onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=430,width=640&quot;);
      return false;" target='_blank' title='Share to Facebook'><span class='share-button-link-
      text'>Share to Facebook</span></a><div class='goog-inline-block dummy-container'><g:plusone
      source='blogger' href='http://www.extremegymfranchise.com/2011/07/affordable-
      franchises.html' size='medium' width='300' annotation='inline'/></div>
1060  </div>
1061  </div>
1062  <div class='post-footer-line post-footer-line-2'><span class='post-labels'>
1063  </span>
1064  </div>
1065  <div class='post-footer-line post-footer-line-3'></div>
1066  </div>
1067  </div>
1068  </div>
1069
1070          </div></div>
1071
1072
1073          <div class="date-outer">
1074
1075  <h2 class='date-header'><span>Sunday, April 17, 2011</span></h2>
1076
1077          <div class="date-posts">
1078
1079  <div class='post-outer'>
1080  <div class='post hentry'>
1081  <a name='473390510069669311'></a>
1082  <h3 class='post-title entry-title'>
1083  <a href='/web/20111207054551/http://www.extremegymfranchise.com/2011/04/start-your-own-gym-
      for-under-60000.html'>Start Your Own Gym For Under $60,000</a>
1084  </h3>
1085  <div class='post-header'>
1086  <div class='post-header-line-1'></div>
1087
```

```
1088  </div>
      <div class='post-body entry-content'>
1089  Ever wanted to know <a href="/web/20111207054551/http://www.theextremegym.com/">how to
      start or run a gym or fitness center</a>? Going it alone will costs you alot of money and
      headaches. With an Extreme Gym franchise, you can own your very own gym/health club for
      virtually half the cost of other franchises.....and you get more. Your gym will
      not cost as much as a big franchise location but it will look just as good. Leave the
      cookie cutters to the bake shop franchises We set up your gym to your budget
      to help you succeed. You don't need the $150,000 - $300,000 or more to have your own <a
      href="/web/20111207054551/http://www.theextremegym.com/">health club franchise</a>. We also
      eliminate all the typical rules associated with other <a
      href="/web/20111207054551/http://www.theextremegym.com/">health club franchises</a>.
      Included are video tutorials on how to run a gym, gym management software and training,
      site selection assistance, marketing, ongoing support, and more.<br />
1090  <br />
1091  <div class="separator" style="clear: both; text-align: center;"><a
      href="/web/20111207054551/http://2.bp.blogspot.com/-
      MFBxZBfhyIs/TatB9vmhGxI/AAAAAAAAABc/WkiKIDuXWEw/s1600/luger.jpg" imageanchor="1"
      style="margin-left: 1em; margin-right: 1em;"><img border="0" height="150" r6="true"
      src="/web/20111207054551m /http://2.bp.blogspot.com/-
      MFBxZBfhyIs/TatB9vmhGxI/AAAAAAAAABc/WkiKIDuXWEw/s200/luger.jpg" width="200" /></a></div>
      <div style="text-align: center;"><span style="font-size: x-small;"><b>Extreme Gym
      CEO with Wrestler Lex Lugar</b></span></div><div align="center">&#65279;</div>Here is
      just a sample of the brand new equipment you will receive.<br />
1092  <br />
1093  <div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-
      pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif;"><b>Selectorized
      Machines:</b><b></b></span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-
      layout-grid-align: none; mso-pagination: none;"><span style="font-family:
      Arial,Helvetica,sans-serif;"><br />
1094  </span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align:
      none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-
      size: x-small;">LAT PULL DOWN</span></div><div class="MsoNormal" style="margin: 0in 0in
      0pt; mso-layout-grid-align: none; mso-pagination: none;"><span style="font-family:
      Arial,Helvetica,sans-serif; font-size: x-small;">SHOULDER PRESS</span></div><div
      class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination:
      none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">VERTICAL
      CHEST PRESS</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-
      align: none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif;
      font-size: x-small;">REAR DELT PEC CONTRACTOR</span></div><div class="MsoNormal"
      style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination: none;"><span
      style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">BICEP CURL</span>
      </div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-
      pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-
      small;">TRICEP PUSHDOWN</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-
      layout-grid-align: none; mso-pagination: none;"><span style="font-family:
      Arial,Helvetica,sans-serif; font-size: x-small;">DUAL AB CRUNCH</span></div><div
      class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination:
      none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">SEATED
      THIGH EXTENSION</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-
      grid-align: none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-
      serif; font-size: x-small;">SEATED LEG CURL</span></div><div class="MsoNormal"
      style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination: none;"><span
      style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">COMBO INNER/OUTER
      THIGH</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align:
      none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-
      size: x-small;">CABLE CROSSOVER ADJUSTABLE W/CHIN UP</span></div><div class="MsoNormal"
      style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination: none;"><span
      style="font-family: Arial,Helvetica,sans-serif;"><br />
1095  </span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align:
```

view-source:web.archive.org/web/20111207054551/http://www.extremegymfranchise.com/

```
none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-
size: small;"><b>Free Weight:</b></span></div><div class="MsoNormal" style="margin: 0in 0in
0pt; mso-layout-grid-align: none; mso-pagination: none;"><span style="font-family:
Arial,Helvetica,sans-serif;"><br />
```
1096
```
</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align:
none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-
size: x-small;">SQUAT RACK W/WEIGHT STORAGE</span></div><div class="MsoNormal"
style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination: none;"><span
style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">INVERTED LEG
PRESS</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align:
none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-
size: x-small;">SEATED CALF RAISE</span></div><div class="MsoNormal" style="margin: 0in 0in
0pt; mso-layout-grid-align: none; mso-pagination: none;"><span style="font-family:
Arial,Helvetica,sans-serif; font-size: x-small;">SMITH MACHINE - COUNTER BALANCE W/WEIGHT
STORAGE</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-
align: none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif;
font-size: x-small;">STANDING CALF</span></div><div class="MsoNormal" style="margin: 0in
0in 0pt; mso-layout-grid-align: none; mso-pagination: none;"><span style="font-family:
Arial,Helvetica,sans-serif; font-size: x-small;">PREACHER CURL</span></div><div
class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination:
none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">PRO
OLYMPIC BENCH</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-
grid-align: none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-
serif; font-size: x-small;">INCLINE BENCH</span></div><div class="MsoNormal" style="margin:
0in 0in 0pt; mso-layout-grid-align: none; mso-pagination: none;"><span style="font-family:
Arial,Helvetica,sans-serif; font-size: x-small;">SHOULDER PRESS W/SPOTTER STAND</span>
</div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-
pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-
small;">DECLINE BENCH</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-
layout-grid-align: none; mso-pagination: none;"><span style="font-family:
Arial,Helvetica,sans-serif; font-size: x-small;">AB SIT UP BENCH</span></div><div
class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination:
none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">HIP, DIP,
CHIN COMBO</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-
align: none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif;
font-size: x-small;">PRO STYLE ADJUSTABLE BENCH</span></div><div class="MsoNormal"
style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination: none;"><span
style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">FLAT WORK BENCH</span>
</div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-
pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-
small;">3 TIER DUMBBELL RACK</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt;
mso-layout-grid-align: none; mso-pagination: none;"><span style="font-family:
Arial,Helvetica,sans-serif; font-size: x-small;">(2) FW-13 OLYMPIC PLATE HOLDER</span>
</div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-
pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-
small;">(5) OLYMPIC BARS</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt;
mso-layout-grid-align: none; mso-pagination: none;"><span style="font-family:
Arial,Helvetica,sans-serif; font-size: x-small;">OLYMPIC EZ CURL BAR</span></div><div
class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination:
none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">ACCESSORY
RACK</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align:
none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-
size: x-small;">(20) 45 LB OLYMPIC PLATES</span></div><div class="MsoNormal" style="margin:
0in 0in 0pt; mso-layout-grid-align: none; mso-pagination: none;"><span style="font-family:
Arial,Helvetica,sans-serif; font-size: x-small;">(15) 25 LB OLYMPIC PLATES</span></div><div
class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination:
none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">(10) 10
LB OLYMPIC PLATES</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-
layout-grid-align: none; mso-pagination: none;"><span style="font-family:
Arial,Helvetica,sans-serif; font-size: x-small;">(10) 5 LB OLYMPIC PLATES</span></div><div
class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination:
```

```
      none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">SOLID
      Rubber HEX DUMBELLS - 5 to 100 LBS (PAIR</span></div><div class="MsoNormal" style="margin:
      0in 0in 0pt; mso-layout-grid-align: none; mso-pagination: none;"><span style="font-family:
      Arial,Helvetica,sans-serif; font-size: x-small;">Rubber mats</span></div><div
      class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination:
      none;"><span style="font-family: Arial,Helvetica,sans-serif;"><br />
1097  </span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align:
      none; mso-pagination: none;"><b><span style="font-size: 14pt;"><span style="font-family:
      Arial,Helvetica,sans-serif;"><span style="font-size: small;">Cardio</span>:</span></span>
      </b></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none;
      mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif;"><br />
      </span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align:
1098  none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-
      size: x-small;">3 treadmills</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt;
      mso-layout-grid-align: none; mso-pagination: none;"><span style="font-family:
      Arial,Helvetica,sans-serif; font-size: x-small;">3 ellipticals</span></div><div
      class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align: none; mso-pagination:
      none;"><span style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">1
      bike</span></div><div class="MsoNormal" style="margin: 0in 0in 0pt; mso-layout-grid-align:
      none; mso-pagination: none;"><span style="font-family: Arial,Helvetica,sans-serif; font-
      size: x-small;">1 stepper</span><br />
1099  <br />
1100  <span style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;">Additional bikes
      and steppers can be added at your request. Keep in mind ordering more cardio units will
      bring your cost over our $60k gym package.</span><br />
1101  <span style="font-family: Arial,Helvetica,sans-serif; font-size: x-small;"><br />
1102  </span></div><br />
1103  <div style="text-align: left;">You get a complete <a
      href="/web/20111207054551/http://www.theextremegym.com/">health club franchise</a> for
      under $60,000 including freight and installation.</div><div style="text-align:
      center;">   </div><div class="separator" style="clear: both; text-align:
      center;"><a href="/web/20111207054551/http://2.bp.blogspot.com/-
      OgQG_whRbvI/TatIUzkn0yI/AAAAAAAABo/aWpPUxzYsZQ/s1600/animal-ellering.jpg" imageanchor="1"
      style="margin-left: 1em; margin-right: 1em;"><img border="0" height="150" r6="true"
      src="/web/20111207054551im_/http://2.bp.blogspot.com/-
      OgQG_whRbvI/TatIUzkn0yI/AAAAAAAABo/aWpPUxzYsZQ/s200/animal-ellering.jpg" width="200" />
      </a></div><div style="text-align: center;"><span style="font-size: x-small;"><b>WWE Road
      Warrior Animal with Paul Ellering</b></span></div><span style="font-size: x-small;"></span>
      <br />
1104  <div align="left" class="separator" style="border-bottom: medium none; border-left: medium
      none; border-right: medium none; border-top: medium none; clear: both; text-align:
      center;"><span style="font-size: x-small;"><br />
1105  </span></div><br />
1106  <div style="text-align: left;"></div><div style="text-align: left;"></div><span
      style="font-size: x-small;"><br />
1107  </span><br />
1108  <div style="text-align: center;"></div>&#65279;For more information on a <a
      href="/web/20111207054551/http://www.theextremegym.com/">health club franchise</a> visit <a
      href="/web/20111207054551/http://www.theextremegym.com/">http://www.theextremegym.com/</a>
1109  <div style="clear: both;"></div>
1110  </div>
1111  <div class='post-footer'>
1112  <div class='post-footer-line post-footer-line-1'><span class='post-author vcard'>
1113  Posted by
1114  <span class='fn'>Extreme Gym</span>
1115  </span>
1116  <span class='post-timestamp'>
1117  at
1118  <a class='timestamp-link'
```

view-source:web.archive.org/web/20111207054551/http://www.extremegymfranchise.com/

```
      href='/web/20111207054551/http://www.extremegymfranchise.com/2011/04/start-your-own-gym-
      for-under-60000.html' rel='bookmark' title='permanent link'><abbr class='published'
      title='2011-04-17T15:56:00-04:00'>3:56 PM</abbr></a>
1119  </span>
1120  <span class='post-comment-link'>
1121  <a class='comment-link'
      href='/web/20111207054551/http://www.extremegymfranchise.com/2011/04/start-your-own-gym-
      for-under-60000.html#comment-form' onclick=''>0
1122  comments</a>
1123  </span>
1124  <span class='post-icons'>
1125  <span class='item-control blog-admin pid-1146143678'>
1126  <a href='/web/20111207054551/http://www.blogger.com/post-edit.g?
      blogID=7129821791299908645&amp;postID=473390510069669311&amp;from=pencil' title='Edit
      Post'>
1127  <img alt='' class='icon-action' height='18'
      src='/web/20111207054551im_/http://img2.blogblog.com/img/icon18_edit_allbkg.gif'
      width='18'/>
1128  </a>
1129  </span>
1130  </span>
1131  <div class='post-share-buttons'>
1132  <a class='goog-inline-block share-button sb-email'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=473390510069669311&amp;target=email' target='_blank'
      title='Email This'><span class='share-button-link-text'>Email This</span></a><a
      class='goog-inline-block share-button sb-blog'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=473390510069669311&amp;target=blog'
      onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=270,width=475&quot;);
      return false;" target='_blank' title='BlogThis!'><span class='share-button-link-
      text'>BlogThis!</span></a><a class='goog-inline-block share-button sb-twitter'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=473390510069669311&amp;target=twitter'
      target='_blank' title='Share to Twitter'><span class='share-button-link-text'>Share to
      Twitter</span></a><a class='goog-inline-block share-button sb-facebook'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=473390510069669311&amp;target=facebook'
      onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=430,width=640&quot;);
      return false;" target='_blank' title='Share to Facebook'><span class='share-button-link-
      text'>Share to Facebook</span></a><div class='goog-inline-block dummy-container'><g:plusone
      source='blogger' href='http://www.extremegymfranchise.com/2011/04/start-your-own-gym-for-
      under-60000.html' size='medium' width='300' annotation='inline'/></div>
1133  </div>
1134  </div>
1135  <div class='post-footer-line post-footer-line-2'><span class='post-labels'>
1136  </span>
1137  </div>
1138  <div class='post-footer-line post-footer-line-3'></div>
1139  </div>
1140  </div>
1141  </div>
1142
1143                </div></div>
1144
1145
1146            <div class="date-outer">
1147
1148  <h2 class='date-header'><span>Saturday, February 26, 2011</span></h2>
1149
1150            <div class="date-posts">
```

```
1151
1152  <div class='post-outer'>
1153  <div class='post hentry'>
1154  <a name='9084565636534640994'></a>
1155  <h3 class='post-title entry-title'>
1156  <a href='/web/20111207054551/http://www.extremegymfranchise.com/2011/02/how-to-start-
      gym.html'>How to Start a Gym</a>
1157  </h3>
1158  <div class='post-header'>
1159  <div class='post-header-line-1'></div>
1160  </div>
1161  <div class='post-body entry-content'>
1162  <a href="/web/20111207054551/http://www.theextremegym.com/">How to Start a Gym</a>? Anyone
      with a dream of owning their own gym business often ponders how does one go about it. If
      your like me, you worked out and trained in several gyms or fitness franchises....loved the
      atmosphere and wanted to hang around the gym for as long as you could. While working
      out you often thought how great it would be to start and run your own gym. Trust me, when I
      started a gym, I went through a lot of trial and error from gym management to membership
      pricing to member retention to equipment selection and price. It goes on and on. I didn't
      have a system set in place. I didn't have anyone with the knowledge or experience guiding
      me or teaching me what to do. my first location wasn't that great. Record keeping and
      tracking was so so.  The gym layout and my selection of equipment was just adequate. I
      was cocky and thought I could do it all myself<br />
1163  <br />
1164  Fortunately, you do not have to make the mistakes I made. That's were <a
      href="/web/20111207054551/http://www.theextremegym.com/">gym franchising</a> comes in. If
      you ever wondered <a href="/web/20111207054551/http://www.theextremegym.com/">how to start
      a gym</a>, you need to wonder how to run a gym also. You can start a gym but running a gym
      is just as important. Gym franchising allows you to align yourself with a company who's
      been around and has years of experience. This removes all the trial and error by giving you
      a proven plan to ensure your success. This is why the Extreme Gym franchising
      structure is so vital . You are literally taken by the hand and guided step by step to
      help ensure your success.<br />
1165  <br />
1166  <div class="separator" style="clear: both; text-align: center;"><object width="320"
      height="266" class="BLOG_video_class" id="BLOG_video-dae9809cf8f2cd17"
      classid="clsid:D27CDB6E-AE6D-11cf-96B8-444553540000"
      codebase="/web/20111207054551oe_/http://download.macromedia.com/pub/shockwave/cabs/flash/sw
      flash.cab#version=6,0,40,0"><param name="movie" value="http://www.youtube.com/get_player">
1167  <param name="bgcolor" value="#FFFFFF">
1168  <param name="allowfullscreen" value="true">
1169  <param name="flashvars" value="flvurl=http://v24.nonxt1.googlevideo.com/videoplayback?
      id%3Ddae9809cf8f2cd17%26itag%3D5%26app%3Dblogger%26ip%3D0.0.0.0%26ipbits%3D0%26expire%3D132
      5384234%26sparams%3Did,itag,ip,ipbits,expire%26signature%3D30A4165A9041F12D5956D2A46627CB39
      EE5C91D6.291EBED3ABFDC6E2354071BCDCFEDBBFF252763E%26key%3Dck1&amp;iurl=http://video.google.
      com/ThumbnailServer2?
      app%3Dblogger%26contentid%3Ddae9809cf8f2cd17%26offsetms%3D5000%26itag%3Dw160%26sigh%3DDz-
      TCBSqS213hgft48e_piIy3tQ&amp;autoplay=0&amp;ps=blogger">
1170  <embed src="/web/20111207054551oe_/http://www.youtube.com/get_player" type="application/x-
      shockwave-flash"
1171  width="320" height="266" bgcolor="#FFFFFF"
1172  flashvars="flvurl=http://v24.nonxt1.googlevideo.com/videoplayback?
      id%3Ddae9809cf8f2cd17%26itag%3D5%26app%3Dblogger%26ip%3D0.0.0.0%26ipbits%3D0%26expire%3D132
      5384234%26sparams%3Did,itag,ip,ipbits,expire%26signature%3D30A4165A9041F12D5956D2A46627CB39
      EE5C91D6.291EBED3ABFDC6E2354071BCDCFEDBBFF252763E%26key%3Dck1&iurl=http://video.google.com/
      ThumbnailServer2?
      app%3Dblogger%26contentid%3Ddae9809cf8f2cd17%26offsetms%3D5000%26itag%3Dw160%26sigh%3DDz-
      TCBSqS213hgft48e_piIy3tQ&autoplay=0&ps=blogger"
1173  allowFullScreen="true" /></object>
1174  <a
      href="rtsp://v1.cache6.googlevideo.com/ChoLENy73wIaEQkXzfL4nIDp2hMYDSANFEgDDA==/0/0/0/video
```

```
        .3gp" type="video/3gpp"><img width="320" height="266" alt="video"
        src="/web/20111207054551im_/http://video.google.com/ThumbnailServer2?
        app=blogger&amp;contentid=dae9809cf8f2cd17&amp;offsetms=5000&amp;itag=w160&amp;sigh=Dz-
        TCBSqS213hgft48e_piIy3tQ" class="BLOG_mobile_video_class" id="BLOG_mobile_video-
        dae9809cf8f2cd17"></a></div><div class="separator" style="clear: both; text-align:
        center;"><br />
1175    </div><div align="center"></div><div class="separator" style="clear: both; text-align:
        left;">The <a href="/web/20111207054551/http://www.theextremegym.com/">franchising</a>
        process allows you to receive ongoing support daily to help guide you, give you tips and
        answer all your questions pertaining to your new gym business. you also receive an
        exclusive membership to our gym owners membership site where you get additional tips,
        advice and network with other gym owners throughout the USA and Canada. You also receive a
        wellness website to give your members access to so as to educate your them on
        proper exercise and nutrition . Included are video training, testimonials diets, etc.
        </div><div class="separator" style="clear: both; text-align: left;">Your own custom website
        with free hosting, our own proprietary software to generate targeted leads in your area,
        turnkey marketing system, marketing materials, gym management system, 24 hour keyless entry
        and surveillance system, member card system, third party payroll and financing service,
        state of the art equipment and top notch equipment warranties, video tutorials, location
        assistance are all include in your Extreme Gym franchising package. <a
        href="/web/20111207054551/http://www.theextremegym.com/">How to start and run a successful
        gym</a> could never be easier when you decide to join the Extreme Gym Franchise. You will
        have your very own gym for a much lesser cost than trying to do it alone.</div><div
        class="separator" style="clear: both; text-align: left;"><br />
1176    </div><div class="separator" style="clear: both; text-align: left;">For more information
        visit <a
        href="/web/20111207054551/http://www.theextremegym.com/">http://www.theextremegym.com/</a>
        </div><div align="center">&#65279;</div>
1177    <div style="clear: both;"></div>
1178    </div>
1179    <div class='post-footer'>
1180    <div class='post-footer-line post-footer-line-1'><span class='post-author vcard'>
1181    Posted by
1182    <span class='fn'>Extreme Gym</span>
1183    </span>
1184    <span class='post-timestamp'>
1185    at
1186    <a class='timestamp-link'
        href='/web/20111207054551/http://www.extremegymfranchise.com/2011/02/how-to-start-gym.html'
        rel='bookmark' title='permanent link'><abbr class='published' title='2011-02-26T10:01:00-
        05:00'>10:01 AM</abbr></a>
1187    </span>
1188    <span class='post-comment-link'>
1189    <a class='comment-link'
        href='/web/20111207054551/http://www.extremegymfranchise.com/2011/02/how-to-start-
        gym.html#comment-form' onclick=''>0
1190    comments</a>
1191    </span>
1192    <span class='post-icons'>
1193    <span class='item-control blog-admin pid-1146143678'>
1194    <a href='/web/20111207054551/http://www.blogger.com/post-edit.g?
        blogID=7129821791299908645&amp;postID=9084565636534640994&amp;from=pencil' title='Edit
        Post'>
1195    <img alt='' class='icon-action' height='18'
        src='/web/20111207054551im_/http://img2.blogblog.com/img/icon18_edit_allbkg.gif'
        width='18'/>
1196    </a>
1197    </span>
1198    </span>
1199    <div class='post-share-buttons'>
1200
```

```
         <a class='goog-inline-block share-button sb-email'
href='/web/20111207054551/http://www.blogger.com/share-post.g?
blogID=7129821791299908645&amp;postID=9084565636534640994&amp;target=email' target='_blank'
title='Email This'><span class='share-button-link-text'>Email This</span></a><a
class='goog-inline-block share-button sb-blog'
href='/web/20111207054551/http://www.blogger.com/share-post.g?
blogID=7129821791299908645&amp;postID=9084565636534640994&amp;target=blog'
onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=270,width=475&quot;);
return false;" target='_blank' title='BlogThis!'><span class='share-button-link-
text'>BlogThis!</span></a><a class='goog-inline-block share-button sb-twitter'
href='/web/20111207054551/http://www.blogger.com/share-post.g?
blogID=7129821791299908645&amp;postID=9084565636534640994&amp;target=twitter'
target='_blank' title='Share to Twitter'><span class='share-button-link-text'>Share to
Twitter</span></a><a class='goog-inline-block share-button sb-facebook'
href='/web/20111207054551/http://www.blogger.com/share-post.g?
blogID=7129821791299908645&amp;postID=9084565636534640994&amp;target=facebook'
onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=430,width=640&quot;);
return false;" target='_blank' title='Share to Facebook'><span class='share-button-link-
text'>Share to Facebook</span></a><div class='goog-inline-block dummy-container'><g:plusone
source='blogger' href='http://www.extremegymfranchise.com/2011/02/how-to-start-gym.html'
size='medium' width='300' annotation='inline'/></div></div>
1201 </div>
1202 </div>
1203 <div class='post-footer-line post-footer-line-2'><span class='post-labels'>
1204 </span>
1205 </div>
1206 <div class='post-footer-line post-footer-line-3'></div>
1207 </div>
1208 </div>
1209 </div>
1210
1211           </div></div>
1212
1213
1214          <div class="date-outer">
1215
1216 <h2 class='date-header'><span>Thursday, January 20, 2011</span></h2>
1217
1218          <div class="date-posts">
1219
1220 <div class='post-outer'>
1221 <div class='post hentry'>
1222 <a name='7376911697733969763'></a>
1223 <h3 class='post-title entry-title'>
1224 <a href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/gym-franchises-are-
on-rise-in-2011.html'>Gym Franchises are on the rise in 2011</a>
1225 </h3>
1226 <div class='post-header'>
1227 <div class='post-header-line-1'></div>
1228 </div>
1229 <div class='post-body entry-content'>
1230 Gym Franchises are on the rise in 2011. There are several <a
href="/web/20111207054551/http://www.theextremegym.com/">fitness franchises</a> to take
note of when searching for your own gym. Instead of going into detail on which one are
better, we will tell you which one is easier on your pocket....Extreme Gym. Compare to
other gym franchises, Extreme Gym's Fitness franchise opportunity has a total
investment between 44,591 and $62,991. This includes equipment, training and estimated
property rental rate. Due to being the more flexible of the <a
href="/web/20111207054551/http://www.theextremegym.com/">gym franchises</a>, you are not
required to lease out a space in a shopping mall strip unless you so do desire. You are
```

```
     also allowed to choose high visibility cheaper locations. Extreme Gym believes in having
     less overhead than other <a
     href="/web/20111207054551/http://www.theextremegym.com/">fitness franchises</a>. Extreme
     Gym also boast the cheapest franchise fee of $10,000 and royalty fee of $199 which doesn't
     begin untill you are way into your gym franchise business.<br />
1231 <br />
1232 <div class="separator" style="clear: both; text-align: center;"><object width="320"
     height="266" class="BLOG_video_class" id="BLOG_video-9a97bdb3b9c76f2a"
     classid="clsid:D27CDB6E-AE6D-11cf-96B8-444553540000"
     codebase="/web/20111207054551oe_/http://download.macromedia.com/pub/shockwave/cabs/flash/sw
     flash.cab#version=6,0,40,0"><param name="movie" value="http://www.youtube.com/get_player">
1233 <param name="bgcolor" value="#FFFFFF">
1234 <param name="allowfullscreen" value="true">
1235 <param name="flashvars" value="flvurl=http://v23.nonxt1.googlevideo.com/videoplayback?
     id%3D9a97bdb3b9c76f2a%26itag%3D5%26app%3Dblogger%26ip%3D0.0.0.0%26ipbits%3D0%26expire%3D132
     5384234%26sparams%3Did,itag,ip,ipbits,expire%26signature%3D6CA38925FE76084F0E232AEB4D6B7884
     74860D15.18F834BF9CCA600E861C1E4DFD539780174A9C85%26key%3Dck1&amp;iurl=http://video.google.
     com/ThumbnailServer2?
     app%3Dblogger%26contentid%3D9a97bdb3b9c76f2a%26offsetms%3D5000%26itag%3Dw160%26sigh%3DR_M1C
     6O7nAZLtMrmC-invOY-57A&amp;autoplay=0&amp;ps=blogger">
1236 <embed src="/web/20111207054551oe_/http://www.youtube.com/get_player" type="application/x-
     shockwave-flash"
1237 width="320" height="266" bgcolor="#FFFFFF"
1238 flashvars="flvurl=http://v23.nonxt1.googlevideo.com/videoplayback?
     id%3D9a97bdb3b9c76f2a%26itag%3D5%26app%3Dblogger%26ip%3D0.0.0.0%26ipbits%3D0%26expire%3D132
     5384234%26sparams%3Did,itag,ip,ipbits,expire%26signature%3D6CA38925FE76084F0E232AEB4D6B7884
     74860D15.18F834BF9CCA600E861C1E4DFD539780174A9C85%26key%3Dck1&iurl=http://video.google.com/
     ThumbnailServer2?
     app%3Dblogger%26contentid%3D9a97bdb3b9c76f2a%26offsetms%3D5000%26itag%3Dw160%26sigh%3DR_M1C
     6O7nAZLtMrmC-invOY-57A&autoplay=0&ps=blogger"
1239 allowFullScreen="true" /></object>
1240 <a
     href="rtsp://v7.cache1.googlevideo.com/ChoLENy73wIaEQkqb8e5s72XmhMYDSANFEgDDA==/0/0/0/video
     .3gp" type="video/3gpp"><img width="320" height="266" alt="video"
     src="/web/20111207054551im_/http://video.google.com/ThumbnailServer2?
     app=blogger&amp;contentid=9a97bdb3b9c76f2a&amp;offsetms=5000&amp;itag=w160&amp;sigh=R_M1C6O
     7nAZLtMrmC-invOY-57A" class="BLOG_mobile_video_class" id="BLOG_mobile_video-
     9a97bdb3b9c76f2a"></a></div><div align="center"><br />
1241 </div><div style="text-align: left;">If you are looking into any of the <a
     href="/web/20111207054551/http://www.theextremegym.com/">fitness franchise
     opportunities</a> and you want to save as much money as possible, look no further&#65279;,
     the Extreme Gym franchise is you best bet.</div><div style="text-align: left;"><br />
1242 </div><div style="text-align: left;">For more information on one of the best <a
     href="/web/20111207054551/http://www.theextremegym.com/">gym franchises</a> around visit <a
     href="/web/20111207054551/http://www.theextremegym.com/">http://www.theextremegym.com/</a>
     </div>
1243 <div style="clear: both;"></div>
1244 </div>
1245 <div class='post-footer'>
1246 <div class='post-footer-line post-footer-line-1'><span class='post-author vcard'>
1247 Posted by
1248 <span class='fn'>Extreme Gym</span>
1249 </span>
1250 <span class='post-timestamp'>
1251 at
1252 <a class='timestamp-link'
     href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/gym-franchises-are-on-
     rise-in-2011.html' rel='bookmark' title='permanent link'><abbr class='published'
     title='2011-01-20T14:02:00-05:00'>2:02 PM</abbr></a>
1253 </span>
```

```
1254  <span class='post-comment-link'>
1255  <a class='comment-link'
      href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/gym-franchises-are-on-
      rise-in-2011.html#comment-form' onclick=''>0
1256  comments</a>
1257  </span>
1258  <span class='post-icons'>
1259  <span class='item-control blog-admin pid-1146143678'>
      <a href='/web/20111207054551/http://www.blogger.com/post-edit.g?
1260  blogID=7129821791299908645&amp;postID=737691169773969763&amp;from=pencil' title='Edit
      Post'>
1261  <img alt='' class='icon-action' height='18'
      src='/web/20111207054551im_/http://img2.blogblog.com/img/icon18_edit_allbkg.gif'
      width='18'/>
1262  </a>
1263  </span>
1264  </span>
1265  <div class='post-share-buttons'>
1266  <a class='goog-inline-block share-button sb-email'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=737691169773969763&amp;target=email' target='_blank'
      title='Email This'><span class='share-button-link-text'>Email This</span></a><a
      class='goog-inline-block share-button sb-blog'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=737691169773969763&amp;target=blog'
      onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=270,width=475&quot;);
      return false;" target='_blank' title='BlogThis!'><span class='share-button-link-
      text'>BlogThis!</span></a><a class='goog-inline-block share-button sb-twitter'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=737691169773969763&amp;target=twitter'
      target='_blank' title='Share to Twitter'><span class='share-button-link-text'>Share to
      Twitter</span></a><a class='goog-inline-block share-button sb-facebook'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=737691169773969763&amp;target=facebook'
      onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=430,width=640&quot;);
      return false;" target='_blank' title='Share to Facebook'><span class='share-button-link-
      text'>Share to Facebook</span></a><div class='goog-inline-block dummy-container'><g:plusone
      source='blogger' href='http://www.extremegymfranchise.com/2011/01/gym-franchises-are-on-
      rise-in-2011.html' size='medium' width='300' annotation='inline'/></div>
1267  </div>
1268  </div>
1269  <div class='post-footer-line post-footer-line-2'><span class='post-labels'>
1270  </span>
1271  </div>
1272  <div class='post-footer-line post-footer-line-3'></div>
1273  </div>
1274  </div>
1275  </div>
1276
1277              </div></div>
1278
1279
1280          <div class="date-outer">
1281
1282  <h2 class='date-header'><span>Thursday, January 13, 2011</span></h2>
1283
1284          <div class="date-posts">
1285
1286  <div class='post-outer'>
1287  <div class='post hentry'>
```

```
1288  <a name='3830918024470801517'></a>
1289  <h3 class='post-title entry-title'>
      <a href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/gym-franchising-
1290  opportunities.html'>Gym Franchising Opportunities</a>

1291  </h3>
1292  <div class='post-header'>
1293  <div class='post-header-line-1'></div>
1294  </div>
1295  <div class='post-body entry-content'>
1296  There are several positive elements that make a good Extreme Gym franchise opportunity eye-
      catching to prospective buyers. These components is usually narrowed down into categories
      since follows:<br />
1297  <br />
1298  <strong>Affordable franchise fee:</strong><br />
1299  The fee that Extreme Gym charges is much less than other franchising opportunities.
      Pertaining to an Extreme Gym franchise, the franchise fee is only $10, 000.<br />
1300  <br />
1301  <strong>Convenient selling items:</strong><br />
1302  There are many good selling points, pertaining to fitness franchises, mainly from the
      flexibility of the training,<br />
1303  <br />
1304  <strong>Variable training</strong> <strong>sessions:</strong><br />
1305  Extreme Gym isn&#8217;t going to require its new franchise owners to undergo training
      at the corporate head office, as the other franchising opportunities do. They are
      flexible and believe new owners have enough duties on their plates that they don&#8217;t
      have to leave home in order to learn the ropes pertaining to the brand new business.
      They offer video tutorials and DVD&#8217;s that are designed to train these individuals on
      the various aspects of the health club franchise. Of course, prospective fitness franchise
      owners are more than welcome to attend instruction at corporate headquarters.<br />
1306  <br />
1307  <strong>Regulations that&#8217;s not rigid:</strong><br />
1308  After the franchise is actually purchased, and the training can be complete, the guidelines
      and strict regulations are nonexistent with Extreme Gym. This fitness franchise happens to
      be a customer friendly agreement. You will not feel that you will be an employee of Extreme
      Gym but rather an Extreme Gym owner.<br />
1309  <br />
1310  <strong>Inexpensive royalty monthly charges:</strong><br />
1311  The royalty fees are $199 monthly for an Extreme Gym franchise, while almost all of the
      other franchising opportunities charge royalty fees inside the neighborhood of $450 or
      additional.<br />
1312  <br />
1313  <strong>Great support staff:</strong><br />
1314  Whenever any franchise owner has a question, there is a support staff at the Extreme
      Gym corporate headquarters which are trained and skilled in addressing any issues and/ or
      problems that arise. This makes the item convenient, because the franchise owner feels that
      he/ she provide a backup team to utilize when situations come up that could be difficult.
      <br />
1315  Some other things that help to make an Extreme Gym franchise hence appealing to prospective
      owners is the fact that it allows the franchisee to help keep their present job by
      delivering a 24 hour surveillance technique (Optional). Also offered is the;<br />
1316  <br />
1317  Membership card check-in system,<br />
1318  Electronic funds transfer system to gather member dues and direct deposit those
      dues in the franchisee&#8217;s account<br />
      Gym owner&#8217;s membership site where the franchisee can get tips in addition to network
1319  with other gym proprietors<br />

1320  Free custom website with totally free hosting,<br />
1321  Gym member&#8217;s wellness internet site for training and diet tips<br />
1322  Marketing materials<br />
```

```
1323 Proprietary software generate targeted leads in your area<br />
1324 Turnkey Marketing System.<br />
1325 Best machines warranties<br />
1326 Site selection assistance<br />
1327 and leasing assistance if needed<br />
1328 <br />
1329 <div class="separator" style="clear: both; text-align: center;"><object width="320"
     height="266" class="BLOG_video_class" id="BLOG_video-136d71a8992e6088"
     classid="clsid:D27CDB6E-AE6D-11cf-96B8-444553540000"
     codebase="/web/20111207054551oe_/http://download.macromedia.com/pub/shockwave/cabs/flash/sw
     flash.cab#version=6,0,40,0"><param name="movie" value="http://www.youtube.com/get_player">
1330 <param name="bgcolor" value="#FFFFFF">
1331 <param name="allowfullscreen" value="true">
1332 <param name="flashvars" value="flvurl=http://v11.nonxt2.googlevideo.com/videoplayback?
     id%3D136d71a8992e6088%26itag%3D5%26app%3Dblogger%26ip%3D0.0.0.0%26ipbits%3D0%26expire%3D132
     5384234%26sparams%3Did,itag,ip,ipbits,expire%26signature%3D7322D0012164E51C45E9D3C81EDF8113
     4E993DA.EB5FC188C7C93DC45BD655F41B0FB87475AFDE8%26key%3Dck1&amp;iurl=http://video.google.co
     m/ThumbnailServer2?
     app%3Dblogger%26contentid%3D136d71a8992e6088%26offsetms%3D5000%26itag%3Dw160%26sigh%3DN1vn-
     fIuPIqWGW4E0091KN9UEgU&amp;autoplay=0&amp;ps=blogger">
1333 <embed src="/web/20111207054551oe_/http://www.youtube.com/get_player" type="application/x-
     shockwave-flash"
1334 width="320" height="266" bgcolor="#FFFFFF"
1335 flashvars="flvurl=http://v11.nonxt2.googlevideo.com/videoplayback?
     id%3D136d71a8992e6088%26itag%3D5%26app%3Dblogger%26ip%3D0.0.0.0%26ipbits%3D0%26expire%3D132
     5384234%26sparams%3Did,itag,ip,ipbits,expire%26signature%3D7322D0012164E51C45E9D3C81EDF8113
     4E993DA.EB5FC188C7C93DC45BD655F41B0FB87475AFDE8%26key%3Dck1&iurl=http://video.google.com/Th
     umbnailServer2?
     app%3Dblogger%26contentid%3D136d71a8992e6088%26offsetms%3D5000%26itag%3Dw160%26sigh%3DN1vn-
     fIuPIqWGW4E0091KN9UEgU&autoplay=0&ps=blogger"
1336 allowFullScreen="true" /></object>
1337 <a
     href="rtsp://v4.cache5.googlevideo.com/ChoLENy73wIaEQmIYC6ZqHFtExMYDSANFEgDDA==/0/0/0/video
     .3gp" type="video/3gpp"><img width="320" height="266" alt="video"
     src="/web/20111207054551im_/http://video.google.com/ThumbnailServer2?
     app=blogger&amp;contentid=136d71a8992e6088&amp;offsetms=5000&amp;itag=w160&amp;sigh=N1vn-
     fIuPIqWGW4E0091KN9UEgU" class="BLOG_mobile_video_class" id="BLOG_mobile_video-
     136d71a8992e6088"></a></div><div style="text-align: center;"><br />
1338 </div>The above factors are many of the reasons that an Extreme Gym Franchise Opportunity
     happens to be a popular affordable fitness franchise option. Individuals are astonished
     that a superb quality gym franchise are offered for such a small n amount of money. Yes,
     Extreme Gym is the least expensive of the fitness franchising opportunities you can
     get today. The good thing about the actual Extreme Gym Franchise Opportunity is that it has
     every one of the trimmings without a high package price. The low price of the gym franchise
     makes it possible for these affordable rates to get passed down to the Extreme Gym members.
     <br />
1339 <div sizcache="4" sizset="238">Get more info on the Extreme Fitness Franchise at <span
     sizcache="4" sizset="238" style="color: #2266bb; font-size: small;"><a
     href="/web/20111207054551/http://www.theextremegym.com/" target="_blank">fitness
     franchise</a></span><br />
1340 Also check out <span sizcache="4" sizset="239" style="font-size: small;"><a
     href="/web/20111207054551/http://www.extremegymfranchise.com/" target="_blank"><span
     style="color: #2266bb;">gym franchise opportunity</span></a></span></div>
1341 <div style="clear: both;"></div>
1342 </div>
1343 <div class='post-footer'>
1344 <div class='post-footer-line post-footer-line-1'><span class='post-author vcard'>
1345 Posted by
1346 <span class='fn'>Extreme Gym</span>
1347 </span>
1348 <span class='post-timestamp'>
```

```
1349  at
1350  <a class='timestamp-link'
      href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/gym-franchising-
      opportunities.html' rel='bookmark' title='permanent link'><abbr class='published'
      title='2011-01-13T11:12:00-05:00'>11:12 AM</abbr></a>
1351  </span>
1352  <span class='post-comment-link'>
1353  <a class='comment-link'
      href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/gym-franchising-
      opportunities.html#comment-form' onclick=''>0
1354  comments</a>
1355  </span>
1356  <span class='post-icons'>
1357  <span class='item-control blog-admin pid-1146143678'>
1358  <a href='/web/20111207054551/http://www.blogger.com/post-edit.g?
      blogID=7129821791299908645&amp;postID=3730918026470861817&amp;from=pencil' title='Edit
      Post'>
1359  <img alt='' class='icon-action' height='18'
      src='/web/20111207054551im_/http://img2.blogblog.com/img/icon18_edit_allbkg.gif'
      width='18'/>
1360  </a>
1361  </span>
1362  </span>
1363  <div class='post-share-buttons'>
1364  <a class='goog-inline-block share-button sb-email'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=3730918026470861817&amp;target=email' target='_blank'
      title='Email This'><span class='share-button-link-text'>Email This</span></a><a
      class='goog-inline-block share-button sb-blog'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=3730918026470861817&amp;target=blog'
      onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=475&quot;);
      return false;" target='_blank' title='BlogThis!'><span class='share-button-link-
      text'>BlogThis!</span></a><a class='goog-inline-block share-button sb-twitter'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=3730918026470861817&amp;target=twitter'
      target='_blank' title='Share to Twitter'><span class='share-button-link-text'>Share to
      Twitter</span></a><a class='goog-inline-block share-button sb-facebook'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=3730918026470861817&amp;target=facebook'
      onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=430,width=640&quot;);
      return false;" target='_blank' title='Share to Facebook'><span class='share-button-link-
      text'>Share to Facebook</span></a><div class='goog-inline-block dummy-container'><g:plusone
      source='blogger' href='http://www.extremegymfranchise.com/2011/01/gym-franchising-
      opportunities.html' size='medium' width='300' annotation='inline'/></div>
1365  </div>
1366  </div>
1367  <div class='post-footer-line post-footer-line-2'><span class='post-labels'>
1368  </span>
1369  </div>
1370  <div class='post-footer-line post-footer-line-3'></div>
1371  </div>
1372  </div>
1373  </div>
1374
1375          </div></div>
1376
1377
1378          <div class="date-outer">
1379
1380
```

```
1381    <h2 class="date-header"><span>Saturday, December 3, 2011</span></h2>

1382            <div class="date-posts">

1383
1384    <div class='post-outer'>
1385    <div class='post hentry'>
1386    <a name='36327234569783526'></a>
1387    <h3 class='post-title entry-title'>
1388    <a href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/fitness-center-
        franchises-which-one-is.html'>Fitness Center Franchises - Which one is Best?</a>
1389    </h3>
1390    <div class='post-header'>
1391    <div class='post-header-line-1'></div>
1392    </div>
1393    <div class='post-body entry-content'>
1394    When searching for a business or business to start in 2011, one common question is what
        business? If you already decided on one of the <a
        href="/web/20111207054551/http://www.theextremegym.com/">fitness center franchises</a> then
        you are definitely thinking which one is best? There are a few good ones but the total
        investment cost tends to be out of reach for the average person. If your total household
        income is under $100,000 then being able to afford one of these franchises even if your
        financing can be next to impossible.<br />
1395    <br />
1396    Out of the many <a href="/web/20111207054551/http://www.theextremegym.com/">fitness center
        franchises</a>, there is however a low-priced inexpensive fitness franchise solution. The
        Extreme Gym Franchise has the lowest total investment of all the gym franchises. You can be
        set up with a complete health club for just under $68,000. That includes the $10,000
        franchise fee which also happens to be the lowest franchise fee in the industry. The low
        price tag includes state of the art weight and cardio equipment with the best warranties,
        free delivery and setup of your equipment, marketing supplies and training, a gym
        management system that includes membership card and check-in system as well as an optional
        24 hour keyless entry and surveillance system.<br />
1397    <br />
1398    Compare the Extreme Gym franchise system to its competitors and your costs is significantly
        lower than the high costs of other <a
        href="/web/20111207054551/http://www.theextremegym.com/">fitness center
        franchises</a> which start at between $120,000 to 1.2 million dollars.<br />
1399    <br />
1400    <div class="separator" style="clear: both; text-align: center;"><a
        href="/web/20111207054551/http://2.bp.blogspot.com/_A2wtTt6S5h8/TR94tbrEV1I/AAAAAAAAABQ/Jrr
        A_tcSAP0/s1600/Extreme-Gym-1.JPG" imageanchor="1" style="margin-left: 1em; margin-right:
        1em;"><img border="0" height="240" n4="true"
        src="/web/20111207054551im_/http://2.bp.blogspot.com/_A2wtTt6S5h8/TR94tbrEV1I/AAAAAAAAABQ/J
        rrA_tcSAP0/s320/Extreme-Gym-1.JPG" width="320" /></a></div><br />
1401    When deciding on a fitness center franchise, you can lower the risk my ensuring your
        investment isn't outrages. With a low investment, ongoing support and proper training your
        success rate is very high as compared to opening and starting a business on your own. <br
        />
1402    You can learn more about the Extreme Gym Franchise by visiting: <a
        href="/web/20111207054551/http://www.theextremegym.com/">http://www.theextremegym.com/</a>
1403    <div style="clear: both;"></div>
1404    </div>
1405    <div class='post-footer'>
1406    <div class='post-footer-line post-footer-line-1'><span class='post-author vcard'>
1407    Posted by
1408    <span class='fn'>Extreme Gym</span>
1409    </span>
1410    <span class='post-timestamp'>
1411    at
1412    <a class='timestamp-link'>
```

```
       href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/fitness-center-
       franchises-which-one-is.html' rel='bookmark' title='permanent link'><abbr class='published'
       title='2011-01-01T14:00:00-05:00'>2:00 PM</abbr></a>
1413 </span>
1414 <span class='post-comment-link'>
1415 <a class='comment-link'
       href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/fitness-center-
       franchises-which-one-is.html#comment-form' onclick=''>0
1416 comments</a>
1417 </span>
1418 <span class='post-icons'>
1419 <span class='item-control blog-admin pid-1146143678'>
1420 <a href='/web/20111207054551/http://www.blogger.com/post-edit.g?
       blogID=7129821791299908645&amp;postID=363272345769783526&amp;from=pencil' title='Edit
       Post'>
1421 <img alt='' class='icon-action' height='18'
       src='/web/20111207054551im_/http://img2.blogblog.com/img/icon18_edit_allbkg.gif'
       width='18'/>
1422 </a>
1423 </span>
1424 </span>
1425 <div class='post-share-buttons'>
1426 <a class='goog-inline-block share-button sb-email'
       href='/web/20111207054551/http://www.blogger.com/share-post.g?
       blogID=7129821791299908645&amp;postID=363272345769783526&amp;target=email' target='_blank'
       title='Email This'><span class='share-button-link-text'>Email This</span></a><a
       class='goog-inline-block share-button sb-blog'
       href='/web/20111207054551/http://www.blogger.com/share-post.g?
       blogID=7129821791299908645&amp;postID=363272345769783526&amp;target=blog'
       onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=270,width=475&quot;);
       return false;" target='_blank' title='BlogThis!'><span class='share-button-link-
       text'>BlogThis!</span></a><a class='goog-inline-block share-button sb-twitter'
       href='/web/20111207054551/http://www.blogger.com/share-post.g?
       blogID=7129821791299908645&amp;postID=363272345769783526&amp;target=twitter'
       target='_blank' title='Share to Twitter'><span class='share-button-link-text'>Share to
       Twitter</span></a><a class='goog-inline-block share-button sb-facebook'
       href='/web/20111207054551/http://www.blogger.com/share-post.g?
       blogID=7129821791299908645&amp;postID=363272345769783526&amp;target=facebook'
       onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=430,width=640&quot;);
       return false;" target='_blank' title='Share to Facebook'><span class='share-button-link-
       text'>Share to Facebook</span></a><div class='goog-inline-block dummy-container'><g:plusone
       source='blogger' href='http://www.extremegymfranchise.com/2011/01/fitness-center-
       franchises-which-one-is.html' size='medium' width='300' annotation='inline'/></div>
1427 </div>
1428 </div>
1429 <div class='post-footer-line post-footer-line-2'><span class='post-labels'>
1430 </span>
1431 </div>
1432 <div class='post-footer-line post-footer-line-3'></div>
1433 </div>
1434 </div>
1435 </div>
1436
1437                </div></div>
1438
1439
1440            <div class="date-outer">
1441
1442 <h2 class='date-header'><span>Sunday, November 28, 2010</span></h2>
1443
1444
```

```
1445  <div class='date-posts'>
1446  <div class='post-outer'>
1447  <div class='post hentry'>
1448  <a name='1631562604082962230'></a>
1449  <h3 class='post-title entry-title'>
1450  <a href='/web/20111207054551/http://www.extremegymfranchise.com/2010/11/finding-fitness-
        franchise-with-lowest.html'>Finding a Fitness Franchise with Lowest Franchise and Royalty
        Fee</a>
1451  </h3>
1452  <div class='post-header'>
1453  <div class='post-header-line-1'></div>
1454  </div>
1455  <div class='post-body entry-content'>
1456  <div class="MsoNormal" style="margin: 0in 0in 10pt;"><b style="mso-bidi-font-weight:
        normal;"><span style="font-size: 12pt; line-height: 115%;"><span style="font-family:
        Calibri;">Finding a Fitness Franchise- Lowest Franchise and Royalty Fee</span></span></b>
        </div><div class="MsoNormal" style="margin: 0in 0in 10pt;"><span style="font-size: 12pt;
        line-height: 115%;"><span style="font-family: Calibri;">It is sometimes rather difficult to
        find a popular and/ or successful 24 hour fitness franchise that is successful and has a
        low franchise, as well as an affordable royalty fee. However, there are some companies that
        do have these features available, one being the Extreme Gym fitness franchise. Here, you
        can find low franchise opportunities, as well as low monthly royalty fees. </span></span>
        </div><div class="MsoNormal" style="margin: 0in 0in 10pt;"><span style="font-size: 12pt;
        line-height: 115%;"><span style="font-family: Calibri;">Extreme Gym offers a $10,000
        franchise initial payment; however if the equipment is included the cost may be slightly
        under $68,000 which is still a great deal in comparison to other  fitness franchise
        opportunities. Many companies charge  $15,000 to $20,000  initial franchise fees
        with a complete and total equipment  package for as much as $120,000 &amp; up, which
        is much more than the Extreme Gym fitness franchise opportunity. The same holds true for
        the royalty fees that are paid on a monthly basis. Extreme Gym has a $199 monthly royalty,
        whereas other franchises range in the area of $400 or more. This is quite a savings,
        especially over a period of a few years. </span></span></div><div class="separator"
        style="clear: both; text-align: center;"><a
        href="/web/20111207054551/http://2.bp.blogspot.com/_A2wtTt6S5h8/TPKF_gCrGhI/AAAAAAAAA0/_av
        K9tZJUAs/s1600/insidegym_0001.jpg" imageanchor="1" style="margin-left: 1em; margin-right:
        1em;"><img border="0" ox="true"
        src="/web/20111207054551im_/http://2.bp.blogspot.com/_A2wtTt6S5h8/TPKF_gCrGhI/AAAAAAAAA0/_
        avK9tZJUAs/s1600/insidegym_0001.jpg" /></a></div><div class="MsoNormal" style="margin: 0in
        0in 10pt;"><br />

1457  </div><div class="MsoNormal" style="margin: 0in 0in 10pt;"><span style="font-size: 12pt;
        line-height: 115%;"><span style="font-family: Calibri;">The reason that this 24 hour
        fitness franchise is so affordable and/ or reasonable deals with the founder, David
        Wainwright&#8217;s beliefs. He felt that having a good quality chain of fitness franchise
        opportunities did not mean charging an extravagant amount of monies.  It is
        Wainwright&#8217;s feelings that if his franchises are more affordable than other
        companies&#8217; branches more individuals will be able to purchase them and the company
        will be able to expand more quickly. </span></span></div><div class="MsoNormal"
        style="margin: 0in 0in 10pt;"><span style="font-size: 12pt; line-height: 115%;"><span
        style="font-family: Calibri;">Extreme Gym fitness franchising is more economical for its
        buyers with regard to other areas including those related to the training involved prior to
        the grand opening of an Extreme Gym. This gym franchise feels that training is important to
        the success of the fitness facility, but so isn&#8217;t its flexibility. So, instead of
        requiring the new franchise owners to report to the corporate headquarters for a 3 day to 1
        week training seminar, they recommend it, but do not require it. Extreme Gym has very
        intensive tutorials and DVD&#8217;s that will be sufficient in the training that is
        necessary in opening an Extreme Gym. These new team members of this gym franchise can feel
        free to call headquarters or chat online as to any questions and/ or problems that they
        might have. In other words, each new owner is not alone; they always have back-up support,
        which is included with their franchise package as well as a free customized website,
```

marketing materials, turnkey marketing system, gym member site to network and get tips from other gym owners, lifetime warranty on equipment, EFT system, proprietary software to help generate quality targeted leads and much more.</span></span></div><div class="MsoNormal" style="margin: 0in 0in 10pt;"><span style="font-size: 12pt; line-height: 115%;"><span style="font-family: Calibri;">With this in mind, it is clear to see that this 24 hour fitness franchise, Extreme Gym, is by far the most reasonable and/ or inexpensive fitness franchise available today. Since it is committed in quality and does not let its affordable prices decrease its many good features, this gym franchise is quickly growing and becoming one of the most popular franchises in today&#8217;s market. </span></span></div><span style="font-family: Calibri; font-size: 12pt; line-height: 115%;">Just log onto the internet and compare the many fitness franchise opportunities that are available today; you will be sure to see that Extreme Gym is the most affordable.</span><br />

1458 `<br />`

1459 `<span style="font-family: Calibri;">For more information on our <a href="/web/20111207054551/http://www.theextremegym.com/">fitness franchise</a> please visit our website <a href="/web/20111207054551/http://www.theextremegym.com/">http://www.theextremegym.com/</a></span>`

1460 `<div style="clear: both;"></div>`

1461 `</div>`

1462 `<div class='post-footer'>`

1463 `<div class='post-footer-line post-footer-line-1'><span class='post-author vcard'>`

1464 Posted by

1465 `<span class='fn'>Extreme Gym</span>`

1466 `</span>`

1467 `<span class='post-timestamp'>`

1468 at

1469 `<a class='timestamp-link' href='/web/20111207054551/http://www.extremegymfranchise.com/2010/11/finding-fitness-franchise-with-lowest.html' rel='bookmark' title='permanent link'><abbr class='published' title='2010-11-28T11:41:00-05:00'>11:41 AM</abbr></a>`

1470 `</span>`

1471 `<span class='post-comment-link'>`

1472 `<a class='comment-link' href='/web/20111207054551/http://www.extremegymfranchise.com/2010/11/finding-fitness-franchise-with-lowest.html#comment-form' onclick=''>0`

1473 comments</a>`

1474 `</span>`

1475 `<span class='post-icons'>`

1476 `<span class='item-control blog-admin pid-1146143678'>`

1477 `<a href='/web/20111207054551/http://www.blogger.com/post-edit.g?blogID=7129821791299908645&amp;postID=1631562604082962230&amp;from=pencil' title='Edit Post'>`

1478 `<img alt='' class='icon-action' height='18' src='/web/20111207054551im_/http://img2.blogblog.com/img/icon18_edit_allbkg.gif' width='18'/>`

1479 `</a>`

1480 `</span>`

1481 `</span>`

1482 `<div class='post-share-buttons'>`

1483 `<a class='goog-inline-block share-button sb-email' href='/web/20111207054551/http://www.blogger.com/share-post.g?blogID=7129821791299908645&amp;postID=1631562604082962230&amp;target=email' target='_blank' title='Email This'><span class='share-button-link-text'>Email This</span></a><a class='goog-inline-block share-button sb-blog' href='/web/20111207054551/http://www.blogger.com/share-post.g?blogID=7129821791299908645&amp;postID=1631562604082962230&amp;target=blog' onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=270,width=475&quot;); return false;" target='_blank' title='BlogThis!'><span class='share-button-link-text'>BlogThis!</span></a><a class='goog-inline-block share-button sb-twitter'`

```
     href='/web/20111207054551/http://www.blogger.com/share-post.g?
     blogID=7129821791299908645&amp;postID=1631562604082962230&amp;target=twitter'
     target='_blank' title='Share to Twitter'><span class='share-button-link-text'>Share to
     Twitter</span></a><a class='goog-inline-block share-button sb-facebook'
     href='/web/20111207054551/http://www.blogger.com/share-post.g?
     blogID=7129821791299908645&amp;postID=1631562604082962230&amp;target=facebook'
     onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=430,width=640&quot;);
     return false;" target='_blank' title='Share to Facebook'><span class='share-button-link-
     text'>Share to Facebook</span></a><div class='goog-inline-block dummy-container'><g:plusone
     source='blogger' href='http://www.extremegymfranchise.com/2010/11/finding-fitness-
     franchise-with-lowest.html' size='medium' width='300' annotation='inline'/></div>
1484 </div>
1485 </div>
1486 <div class='post-footer-line post-footer-line-2'><span class='post-labels'>
1487 </span>
1488 </div>
1489 <div class='post-footer-line post-footer-line-3'></div>
1490 </div>
1491 </div>
1492 </div>
1493
1494            </div></div>
1495
1496
1497            <div class="date-outer">
1498
1499 <h2 class='date-header'><span>Tuesday, November 23, 2010</span></h2>
1500
1501            <div class="date-posts">
1502
1503 <div class='post-outer'>
1504 <div class='post hentry'>
1505 <a name='2152754364531483033'></a>
1506 <h3 class='post-title entry-title'>
1507 <a href='/web/20111207054551/http://www.extremegymfranchise.com/2010/11/extreme-gym-
     franchise.html'>Extreme Gym Franchise - More Affordable, High on Quality</a>
1508 </h3>
1509 <div class='post-header'>
1510 <div class='post-header-line-1'></div>
1511 </div>
1512 <div class='post-body entry-content'>
1513 <span style="color: #c43030;"><b>The</b> <span style="font-weight: bold;">Extreme Gym
     Franchise Opportunity</span> </span><br />
1514 <span style="font-size: 8pt;"><span style="font-family: Verdana;"><span style="color:
     black;"><span style="font-size: 10pt;"><span style="font-family: Verdana;"><span
     style="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;">
     <span style="color: black;"><span style="font-family: Verdana;"><span style="color:
     black;">Let's not waste any time and tell why we are the better choice for anyone
     wanting their own <span style="font-weight: bold;">24 hour gym franchise</span>. Compare us
     to any other <span style="font-weight: bold;">fitness franchise</span>, we are the cheaper
     choice while offering more value for your money. Our fitness center franchise opportunity
     is for those wanting their own gym without paying $120,000 to $300,000.</span></span>
     </span></span></span></span></span></span></span></span><br />
1515 <br />
1516 <span style="font-size: 8pt;"><span style="font-family: Verdana;"><span style="color:
     black;"><span style="font-size: 10pt;"><span style="font-family: Verdana;"><span
     style="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;">
     <span style="color: black;"><span style="font-family: Verdana;"><span style="color:
     black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;"><span
     style="color: black;"><span style="font-size: 12pt;"><span style="font-family: Verdana;">
     <span style="color: black;"><span style="font-size: 10pt;"><span style="font-family:
```

```
yle="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;">
<span style="color: black;"><span style="font-family: Verdana;"><span style="color:
black;"><span style="font-family: Verdana;"><span style="color: black;"><span style="font-
family: Verdana;"><span style="color: black;"><span style="font-size: 10pt;"><span
style="font-family: Verdana;"><span style="color: black;"><span style="font-family:
Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span
style="font-family: Verdana;"><span style="color: black;"><span style="font-family:
Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span
style="font-size: 8pt;"><span style="font-family: Verdana;"><span style="color: black;">
<span style="font-family: Verdana;"><span style="color: black;"><span style="font-family:
Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span
style="font-family: Verdana;"><span style="color: black;"><span style="font-family:
Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span
style="font-family: Verdana;"><span style="color: black;"><span style="font-family:
Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span
style="font-family: Verdana;"><span style="color: black;"><span style="font-family:
Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span
style="color: black;">While other <span style="font-weight: bold;">fitness franchise</span>
total investment range from $50,000 to 1 million dollars (keep in mind their
$50,000 takes into account you are leasing the equipment so the total cost of equipment
isn't figured into your investment), our total start up cost is just under $60,000 which
includes cost of all equipment.</span></span></span></span></span></span><br />
```

1517 `<br />`

1518
```
Many of the ladies 30 minute circuit franchises have a total investment of around
$49,999 but this is for 8 to 16 pieces of hydraulic equipment. The Extreme Gym
Franchise provides a complete health club which includes free weights, circuit
machines and cardio for a total investment under $60,000 including delivery, set-up
and installation.</span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
<br />
```

1519 `<br />`

1520
```
<span style="font-size: 8pt;"><span style="font-family: Verdana;"><span style="color:
black;"><span style="font-size: 10pt;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;">
<span style="color: black;"><span style="font-size: 8pt;"><span style="font-family:
black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-size: 12pt;"><span style="font-family: Verdana;">
<span style="color: black;"><span style="font-family: Verdana;"><span style="font-family:
Verdana;"><span style="color: black;"><span style="font-size: 10pt;"><span style="font-family:
Verdana;"><span style="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;">
<span style="color: black;"><span style="font-family: Verdana;"><span style="color:
black;"><span style="font-family: Verdana;"><span style="color: black;"><span style="font-
family: Verdana;"><span style="color: black;"><span style="font-size: 10pt;"><span
style="font-family: Verdana;"><span style="color: black;"><span style="font-family:
Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span
style="font-family: Verdana;"><span style="color: black;"><span style="font-size: 12pt;">
<span style="color: #333333;"><span style="font-family: Arial;"><span style="font-size:
10pt;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="font-
size: 8pt;"><span style="color: #333333;"><span style="font-family: Arial;"><span
style="color: #333333;"><span style="font-family: Arial;"><span style="font-size: 10pt;">
```

http://web.archive.org/web/20111107054551/http://www.extremegymfranchise.com/

```
#333333;"><span style="font-family: Arial;"><span style="color:
#333333;"><span style="font-family: Arial;"><span style="color:
style="font-family: Arial;"><span style="color: #333333;"><span style="font-family:
Arial;"><span style="font-size: 8pt;"><span style="color: #333333;"><span style="font-
family: Arial;"><span style="color: #333333;"><span style="font-family: Arial;"><span
style="color: #333333;"><span style="font-family: Arial;"><span style="color: #333333;">
<span style="font-family: Arial;"><span style="color: #333333;"><span style="font-family:
Arial;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="color:
#333333;"><span style="font-family: Arial;"><span style="color: #333333;"><span
style="font-family: Arial;"><b>Also included:</b></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span><br />
```

1521
```
<span style="font-size: 8pt;"><span style="font-family: Verdana;"><span style="color:
black;"><span style="font-size: 10pt;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;">
<span style="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;"><span style="color:
black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-size: 12pt;"><span style="font-family: Verdana;">
Verdana;"><span style="color: black;"><span style="font-size: 10pt;"><span style="font-family:
style="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;">
black;"><span style="font-family: Verdana;"><span style="font-family: Verdana;"><span style="color:
family: Verdana;"><span style="color: black;"><span style="font-size: 10pt;"><span
style="font-family: Verdana;"><span style="color: black;"><span style="font-family:
Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span
style="font-family: Verdana;"><span style="color: black;"><span style="font-size: 12pt;">
<span style="color: #333333;"><span style="font-family: Arial;"><span style="font-size:
10pt;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="font-
size: 8pt;"><span style="color: #333333;"><span style="font-family: Arial;"><span
style="color: #333333;"><span style="font-family: Arial;"><span style="font-size: 10pt;">
<span style="color: #333333;"><span style="font-family: Arial;"><span style="color:
#333333;"><span style="font-family: Arial;"><span style="color: #333333;"><span
style="font-family: Arial;"><span style="color: #333333;"><span style="font-family:
Arial;"><span style="font-size: 8pt;"><span style="color: #333333;"><span style="font-
family: Arial;"><span style="color: #333333;"><span style="font-family: Arial;"><span
style="color: #333333;"><span style="font-family: Arial;"><span style="color: #333333;">
<span style="font-family: Arial;">24 Hour Keyless Entry and Surveillance System</span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span></span></span></span></span></span></span>
</span></span></span></span></span></span></span><br />
```

1522  `<br />`
1523
```
<span style="font-size: 8pt;"><span style="font-family: Verdana;"><span style="color:
black;"><span style="font-size: 10pt;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;">
<span style="color: black;"><span style="font-family: Verdana;"><span style="color:
black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;"><span
style="color: black;"><span style="font-size: 12pt;"><span style="font-family: Verdana;">
Verdana;"><span style="color: black;"><span style="font-size: 10pt;"><span style="font-family:
style="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;">
<span style="color: black;"><span style="font-family: Verdana;"><span style="color:
```

black;"><span style="font-family: Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span style="font-size: 10pt;"><span style="font-family: Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span style="font-size: 12pt;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="font-size: 10pt;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="font-size: 8pt;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="font-size: 10pt;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="font-size: 8pt;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="color: #333333;"><span style="font-family: Arial;">

1524 &lt;br /&gt;
Check-in System with membership cards.&lt;br /&gt;

1525 EFT System to automatically draft and deposit Membership Dues to your account&lt;br /&gt;

1526 &lt;br /&gt;

1527 Turnkey Marketing System&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt; &lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt; &lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt; &lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;/span&gt;&lt;br /&gt;

1528 &lt;br /&gt;

1529 &lt;span style="font-size: 8pt;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-size: 10pt;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-size: 8pt;"&gt;&lt;span style="font-family: Verdana;"&gt; &lt;span style="color: black;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-size: 8pt;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-size: 12pt;"&gt;&lt;span style="font-family: Verdana;"&gt; &lt;span style="color: black;"&gt;&lt;span style="font-size: 10pt;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-size: 8pt;"&gt;&lt;span style="font-family: Verdana;"&gt; &lt;span style="color: black;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-size: 10pt;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-family: Verdana;"&gt;&lt;span style="color: black;"&gt;&lt;span style="font-size: 12pt;"&gt; &lt;span style="color: #333333;"&gt;&lt;span style="font-family: Arial;"&gt;&lt;span style="font-size: 10pt;"&gt;&lt;span style="color: #333333;"&gt;&lt;span style="font-family: Arial;"&gt;&lt;span style="font-size: 8pt;"&gt;&lt;span style="color: #333333;"&gt;&lt;span style="font-family: Arial;"&gt;&lt;span style="color: #333333;"&gt;&lt;span style="font-family: Arial;"&gt;&lt;span style="font-size: 10pt;"&gt; &lt;span style="color: #333333;"&gt;&lt;span style="font-family: Arial;"&gt;&lt;span style="color: #333333;"&gt;&lt;span style="font-family: Arial;"&gt;&lt;span style="color: #333333;"&gt;&lt;span style="font-family: Arial;"&gt;&lt;span style="color: #333333;"&gt;&lt;span style="font-family: Arial;"&gt;&lt;span style="font-size: 8pt;"&gt;&lt;span style="color: #333333;"&gt;&lt;span style="font-family: Arial;"&gt;&lt;span style="color: #333333;"&gt;&lt;span style="font-family: Arial;"&gt;&lt;span style="color: #333333;"&gt; &lt;span style="font-family: Arial;"&gt;Our Proprietary Software to generate targeted leads (not offered with other &lt;span style="font-weight: bold;"&gt;gym franchises&lt;/span&gt;)&lt;br /&gt;

1530 &lt;br /&gt;

1531 Marketing Materials.&lt;br /&gt;

1532 &lt;br /&gt;

1533 Ongoing support including&amp;nbsp;operational manual and video tutorials&lt;br /&gt;

1534 &lt;br /&gt;

```
1535   Lowest Case 2015-0 2326-N4Q No Renewal Fees<br />
1536   <br />
1537   Only a $199 Monthly Royalty Fee<br />
1538   <br />
1539   Lifetime Warranty on Free Weight and selectorized equipment<br />
1540   <br />
1541   5 Year Warranty on all Cardio</span></span></span></span></span></span></span></span></span></span></span>
       </span></span></span></span></span></span></span></span></span></span></span></span></span></span></span>
       </span></span></span></span></span></span></span></span></span></span></span></span></span></span></span>
       </span></span></span></span></span></span></span></span></span></span></span></span></span></span></span>
       </span></span></span></span></span></span></span></span></span></span></span></span></span></span></span>
       </span></span></span></span></span></span></span></span></span></span></span></span></span></span><br />
1542   <br />
1543   <div class="separator" style="clear: both; text-align: center;"><a
       href="/web/20111207054551/http://2.bp.blogspot.com/_A2wtTt6S5h8/TOv7D-
       cZJrI/AAAAAAAAAAw/qB6S7KU_IhA/s1600/machines.JPG" imageanchor="1" style="margin-left: 1em;
       margin-right: 1em;"><img border="0" height="240" ox="true"
       src="/web/20111207054551im_/http://2.bp.blogspot.com/_A2wtTt6S5h8/TOv7D-
       cZJrI/AAAAAAAAAAw/qB6S7KU_IhA/s320/machines.JPG" width="320" /></a></div><br />
1544   <br />
1545   <span style="font-size: 8pt;"><span style="font-family: Verdana;"><span style="color:
       black;"><span style="font-size: 10pt;"><span style="font-family: Verdana;"><span
       style="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;">
       <span style="color: black;"><span style="font-family: Verdana;"><span style="color:
       black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;"><span
       style="color: black;"><span style="font-size: 12pt;"><span style="font-family: Verdana;">
       <span style="color: black;"><span style="font-size: 10pt;"><span style="font-family:
       Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span
       style="color: black;"><span style="font-size: 8pt;"><span style="font-family: Verdana;">
       <span style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span style="font-
       family: Verdana;"><span style="color: black;"><span style="font-size: 10pt;"><span
       style="font-family: Verdana;"><span style="color: black;"><span style="font-family:
       Verdana;"><span style="color: black;"><span style="font-family: Verdana;"><span
       style="color: black;"><span style="font-family: Verdana;"><span style="color: black;"><span
       style="font-family: Verdana;"><span style="color: black;"><span style="font-size: 12pt;">
       <span style="color: #333333;"><span style="font-family: Arial;"><span style="font-size:
       10pt;"><span style="color: #333333;"><span style="font-family: Arial;"><span style="font-
       size: 8pt;"><span style="color: #333333;"><span style="font-family: Arial;"><span
       style="color: #333333;"><span style="font-family: Arial;"><span style="font-size: 10pt;">
       <span style="color: #333333;"><span style="font-family: Arial;"><span style="color:
       #333333;"><span style="font-family: Arial;"><span style="color: #333333;"><span
       style="font-family: Arial;"><span style="color: #333333;"><span style="font-family:
       Arial;"><span style="font-size: 8pt;"><span style="color: #333333;"><span style="font-
       family: Arial;"><span style="color: #333333;"><span style="font-family: Arial;"><span
       style="color: #333333;"><span style="font-family: Arial;"><span style="color: #333333;">
       <span style="font-family: Arial;">Visit our site at <a
       href="/web/20111207054551/http://www.theextremegym.com/">http://www.theextremegym.com/</a>
       to learn more.</span></span></span></span></span></span></span></span></span></span></span>
       </span></span></span></span></span></span></span></span></span></span></span></span></span>
       </span></span></span></span></span></span></span></span></span></span></span></span></span>
       </span></span></span></span></span></span></span></span></span></span></span></span></span>
       </span></span></span></span></span></span></span></span></span></span></span></span></span>
       </span></span></span></span></span></span></span></span></span></span></span><br />
1546   <br />
1547   <script id="my_vsp" src="/web/20111207054551js_/http://awsvidclips.com/main_vsp.js?
       swf=http://awsvidclips.com/main_vsp.swf&amp;flv=http://awsvidclips.com/1006705.flv&amp;star
       t=normal&amp;close=close&amp;play_when=1&amp;align_right=true&amp;show_loading=yes&amp;widt
       h=480&amp;height=360&amp;vlm=80&amp;x_off=312">
1548   </script>
```

```
1549  <div style='clear: both;'></div>
1550  </div>
1551  <div class='post-footer'>
1552  <div class='post-footer-line post-footer-line-1'><span class='post-author vcard'>
1553  Posted by
1554  <span class='fn'>Extreme Gym</span>
1555  </span>
1556  <span class='post-timestamp'>
1557  at
1558  <a class='timestamp-link'
      href='/web/20111207054551/http://www.extremegymfranchise.com/2010/11/extreme-gym-
      franchise.html' rel='bookmark' title='permanent link'><abbr class='published' title='2010-
      11-23T10:56:00-05:00'>10:56 AM</abbr></a>
1559  </span>
1560  <span class='post-comment-link'>
1561  <a class='comment-link'
      href='/web/20111207054551/http://www.extremegymfranchise.com/2010/11/extreme-gym-
      franchise.html#comment-form' onclick=''>0
1562  comments</a>
1563  </span>
1564  <span class='post-icons'>
1565  <span class='item-control blog-admin pid-1146143678'>
1566  <a href='/web/20111207054551/http://www.blogger.com/post-edit.g?
      blogID=7129821791299908645&amp;postID=2152754364531483033&amp;from=pencil' title='Edit
      Post'>
1567  <img alt='' class='icon-action' height='18'
      src='/web/20111207054551im_/http://img2.blogblog.com/img/icon18_edit_allbkg.gif'
      width='18'/>
1568  </a>
1569  </span>
1570  </span>
1571  <div class='post-share-buttons'>
1572  <a class='goog-inline-block share-button sb-email'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=2152754364531483033&amp;target=email' target='_blank'
      title='Email This'><span class='share-button-link-text'>Email This</span></a><a
      class='goog-inline-block share-button sb-blog'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=2152754364531483033&amp;target=blog'
      onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=270,width=475&quot;);
      return false;" target='_blank' title='BlogThis!'><span class='share-button-link-
      text'>BlogThis!</span></a><a class='goog-inline-block share-button sb-twitter'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=2152754364531483033&amp;target=twitter'
      target='_blank' title='Share to Twitter'><span class='share-button-link-text'>Share to
      Twitter</span></a><a class='goog-inline-block share-button sb-facebook'
      href='/web/20111207054551/http://www.blogger.com/share-post.g?
      blogID=7129821791299908645&amp;postID=2152754364531483033&amp;target=facebook'
      onclick="window.open(this.href, &quot;_blank&quot;, &quot;height=430,width=640&quot;);
      return false;" target='_blank' title='Share to Facebook'><span class='share-button-link-
      text'>Share to Facebook</span></a><div class='goog-inline-block dummy-container'><g:plusone
      source='blogger' href='http://www.extremegymfranchise.com/2010/11/extreme-gym-
      franchise.html' size='medium' width='300' annotation='inline'/></div></div>
1573  </div>
1574  </div>
1575  <div class='post-footer-line post-footer-line-2'><span class='post-labels'>
1576  </span>
1577  </div>
1578  <div class='post-footer-line post-footer-line-3'></div>
1579  </div>
```

```
1580  </div>
1581  </div>
1582
1583          </div></div>
1584
1585  <!-- google_ad_section_end -->
1586  </div>
1587  <div class='blog-pager' id='blog-pager'>
1588  <a class='home-link'
      href='/web/20111207054551/http://www.extremegymfranchise.com/'>Home</a>
1589  </div>
1590  <div class='clear'></div>
1591  <div class='blog-feeds'>
1592  <div class='feed-links'>
1593  Subscribe to:
1594  <a class='feed-link'
      href='/web/20111207054551/http://www.extremegymfranchise.com/feeds/posts/default'
      target='_blank' type='application/atom+xml'>Posts (Atom)</a>
1595  </div>
1596  </div>
1597  <script type="text/javascript">window.___gcfg = {'lang': 'en'};window.___gapisync = false;
      (function() {var po = document.createElement('script');po.type = 'text/javascript';po.async
      = true;po.src = '/web/20111207054551/https://apis.google.com/js/plusone.js';var s =
      document.body.getElementsByTagName('script')[0];s.parentNode.insertBefore(po, s);})();
      </script>
1598  </div></div>
1599  </div>
1600  </div>
1601  <div class='column-left-outer'>
1602  <div class='column-left-inner'>
1603  <aside>
1604  </aside>
1605  </div>
1606  </div>
1607  <div class='column-right-outer'>
1608  <div class='column-right-inner'>
1609  <aside>
1610  <div class='sidebar section' id='sidebar-right-1'><div class='widget Image' id='Image1'>
1611  <div class='widget-content'>
1612  <a href='/web/20111207054551/http://www.theextremegym.com/'>
1613  <img alt='' height='92' id='Image1_img'
      src='/web/20111207054551im_/http://1.bp.blogspot.com/-
      KSw45sSADWk/ThhQGIjiEYI/AAAAAAAAADo/3DON8uOZbHw/s1600/Extreme-Logo8.PNG' width='314'/>
1614  </a>
1615  <br/>
1616  </div>
1617  <div class='clear'></div>
1618  <span class='widget-item-control'>
1619  <span class='item-control blog-admin'>
1620  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=Image&amp;widgetId=Image1&amp;action=editWidget&a
      mp;sectionId=sidebar-right-1' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;Image1&quot;));"
      target='configImage1' title='Edit'>
1621  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1622  </a>
1623  </span>
1624  </span>
1625  <div class='clear'></div>
```

view-source:web.archive.org/web/20111207054551/http://www.extremegymfranchise.com/

```
1626  </div><div class='widget HTML' id='HTML1'
1627  <div class='widget-content'>
1628  <iframe width="280" height="240"
       src="/web/20111207054551if_/http://www.youtube.com/embed/S60diXCYzPc?rel=0" frameborder="0"
       allowfullscreen></iframe>
1629  </div>
1630  <div class='clear'></div>
1631  <span class='widget-item-control'>
1632  <span class='item-control blog-admin'>
1633  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
       blogID=7129821791299908645&amp;widgetType=HTML&amp;widgetId=HTML1&amp;action=editWidget&amp
       ;sectionId=sidebar-right-1' onclick="return
       _WidgetManager._PopupConfig(document.getElementById(&quot;HTML1&quot;));"
       target='configHTML1' title='Edit'>
1634  <img alt='' height='18'
       src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
       width='18'/>
1635  </a>
1636  </span>
1637  </span>
1638  <div class='clear'></div>
1639  </div><div class='widget HTML' id='HTML6'>
1640  <div class='widget-content'>
1641  <script type="text/javascript"
       src="/web/20111207054551js_/http://forms.aweber.com/form/99/71594499.js"></script>
1642  </div>
1643  <div class='clear'></div>
1644  <span class='widget-item-control'>
1645  <span class='item-control blog-admin'>
1646  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
       blogID=7129821791299908645&amp;widgetType=HTML&amp;widgetId=HTML6&amp;action=editWidget&amp
       ;sectionId=sidebar-right-1' onclick="return
       _WidgetManager._PopupConfig(document.getElementById(&quot;HTML6&quot;));"
       target='configHTML6' title='Edit'>
1647  <img alt='' height='18'
       src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
       width='18'/>
1648  </a>
1649  </span>
1650  </span>
1651  <div class='clear'></div>
1652  </div><div class='widget Image' id='Image8'>
1653  <div class='widget-content'>
1654  <a href='/web/20111207054551/http://www.theextremegym.com/'>
1655  <img alt='' height='133' id='Image8_img'
       src='/web/20111207054551im_/http://3.bp.blogspot.com/-
       iJnqeTxwCqw/Ths0umej8gI/AAAAAAAAADw/nxXVLiz5iE0/s350/franchiseinfo1.jpg' width='178'/>
1656  </a>
1657  <br/>
1658  </div>
1659  <div class='clear'></div>
1660  <span class='widget-item-control'>
1661  <span class='item-control blog-admin'>
1662  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
       blogID=7129821791299908645&amp;widgetType=Image&amp;widgetId=Image8&amp;action=editWidget&a
       mp;sectionId=sidebar-right-1' onclick="return
       _WidgetManager._PopupConfig(document.getElementById(&quot;Image8&quot;));"
       target='configImage8' title='Edit'>
1663  <img alt='' height='18'
       src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
       width='18'/>
```

```
1664  </a>
1665  </span>
1666  </span>
1667  <div class='clear'></div>
1668  </div></div>
1669  <table border='0' cellpadding='0' cellspacing='0' class='section-columns columns-2'>
1670  <tbody>
1671  <tr>
1672  <td class='first columns-cell'>
1673  <div class='sidebar section' id='sidebar-right-2-1'><div class='widget Text' id='Text1'>
1674  <h2 class='title'>EXTREME GYM FRANCHISE</h2>
1675  <div class='widget-content'>
1676  Imagine....your very own gym for under $60,000. You can be up and running in less than 3
      months.<br/>
1677  </div>
1678  <div class='clear'></div>
1679  <span class='widget-item-control'>
1680  <span class='item-control blog-admin'>
1681  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=Text&amp;widgetId=Text1&amp;action=editWidget&amp
      ;sectionId=sidebar-right-2-1' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;Text1&quot;));"
      target='configText1' title='Edit'>
1682  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1683  </a>
1684  </span>
1685  </span>
1686  <div class='clear'></div>
1687  </div><div class='widget CustomSearch' id='CustomSearch1'>
1688  <h2 class='title'>Search This Blog</h2>
1689  <div class='widget-content'>
1690  <div id='CustomSearch1_form'>
1691  <span class='cse-status'>Loading...</span>
1692  </div>
1693  </div>
1694  <style type='text/css'>
1695      #uds-searchControl .gs-result .gs-title,
1696      #uds-searchControl .gs-result .gs-title *,
1697      #uds-searchControl .gsc-results .gsc-trailing-more-results,
1698      #uds-searchControl .gsc-results .gsc-trailing-more-results * {
1699        color:#cc1118;
1700      }
1701
1702      #uds-searchControl .gs-result .gs-title a:visited,
1703      #uds-searchControl .gs-result .gs-title a:visited * {
1704        color:#888888;
1705      }
1706
1707      #uds-searchControl .gs-relativePublishedDate,
1708      #uds-searchControl .gs-publishedDate {
1709        color: #ffffff;
1710      }
1711
1712      #uds-searchControl .gs-result a.gs-visibleUrl,
1713      #uds-searchControl .gs-result .gs-visibleUrl {
1714        color: #cc1118;
1715      }
1716
1717
```

```
1718    #uds-searchControl .gsc-results {
1719        border-color: #eeeeee;
1720        background-color: #ffffff;
1721    }
1722
1723    #uds-searchControl .gsc-tabhActive {
1724        border-color: #eeeeee;
1725        border-top-color: #eeeeee;
1726        background-color: #ffffff;
1727        color: #222222;
1728    }
1729
1730    #uds-searchControl .gsc-tabhInactive {
1731        border-color: #eeeeee;
1732        background-color: transparent;
1733        color: #cc1118;
1734    }
1735
1736    #uds-searchClearResults {
1737        border-color: #eeeeee;
1738    }
1739
1740    #uds-searchClearResults:hover {
1741        border-color: #eeeeee;
1742    }
1743
1744    #uds-searchControl .gsc-cursor-page {
1745        color: #cc1118;
1746    }
1747
1748    #uds-searchControl .gsc-cursor-current-page {
1749        color: #222222;
1750    }
1751  </style>
1752 <div class='clear'></div>
1753 <span class='widget-item-control'>
1754 <span class='item-control blog-admin'>
1755 <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
     blogID=7129821791299908645&amp;widgetType=CustomSearch&amp;widgetId=CustomSearch1&amp;actio
     n=editWidget&amp;sectionId=sidebar-right-2-1' onclick="return
     _WidgetManager._PopupConfig(document.getElementById(&quot;CustomSearch1&quot;));"
     target='configCustomSearch1' title='Edit'>
1756 <img alt='' height='18'
     src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
     width='18'/>
1757 </a>
1758 </span>
1759 </span>
1760 <div class='clear'></div>
1761 </div><div class='widget Image' id='Image2'>
1762 <div class='widget-content'>
1763 <a href='/web/20111207054551/http://www.theextremegym.com/'>
1764 <img alt='' height='131' id='Image2_img'
     src='/web/20111207054551im_/http://3.bp.blogspot.com/-
     upJr641ei70/TcWLmRQS4gI/AAAAAAAAACM/16Fun6OdRFo/s175/machines.JPG' width='175'/>
1765 </a>
1766 <br/>
1767 </div>
1768 <div class='clear'></div>
1769 <span class='widget-item-control'>
```

```
1770  <span class='item-control blog-admin'>
      <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=Image&amp;widgetId=Image2&amp;action=editWidget&a
      mp;sectionId=sidebar-right-2-1' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;Image2&quot;));"
      target='configImage2' title='Edit'>
1771  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1772  </a>
1773  </span>
1774  </span>
1775  <div class='clear'></div>
1776  </div><div class='widget Image' id='Image3'>
1777  <div class='widget-content'>
1778  <a href='/web/20111207054551/http://www.theextremegym.com/'>
1779  <img alt='' height='131' id='Image3_img'
      src='/web/20111207054551im_/http://3.bp.blogspot.com/-mxXQLOLHd-M/TcWL4-
      iww_I/AAAAAAAAACU/zcHN6SVB0Dc/s175/insidegym1_0003.jpg' width='175'/>
1780  </a>
1781  <br/>
1782  </div>
1783  <div class='clear'></div>
1784  <span class='widget-item-control'>
1785  <span class='item-control blog-admin'>
1786  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=Image&amp;widgetId=Image3&amp;action=editWidget&a
      mp;sectionId=sidebar-right-2-1' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;Image3&quot;));"
      target='configImage3' title='Edit'>
1787  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1788  </a>
1789  </span>
1790  </span>
1791  <div class='clear'></div>
1792  </div><div class='widget Image' id='Image4'>
1793  <div class='widget-content'>
1794  <a href='/web/20111207054551/http://www.theextremegym.com/'>
1795  <img alt='' height='131' id='Image4_img'
      src='/web/20111207054551im_/http://1.bp.blogspot.com/-
      RbEdOShKdxO/TcWNCImlOaI/AAAAAAAAACc/xK43wQkv4hA/s175/elliptical_0001.jpg' width='175'/>
1796  </a>
1797  <br/>
1798  </div>
1799  <div class='clear'></div>
1800  <span class='widget-item-control'>
1801  <span class='item-control blog-admin'>
1802  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=Image&amp;widgetId=Image4&amp;action=editWidget&a
      mp;sectionId=sidebar-right-2-1' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;Image4&quot;));"
      target='configImage4' title='Edit'>
1803  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1804  </a>
1805  </span>
1806  </span>
```

```
1807  <div class='clear'></div>
1808  </div><div class='widget Image' id='Image7'>
1809  <div class='widget-content'>
1810  <a href='/web/20111207054551/http://www.theextremegym.com/'>
1811  <img alt='' height='123' id='Image7_img'
      src='/web/20111207054551im_/http://4.bp.blogspot.com/-6fMdVQ1GTSE/TcWNg0SV4LI/AAAAAAAAAC0/X
      37KMhoggOs/s175/dumbells.JPG' width='175'/>
1812  </a>
1813  <br/>
1814  </div>
1815  <div class='clear'></div>
1816  <span class='widget-item-control'>
1817  <span class='item-control blog-admin'>
1818  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=Image&amp;widgetId=Image7&amp;action=editWidget&a
      mp;sectionId=sidebar-right-2-1' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;Image7&quot;));"
      target='configImage7' title='Edit'>
1819  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1820  </a>
1821  </span>
1822  </span>
1823  <div class='clear'></div>
1824  </div><div class='widget Image' id='Image6'>
1825  <div class='widget-content'>
1826  <a href='/web/20111207054551/http://www.theextremegym.com/'>
1827  <img alt='' height='131' id='Image6_img'
      src='/web/20111207054551im_/http://3.bp.blogspot.com/-
      NpvxyGfUDDw/TcWNXR6WPqI/AAAAAAAAACs/gUpgNGHu9IA/s175/insidegym_0001.jpg' width='175'/>
1828  </a>
1829  <br/>
1830  </div>
1831  <div class='clear'></div>
1832  <span class='widget-item-control'>
1833  <span class='item-control blog-admin'>
1834  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=Image&amp;widgetId=Image6&amp;action=editWidget&a
      mp;sectionId=sidebar-right-2-1' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;Image6&quot;));"
      target='configImage6' title='Edit'>
1835  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1836  </a>
1837  </span>
1838  </span>
1839  <div class='clear'></div>
1840  </div><div class='widget Image' id='Image5'>
1841  <div class='widget-content'>
1842  <a href='/web/20111207054551/http://www.theextremegym.com/'>
1843  <img alt='' height='131' id='Image5_img'
      src='/web/20111207054551im_/http://3.bp.blogspot.com/-
      Kc501uqzLVs/TcWNNaiO3fI/AAAAAAAAACk/wRLS487u-I4/s175/insidegym1_0004.jpg' width='175'/>
1844  </a>
1845  <br/>
1846  </div>
1847  <div class='clear'></div>
1848  <span class='widget-item-control'>
```

```
        span class='item-control blog-admin'>
        <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
        blogID=7129821791299908645&amp;widgetType=Image&amp;widgetId=Image5&amp;action=editWidget&a
        mp;sectionId=sidebar-right-2-1' onclick="return
        _WidgetManager._PopupConfig(document.getElementById(&quot;Image5&quot;));"
        target='configImage5' title='Edit'>
1851    <img alt='' height='18'
        src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
        width='18'>
1852    </a>
1853    </span>
1854    </span>
1855    <div class='clear'></div>
1856    </div><div class='widget Image' id='Image10'>
1857    <div class='widget-content'>
1858    <img alt='' height='106' id='Image10_img'
        src='/web/20111207054551im_/http://1.bp.blogspot.com/-
        UB2hGMMQj0E/TkbPwdyHDzI/AAAAAAAAAFs/VQCKxhfB8fU/s175/Camp%2BGrafton%252C%2BND.jpg'
        width='175'/>
1859    <br/>
1860    </div>
1861    <div class='clear'></div>
1862    <span class='widget-item-control'>
1863    <span class='item-control blog-admin'>
1864    <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
        blogID=7129821791299908645&amp;widgetType=Image&amp;widgetId=Image10&amp;action=editWidget&
        amp;sectionId=sidebar-right-2-1' onclick="return
        _WidgetManager._PopupConfig(document.getElementById(&quot;Image10&quot;));"
        target='configImage10' title='Edit'>
1865    <img alt='' height='18'
        src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
        width='18'/>
1866    </a>
1867    </span>
1868    </span>
1869    <div class='clear'></div>
1870    </div><div class='widget Image' id='Image11'>
1871    <div class='widget-content'>
1872    <img alt='' height='108' id='Image11_img'
        src='/web/20111207054551im_/http://1.bp.blogspot.com/-ZJYfrU8HdaY/TkbOoW8_7QI/AAAAAAAAAGE/-
        vOLICs6tPY/s1600/CEKingHS0022.jpg' width='160'/>
1873    <br/>
1874    </div>
1875    <div class='clear'></div>
1876    <span class='widget-item-control'>
1877    <span class='item-control blog-admin'>
1878    <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
        blogID=7129821791299908645&amp;widgetType=Image&amp;widgetId=Image11&amp;action=editWidget&
        amp;sectionId=sidebar-right-2-1' onclick="return
        _WidgetManager._PopupConfig(document.getElementById(&quot;Image11&quot;));"
        target='configImage11' title='Edit'>
1879    <img alt='' height='18'
        src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
        width='18'/>
1880    </a>
1881    </span>
1882    </span>
1883    <div class='clear'></div>
1884    </div>
1885    <div class='widget HTML' id='HTML2'>
```

```
1886  <h2 class='title'>Testimonials</h2>
1887  <div class='widget-content'>
1888  <iframe width="280" height="240"
      src="/web/20111207054551if_/http://www.youtube.com/embed/ogkhM15szFc?rel=0" frameborder="0"
      allowfullscreen></iframe>
1889  </div>
1890  <div class='clear'></div>
1891  <span class='widget-item-control'>
1892  <span class='item-control blog-admin'>
1893  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=HTML2&amp;widgetId=HTML2&amp;action=editWidget&amp
      ;sectionId=sidebar-right-2-1' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;HTML2&quot;));"
      target='configHTML2' title='Edit'>
1894  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1895  </a>
1896  </span>
1897  </span>
1898  <div class='clear'></div>
1899  </div><div class='widget HTML' id='HTML3'>
1900  <div class='widget-content'>
1901  <iframe width="280" height="240"
      src="/web/20111207054551if_/http://www.youtube.com/embed/HkptYfLXq6g?rel=0" frameborder="0"
      allowfullscreen></iframe>
1902  </div>
1903  <div class='clear'></div>
1904  <span class='widget-item-control'>
1905  <span class='item-control blog-admin'>
1906  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=HTML&amp;widgetId=HTML3&amp;action=editWidget&amp
      ;sectionId=sidebar-right-2-1' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;HTML3&quot;));"
      target='configHTML3' title='Edit'>
1907  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1908  </a>
1909  </span>
1910  </span>
1911  <div class='clear'></div>
1912  </div><div class='widget HTML' id='HTML5'>
1913  <div class='widget-content'>
1914  <iframe width="280" height="240"
      src="/web/20111207054551if_/http://www.youtube.com/embed/DuuSeO6UJ5o?rel=0" frameborder="0"
      allowfullscreen></iframe>
1915  </div>
1916  <div class='clear'></div>
1917  <span class='widget-item-control'>
1918  <span class='item-control blog-admin'>
1919  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=HTML&amp;widgetId=HTML5&amp;action=editWidget&amp
      ;sectionId=sidebar-right-2-1' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;HTML5&quot;));"
      target='configHTML5' title='Edit'>
1920  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1921  </a>
1922  </span>
```

```
1923  </span>
1924  <div class='clear'></div>
1925  </div><div class='widget HTML' id='HTML4'>
1926  <div class='widget-content'>
1927  <iframe width="280" height="240"
      src="/web/20111207054551if_/http://www.youtube.com/embed/sEZ5aDleIj8?rel=0" frameborder="0"
      allowfullscreen></iframe>
1928  </div>
1929  <div class='clear'></div>
1930  <span class='widget-item-control'>
1931  <span class='item-control blog-admin'>
1932  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=HTML&amp;widgetId=HTML4&amp;action=editWidget&amp
      ;sectionId=sidebar-2-1' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;HTML4&quot;));"
      target='configHTML4' title='Edit'>
1933  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1934  </a>
1935  </span>
1936  </span>
1937  <div class='clear'></div>
1938  </div></div>
1939  </td>
1940  <td class='columns-cell'>
1941  <div class='sidebar section' id='sidebar-right-2-2'><div class='widget LinkList'
      id='LinkList1'>
1942  <h2>See more info here:</h2>
1943  <div class='widget-content'>
1944  <ul>
1945  <li><a href='/web/20111207054551/http://www.theextremegym.com/'>EXTREME GYM</a></li>
1946  </ul>
1947  <div class='clear'></div>
1948  <span class='widget-item-control'>
1949  <span class='item-control blog-admin'>
1950  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=LinkList&amp;widgetId=LinkList1&amp;action=editWi
      dget&amp;sectionId=sidebar-right-2-2' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;LinkList1&quot;));"
      target='configLinkList1' title='Edit'>
1951  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1952  </a>
1953  </span>
1954  </span>
1955  <div class='clear'></div>
1956  </div>
1957  </div><div class='widget PopularPosts' id='PopularPosts1'>
1958  <h2>Popular Posts</h2>
1959  <div class='widget-content popular-posts'>
1960  <ul>
1961  <li>
1962  <div class='item-title'><a
      href='/web/20111207054551/http://www.extremegymfranchise.com/2011/02/how-to-start-
      gym.html'>How to Start a Gym</a></div>
1963  <div class='item-snippet'>How to Start a Gym ? Anyone with a dream of owning their own gym
      business often ponders how does one go about it. If your like me, you worke...</div>
1964  </li>
1965  <li>
```

```
1966  <div class='item-title'><a
      href='/web/20111207054551/http://www.extremegymfranchise.com/2011/04/start-your-own-gym-
      for-under-60000.html'>Start Your Own Gym For Under $60,000</a></div>
1967  <div class='item-snippet'>Ever wanted to know how to start or run a gym or fitness center ?
      Going it alone will costs you alot of money and headaches. With an Extreme...</div>
1968  </li>
1969  <li>
1970  <div class='item-title'><a
      href='/web/20111207054551/http://www.extremegymfranchise.com/2010/11/finding-fitness-
      franchise-with-lowest.html'>Finding a Fitness Franchise with Lowest Franchise and Royalty
      Fee</a></div>
1971  <div class='item-snippet'>Finding a Fitness Franchise- Lowest Franchise and Royalty Fee It
      is sometimes rather difficult to find a popular and/ or successful 24 hour ...</div>
1972  </li>
1973  <li>
1974  <div class='item-title'><a
      href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/gym-franchising-
      opportunities.html'>Gym Franchising Opportunities</a></div>
1975  <div class='item-snippet'>There are several positive elements that make a good Extreme Gym
      franchise opportunity eye-catching to prospective buyers. These components ...</div>
1976  </li>
1977  <li>
1978  <div class='item-title'><a
      href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/fitness-center-
      franchises-which-one-is.html'>Fitness Center Franchises - Which one is Best?</a></div>
1979  <div class='item-snippet'>When searching for a business or business to start in 2011, one
      common question is what business? If you already decided on one of the fitne...</div>
1980  </li>
1981  <li>
1982  <div class='item-title'><a
      href='/web/20111207054551/http://www.extremegymfranchise.com/2011/01/gym-franchises-are-on-
      rise-in-2011.html'>Gym Franchises are on the rise in 2011</a></div>
1983  <div class='item-snippet'>Gym Franchises are on the rise in 2011. There are several
      fitness franchises  to take note of when searching for your own gym. Instead of go...
      </div>
1984  </li>
1985  <li>
1986  <div class='item-title'><a
      href='/web/20111207054551/http://www.extremegymfranchise.com/2010/11/extreme-gym-
      franchise.html'>Extreme Gym Franchise - More Affordable, High on Quality</a></div>
1987  <div class='item-snippet'>The  Extreme Gym Franchise Opportunity   Let's not waste any time
      and tell why we are the better choice for anyone wanting their own 24 hour...
      </div>
1988  </li>
1989  <li>
1990  <div class='item-title'><a
      href='/web/20111207054551/http://www.extremegymfranchise.com/2011/07/affordable-
      franchises.html'>Affordable Franchises</a></div>
1991  <div class='item-snippet'>Many times the question is raised, what are the most affordable
      franchises ? Well, that depends on what type of business you want to start. ...</div>
1992  </li>
1993  </ul>
1994  <div class='clear'></div>
1995  <span class='widget-item-control'>
1996  <span class='item-control blog-admin'>
1997  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=PopularPosts&amp;widgetId=PopularPosts1&amp;actio
      n=editWidget&amp;sectionId=sidebar-right-2-2' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;PopularPosts1&quot;));"
      target='configPopularPosts1' title='Edit'>
1998
```

```
      <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
1999  </a>
2000  </span>
2001  </span>
2002  <div class='clear'></div>
2003  </div>
2004  </div></div>
2005  </td>
2006  </tr>
2007  </tbody>
2008  </table>
2009  <div class='sidebar section' id='sidebar-right-3'><div class='widget BlogArchive'
      id='BlogArchive1'>
2010  <h2>Blog Archive</h2>
2011  <div class='widget-content'>
2012  <div id='ArchiveList'>
2013  <div id='BlogArchive1_ArchiveList'>
2014  <select id='BlogArchive1_ArchiveMenu'>
2015  <option value=''>Blog Archive</option>
2016  <option value='http://www.extremegymfranchise.com/2011_10_01_archive.html'>October (1)
      </option>
2017  <option value='http://www.extremegymfranchise.com/2011_09_01_archive.html'>September (1)
      </option>
2018  <option value='http://www.extremegymfranchise.com/2011_07_01_archive.html'>July (1)
      </option>
2019  <option value='http://www.extremegymfranchise.com/2011_04_01_archive.html'>April (1)
      </option>
2020  <option value='http://www.extremegymfranchise.com/2011_02_01_archive.html'>February (1)
      </option>

2021  <option value='http://www.extremegymfranchise.com/2011_01_01_archive.html'>January (3)
      </option>

2022  <option value='http://www.extremegymfranchise.com/2010_11_01_archive.html'>November (2)
      </option>
2023  </select>
2024  </div>
2025  </div>
2026  <div class='clear'></div>
2027  <span class='widget-item-control'>
2028  <span class='item-control blog-admin'>
2029  <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
      blogID=7129821791299908645&amp;widgetType=BlogArchive&amp;widgetId=BlogArchive1&amp;action=
      editWidget&amp;sectionId=sidebar-right-3' onclick="return
      _WidgetManager._PopupConfig(document.getElementById(&quot;BlogArchive1&quot;));"
      target='configBlogArchive1' title='Edit'>
2030  <img alt='' height='18'
      src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
      width='18'/>
2031  </a>
2032  </span>
2033  </span>
2034  <div class='clear'></div>
2035  </div>
2036  </div><div class='widget Stats' id='Stats1'>
2037  <h2>Total Pageviews</h2>
2038  <div class='widget-content'>
2039  <div id='Stats1_content' style="display: none;">
2040  <span class='counter-wrapper graph-counter-wrapper' id='Stats1_totalCount'></span>
2041  <div class='clear'></div>
2042
```

```
2043   <span class='item-control blog-admin'>
2044   <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
       blogID=7129821791299908645&amp;widgetType=Stats&amp;widgetId=Stats1&amp;action=editWidget&a
       mp;sectionId=sidebar-right-3' onclick="return
       _WidgetManager._PopupConfig(document.getElementById(&quot;Stats1&quot;));"
       target='configStats1' title='Edit'>
2045   <img alt='' height='18'
       src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
       width='18'/>
2046   </a>
2047   </span>
2048   </span>
2049   <div class='clear'></div>
2050   </div>
2051   </div>
2052   </div></div>
2053   </aside>
2054   </div>
2055   </div>
2056   </div>
2057   <div style="clear: both"></div>
2058   <!-- columns -->
2059   </div>
2060   <!-- main -->

2061   </div>
2062   </div>
2063   <div class='main-cap-bottom cap-bottom'>
2064   <div class='cap-left'></div>
2065   <div class='cap-right'></div>
2066   </div>
2067   </div>
2068   <footer>
2069   <div class='footer-outer'>
2070   <div class='footer-cap-top cap-top'>
2071   <div class='cap-left'></div>
2072   <div class='cap-right'></div>
2073   </div>
2074   <div class='fauxborder-left footer-fauxborder-left'>
2075   <div class='fauxborder-right footer-fauxborder-right'></div>
2076   <div class='region-inner footer-inner'>
2077   <div class='foot section' id='footer-1'><div class='widget Image' id='Image9'>
2078   <div class='widget-content'>
2079   <img alt='' height='141' id='Image9_img'
       src='/web/20111207054551im_/http://3.bp.blogspot.com/-
       a7oY2zOrvMM/Tos_O6oiVKI/AAAAAAAAAIE/vYmr35b-iKA/s1600/a-blog-photo1.jpg' width='448'/>
2080   <br/>
2081   </div>
2082   <div class='clear'></div>
2083   <span class='widget-item-control'>
2084   <span class='item-control blog-admin'>
2085   <a class='quickedit' href='/web/20111207054551/http://www.blogger.com/rearrange?
       blogID=7129821791299908645&amp;widgetType=Image&amp;widgetId=Image9&amp;action=editWidget&a
       mp;sectionId=footer-1' onclick="return
       _WidgetManager._PopupConfig(document.getElementById(&quot;Image9&quot;));"
       target='configImage9' title='Edit'>
2086   <img alt='' height='18'
       src='/web/20111207054551im_/http://img1.blogblog.com/img/icon18_wrench_allbkg.png'
       width='18'/>
2087   </a>
```