IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIVE FACE ON WEB, LLC** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 15-2836** |
| v. | : | |
| | : | |
| **EXTREME GYM INC.,** *et al.* | : | |
| *Defendants* | : | |

**ORDER**

**AND NOW**, this 8th day of January 2016, upon consideration of Defendants' *motion to compel Plaintiff's discovery responses*, [ECF 36], and Plaintiff's response thereto, [ECF 37], it is hereby **ORDERED** that the motion is **GRANTED** and Plaintiff shall respond to Defendants' Interrogatories and Requests for Production of Documents dated September 2, 2015, within fourteen (14) days of this Order.

Failure to comply with this Order may result in sanctions upon application to this Court.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO, J.**