# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIVE FACE ON WEB, LLC** *Plaintiff* | **CIVIL ACTION** |
| v. | **NO. 15-2836** |
| **EXTREME GYM INC.,** *et al.* *Defendants* | |

## ORDER

**AND NOW**, this 8th day of January 2016, upon consideration of Plaintiff's *motion to compel Defendants' discovery responses*, [ECF 38], it is hereby **ORDERED** that the motion is **GRANTED** and Defendants shall respond to Plaintiff's Interrogatories and Requests for Production of Documents dated September 14, 2015, within fourteen (14) days of this Order.

Failure to comply with this Order may result in sanctions upon application to this Court.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.